| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Law Office of Mark J. Molz<br>By: Mark J Molz, Esq. Atty ID: 038271985<br>1400 Rt. 38 East, Hainesport, NJ 08036<br>Phone: 609-267-8884 Fax: 609-267-1281<br>Email: molzlaw@aol.com<br>Counsel for Maureen Molz, Patricia Bollman | Case No.: 16-14758-SLM<br>Chapter: 7 |
| In Re:<br>Scott P. Cowan<br>Debtor | Adv. No.:<br>Hearing Date: 9/13/16<br>Judge: Stephanie L. Meisel |

## CERTIFICATION OF SERVICE

1. I, **Mark J. Molz, Esq.**:

   ☑ represent **Maureen Molz & Patricia Bollman** in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On **8/9/16**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Motion to Extend Time to File Complaint.
   Motion to Allow Appearance of S. Cowan in State Court - Civil Action

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: **8/9/16**        Signature: [signed]

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| David Stevens, Esq. Scura, Wigfield et al. 1599 Hamburg Turnpike POB 2031 Wayne, NJ 07470 | Attorney on behalf of Debtor Scott P. Cowan | ☐ Hand-delivered ☑ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rhoads & Sinon 1 S. Market Square P.O. Box 1146 Harrisburg, PA | Attorney on behalf of Ritz-Craft Corp. | ☐ Hand-delivered ☑ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gregory Van Dyck, Esq. The Van Dyck Group 275 Rt. 72 East Manahawkin, NJ 08050 | Attorney on behalf of NJ Division of Consumer Affairs | ☐ Hand-delivered ☑ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |