UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer & Stevens, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, New Jersey 07470
Tel: 973-696-8391
David L. Stevens, Esq. (Attorney ID 034422007)

**Order Filed on August 19, 2016
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

Scott P. Cowan,

    Debtor.

Case No.: 16-14758

Hearing Date: 8/17/2016 @ 10 am

Judge: SLM

Chapter: 11

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 19, 2016**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Scura, Wigfield, Heyer & Stevens, LLP | $9,307.50 | $1,775.10 |

*rev.8/1/15*