UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer & Stevens, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, New Jersey 07470
Tel: 973-696-8391
David L. Stevens, Esq. (Attorney ID 034422007)

**Order Filed on August 19, 2016
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

Scott P. Cowan,

        Debtor.

| | |
|---|---|
| Case No.: | 16-14758 |
| Hearing Date: | 8/17/2016 @ 10 am |
| Judge: | SLM |
| Chapter: | 11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 19, 2016**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

    The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

    ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Scura, Wigfield, Heyer & Stevens, LLP | $9,307.50 | $1,775.10 |

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Scott P. Cowan  
      Debtor

Case No. 16-14758-SLM  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 19, 2016  
                 Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2016.  
db           Scott P. Cowan,    35 Demarest St.,    Demarest, NJ 07627  
aty          +Scura, Wigfield, Heyer & Stevens, LLP,    1599 Hamburg Turnpike,    POB 2031,    Wayne, NJ 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2016                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2016 at the address(es) listed below:  
          Daniel E. Straffi    on behalf of Creditor Joanne  Gwin dstraffi1@comcast.net, G25938@notify.cincompass.com  
          Daniel E. Straffi    on behalf of Creditor George  Gwin dstraffi1@comcast.net, G25938@notify.cincompass.com  
          David L. Stevens    on behalf of Debtor Scott P. Cowan dstevens@scuramealey.com, cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com  
          Denise E. Carlon    on behalf of Creditor  M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Jeanette F. Frankenberg    on behalf of Creditor   Cenlar FSB as servicing agent for Lakeview Loan Servicing, LLC cmecf@sternlav.com  
          Jerrold S. Kulback    on behalf of Creditor   Fulton Bank of New Jersey jkulback@archerlaw.com, mfriedman@archerlaw.com  
          John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company, LLC mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com  
          Mark J. Molz    on behalf of Creditor Mark J. Molz molzlaw@aol.com  
          Paul V. Buonaguro    on behalf of Plaintiff   Division of Consumer Affairs paul.buonaguro@dol.lps.state.nj.us  
          Travis L. Kreiser    on behalf of Creditor   Shore Fasteners & Supply Inc. travis.kreiser@verizon.net  
                                                                                                 TOTAL: 10