**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

To: <u>Mark J. Molz, Esq. (on behalf of the creditors, Patricia Bollman and Maureen Molz)</u>

From: <u>Chambers of Judge Stacey L. Meisel</u>

Date: <u>August 22, 2016</u>

RE: <u>In re Scott Cowan (Case No. 16-14758); Motion to Allow Appearance of Scott Cowan in State Court (Docket No. 31)</u>

**NOTICE OF FAILURE TO FILE COMPLETE DOCUMENTS**
**AND/OR EFFECTUATE PROPER SERVICE**

The relief requested cannot be considered until Movant cures deficiencies by:

❏ **Submitting a proposed form of order for previously filed motion or application.** See D.N.J. LBR 9013-4(d) for submission of revised proposed orders. Electronic filers may submit the proposed form of order via chambers email (chambers_of_slm@njb.uscourts.gov). Conventional filers must submit the proposed order by regular mail or hand delivery.

❏ **Submitting a proposed order with order template.** See D.N.J. LBR 9013-4 regarding the Local Form for Order Templates, and search the term "Order Template" on the court website to obtain instructions for preparation of the template. Electronic filers may submit the proposed form of order via chambers email (chambers_of_slm@njb.uscourts.gov). Conventional filers must submit the proposed order by regular mail or hand delivery.

❏ **Using required Local Forms.** See D.N.J. LBR 9009-1.

❏ **Filing a certification of service.** See D.N.J. LBR 9013-1(a)(5) and Local Form.

❏ **Following the general requirements of form.** See D.N.J. LBR 9004-1.

☒ **Effectuating proper service.** See D.N.J. LBR 5005-1, Fed. R. Bankr. P. 9014, and Fed. R. Bankr. P. 7004 as well as the Register of Governmental Units available on the court's website.

☒ **Other:** <u>Movant failed to serve Debtor with the Motion, see D.N.J. LBR 5005-1, Fed. R. Bankr. P. 9014.</u>

**NOTE:** The Local Rules, Local Forms and CM/ECF efiling procedures are available on the Court's website: **www.njb.uscourts.gov.**