MARK J. MOLZ, ESQUIRE
1400 Route 38 East, PO Box 577
Hainesport, NJ 08036
Phone (609) 267-8884, Fax (609)267-1281
Attorney ID 038271985
Attorney for Creditors Patricia Bollman and Maureen Molz

_____

| | | |
|---|---|---|
| IN RE: | : | UNITED STATES BANKRUPTCY COURT |
| | : | DISTRICT OF NEW JERSEY |
| SCOTT P. COWAN | : | |
| | : | CHAPTER 7 |
| Debtor | : | |
| | : | CASE NO.16-14758-SLM |
| | : | |
| | : | |
| | : | CERTIFICATION OF SERVICE |
| _____ | : | |

The undersigned certifies under oath and penalty of perjury that the originals of the enclosed moving papers are this day being mailed or delivered to the Clerk of Court and that copies of these moving papers are simultaneously being sent to all parties appearing in this action via first-class mail to:

David L. Stevens
Scura, Wigfield, Heyer & Stevens, LLP
1599 Hamburg Turnpike
PO Box 2031
Wayne, NJ 07470

Scott Cowan
35 Demerest St.
Demerest, New Jersey 07627

                                              MARK J. MOLZ, ESQUIRE
                                              Attorney for Plaintiff

Dated:        August 25, 2016           *Mark j. Molz, Esquire /s/*
                                                 Mark J. Molz, Esquire