UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Mark J. Molz, Esq.
Law Office of Mark J. Molz
1400 Rt. 38 East
PO Box 577
Hainesport, NJ 08036
Atty ID: 038271985
Telephone: 609-267-8884
email: molzlaw@aol.com

In Re:

Scott Cowan

Debtor

Case No.: 16-14758-SLM
Chapter: 11
Hearing Date: 9/20/16
Judge: Hon. Stacey L. Meisel, USBJ

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled   ☒ Withdrawn

Matter: Motion to Allow Appearance in State Court

Date: 9/19/16

Signature

rev.8/1/15