UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on October 5, 2016
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

Scott P. Cowan

Case No.: 16-14758-SLM

Hearing Date: 09/27/2016

Judge: Hon. Stacey L. Meisel

Chapter: 11

Recommended Form: ☒ Followed   ☐ Modified

## ORDER EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE AND/OR DISCHARGEABILITY OF A DEBT

The relief set forth on the following page is **ORDERED**.

**DATED: October 5, 2016**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter having come before the Court on motion for an order extending the time within which the movant may file a complaint objecting to discharge and/or determining the dischargeability of a debt, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown, it is

ORDERED that the time within which movant may file a complaint objecting to discharge of the debtor and/or determining dischargeability of a debt be and hereby is extended to December 5, 2016 . The movant shall serve this order on the debtor and any trustee.

*rev.8/1/15*