UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on October 6, 2016
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

Scott P. Cowan,

               Debtor

Case No.: 16-14758 SLM

Chapter: 11

Judge: Hon. Stacey L. Meisel

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following page is **ORDERED**.

**DATED: October 6, 2016**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of _____the debtor_____ for the reduction of time for a hearing on Motion for Entry of Orders Authorizing the Sale of Real Property, Free and Clear of all Liens, Claims, Interest and Encumbrances and Waiving the Fourteen-Day Stay under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __October 11, 2016__ at __11:00 am__ in the United States Bankruptcy Court, __MLK Jr, Building, 50 Walnut Street, Newark, NJ 07102__, Courtroom No. __3A__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: United States Trustee, all creditors and creditor's attorneys if known, as well as any party requesting notice

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,    ☒ overnight mail,    ☐ regular mail,    ☒ email,    ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: _____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,    ☐ overnight mail,    ☐ regular mail,    ☐ email,    ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to __United States Trustee and Secured Creditor's Attorneys__

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*