UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on October 5, 2016
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

 Scott P. Cowan

| | |
|---|---|
| Case No.: | 16-14758-SLM |
| Hearing Date: | 09/27/2016 |
| Judge: | Hon. Stacey L. Meisel |
| Chapter: | 11 |

Recommended Form:     ☒ Followed     ☐ Modified

### ORDER EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE AND/OR DISCHARGEABILITY OF A DEBT

The relief set forth on the following page is **ORDERED**.

**DATED: October 5, 2016**

Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter having come before the Court on motion for an order extending the time within which the movant may file a complaint objecting to discharge and/or determining the dischargeability of a debt, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown, it is

ORDERED that the time within which movant may file a complaint objecting to discharge of the debtor and/or determining dischargeability of a debt be and hereby is extended to ___December 5, 2016_____. The movant shall serve this order on the debtor and any trustee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-14758-SLM
Scott P. Cowan                                                            Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 1          Date Rcvd: Oct 05, 2016
                               Form ID: pdf903          Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2016.
db              Scott P. Cowan,   35 Demarest St.,   Demarest, NJ  07627
aty            +Scura, Wigfield, Heyer & Stevens, LLP,   1599 Hamburg Turnpike,   POB 2031,
                 Wayne, NJ 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2016 at the address(es) listed below:
          Daniel E. Straffi    on behalf of Creditor Joanne  Gwin dstraffi1@comcast.net,
           G25938@notify.cincompass.com
          Daniel E. Straffi    on behalf of Creditor George  Gwin dstraffi1@comcast.net,
           G25938@notify.cincompass.com
          David L. Stevens    on behalf of Debtor Scott P. Cowan dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramecale
           y.com
          Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Erin Marie Greene    on behalf of Plaintiff   Division of Consumer Affairs
           erin.greene@lps.state.nj.us
          Jeanette F. Frankenberg    on behalf of Creditor   Cenlar FSB as servicing agent for Lakeview Loan
           Servicing, LLC cmecf@sternlav.com
          Jerrold S. Kulback    on behalf of Creditor   Fulton Bank of New Jersey jkulback@archerlaw.com,
           mfriedman@archerlaw.com
          John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company, LLC
           mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Mark J. Molz    on behalf of Creditor Mark J. Molz molzlaw@aol.com
          Travis L. Kreiser    on behalf of Creditor   Shore Fasteners & Supply Inc.
           travis.kreiser@verizon.net
                                                                          TOTAL: 10