UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on October 6, 2016
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

Scott P. Cowan,

Debtor

Case No.: 16-14758 SLM

Chapter: 11

Judge: Hon. Stacey L. Meisel

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following page is **ORDERED**.

**DATED: October 6, 2016**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of _____the debtor_____ for the reduction of time for a hearing on  Motion for Entry of Orders Authorizing the Sale of Real Property, Free and Clear of all Liens, Claims, Interest and Encumbrances and Waiving the Fourteen-Day Stay under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  October 11, 2016  at  11:00 am  in the United States Bankruptcy Court,  MLK Jr, Building, 50 Walnut Street, Newark, NJ 07102 , Courtroom No.  3A .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: United States Trustee, all creditors and creditor's attorneys if known, as well as any party requesting notice

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to  United States Trustee and Secured Creditor's Attorneys

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Scott P. Cowan  
    Debtor

Case No. 16-14758-SLM  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 06, 2016  
                        Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2016.  
db          Scott P. Cowan,    35 Demarest St.,    Demarest, NJ 07627  
aty        +Scura, Wigfield, Heyer & Stevens, LLP,    1599 Hamburg Turnpike,    POB 2031,    Wayne, NJ 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2016                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2016 at the address(es) listed below:  
         Daniel E. Straffi    on behalf of Creditor Joanne  Gwin dstraffi1@comcast.net, G25938@notify.cincompass.com  
         Daniel E. Straffi    on behalf of Creditor George  Gwin dstraffi1@comcast.net, G25938@notify.cincompass.com  
         David L. Stevens    on behalf of Debtor Scott P. Cowan dstevens@scuramealey.com, cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com  
         Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Erin Marie Greene    on behalf of Plaintiff   Division of Consumer Affairs erin.greene@lps.state.nj.us  
         Jeanette F. Frankenberg    on behalf of Creditor   Cenlar FSB as servicing agent for Lakeview Loan Servicing, LLC cmecf@sternlav.com  
         Jerrold S. Kulback    on behalf of Creditor   Fulton Bank of New Jersey jkulback@archerlaw.com, mfriedman@archerlaw.com  
         John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company, LLC mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com  
         Mark J. Molz    on behalf of Creditor Mark J. Molz molzlaw@aol.com  
         Travis L. Kreiser    on behalf of Creditor   Shore Fasteners & Supply Inc. travis.kreiser@verizon.net  
                                                                                                                                          TOTAL: 10