UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Scura, Wigfield, Heyer & Stevens, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Fax: 973-696-8571
Counsel for Debtor

In Re:
Scott P. Cowan
                    Debtor.

Case No.: 16-14758
Chapter: 11
Adv. No.: 
Hearing Date: 10/11/2016 @ 11 am
Judge: SLM

## CERTIFICATION OF SERVICE

1. I, Carlos D. Martinez :

   ☐ represent _____ in the this matter.

   ☒ am the secretary/paralegal for SWH&S, LLP, who represents the Debtor in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On 10/6/2016, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Entered Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice; Motion Authorizing Debtor to Sell Real Property Free and Clear of Liens and Encumbrances, Certification in Support of Motion, and Proposed Order.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 10/10/2016

/s/ Carlos D. Martinez
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the Trustee<br>Peter J. D'Auria, Esq.<br>Email: Peter.J.D'Auria@usdoj.gov | Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other  Telephone<br>(as authorized by the court *) |
| Scott P. Cowan<br>email: scottcowan@pricehomegroup.com<br><br>Ford Motor Credit Company, LLC<br>c/o John R. Morton, Jr.<br>Email: mortonlaw.bcraig@verizon.net | Debtor<br><br><br>Creditor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other  Telephone<br>(as authorized by the court *) |
| Fulton Bank of New Jersey<br>c/o Jerrold S. Kulback<br>email: jkulback@archerlaw.com<br><br>George & Joanne Gwin<br>c/o Daniel E. Straffi<br>email: dstraffi1@comcast.net | Creditor's Counsel<br><br><br>Creditor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other  Telephone<br>(as authorized by the court *) |
| M&T Bank<br>c/o Denise E. Carlon, Esq.<br>email: dcarlon@kmllawgroup.com<br><br>Mark J. Molz<br>Law Office of Mark J. Molz<br>molzlaw@aol.com<br><br>Shore Fasteners & Supply Inc.<br>c/o Travis L. Kreiser, Esquire<br>email: ravis.kreiser@verizon.net | Creditor's Counsel<br><br><br>Creditor<br><br><br>Creditor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other  Telephone<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Cenlar FSB as Agent for Lakeview Loan Servicing, LLC<br>c/o Stern Lavinthal & Frankenberg<br>email: cmecf@sternlav.com | Creditor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other  Telephone<br>(as authorized by the court *) |
| Additional Service List Attached | Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other  FedEX Overnight<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by the court *) |

**FEDEX OVERNIGHT**

Ritz-Craft Corp. of PA Inc.
c/o Rhoads & Sinon
1 S. Market Square
PO Box 1146
Harrisburg, PA 17108-1146

The Van Dyk Group
275 Route 72 East
Manahawkin, NJ 08050
Attn: President, CEO, Reg. Agent

VW Credit Leasing, Inc.
22823 Nw Bennet St.
Hillsboro, OR 97124
Attn: President, CEO, Reg. Agent

Discover Products, Inc.
2500 Lake Cook Rd.
Riverwoods, IL 60015
Attn: President, CEO, Reg. Agent

Internal Revenue Service
2970 Market St.
Mail Stop 5-Q30.133
Philadelphia, PA 19104

Universal Supply Company, LLC
c/o Bart Klein, Esq.
2066 Millburn Ave., Ste. 101
Maplewood, NJ 07040

Bank of America, N.A
100 N. Tryon St.
Charlotte, NC 28255
Attn: President, CEO, Reg. Agent

NJ Division of Taxation
Attn: Bankruptcy Dept.
50 Barrack St., 9th Fl.
Trenton, NJ 08695

Lakeview Loan Servicing
c/o Cenlar FSB
425 Phillips Blvd.
Ewing, NJ 08618
Attn: President, CEO, Reg. Agent

641 Mill Creek Road, LLC
Attn: Jose Carrasco
11 Amy Dr.
Manahawkin, NJ 08050

84 Lumber
1019 Route 519
Eighty Four, PA 15330
Attn: President, CEO, Reg. Agent

Allen, Maxwell & Silver, Inc.
190 Sylvan Ave.
Englewood Cliffs, NJ 07632
Attn: President, CEO, Reg. Agent

Allied Supply
15 E. Union Ave.
East Rutherford, NJ 07073
Attn: President, CEO, Reg. Agent

Anna Marie Sandford & Theresa Maldera
c/o Robert J. Kiss
2216 Long Beach Blvd.
Beach Haven, NJ 08008

Barkave G. Elvan
5810 Bergenline Ave. #209
West New York, NJ 07093

Borough of Demarest
Office of the Tax Collector
118 Serpentine Rd.
Demarest, NJ 07627

Cannon Financial Services, Inc.
14904 Collections Center Dr.
Chicago, IL 60693
Attn: President, CEO, Reg. Agent

Chase Bank
270 Park Ave.
New York, NY 10017
Attn: President, CEO, Reg. Agent

Citibank
701 E. 60th St. N.
Sioux Falls, SD 57104
Attn: President, CEO, Reg. Agent

City of Englewood
Office of the Tax Collector
2-10 North Van Brunt St.
Englewood, NJ 07631

Dennis & Jill Bellof
c/o Kevin S. Quinlan, Esq.
207 W. Main St.
Tuckerton, NJ 08087

Di Francia & Price PC
147 E. Main St.
Tuckerton, NJ 08087
Attn: President, CEO, Reg. Agent

Euler Hermes Collections North America
800 Red Brook Blvd, Ste. 400C
Owings Mills, MD 21117
Attn: President, CEO, Reg. Agent

Heritage Business Systems, Inc.
1263 Glen Ave.
Moorestown, NJ 08057
Attn: President, CEO, Reg. Agent

Home Depot
2455 Paces Ferry Rd SE, #B #3
Atlanta, GA 30339
Attn: President, CEO, Reg. Agent

James & Maria Tchaplygin
c/o John T. Bazzurro, LLC
200 Meco Dr.
Millstone Township, NJ 08535

John Devenney
c/o Gluck & Allen, LLC
217 Washington St.
Toms River, NJ 08753

Kim Smith
4301 Bennett Place
Southampton, PA 18966

Kreiser & Associates, PC
Attn: Travis L. Kreiser, Esq.
1300 Lawrence Road
Havertown, PA 19083

Laura Matarazzo
c/o Francis J. Battersby
4 Ramapo Valley Rd.
Oakland, NJ 07436

**FEDEX OVERNIGHT**

| | | |
|---|---|---|
| Matthew & Yrma Leo<br>415 Twin Lakes Blvd.<br>Tuckerton, NJ 08087 | Meredith & Joseph DeSanto<br>56 Harry Drive<br>Manahawkin, NJ 08050 | New Jersey Casualty Insurance Co.<br>301 Sullivan Way<br>Trenton, NJ 08628<br>Attn: President, CEO, Reg. Agent |
| New Jersey Dept. of Labor<br>Division of Wage & Hour Compliance<br>1 John Fitch Plaza, 3rd Fl.<br>Trenton, NJ 08611 | Ocwen Loan Services<br>12650 Ingenuity Dr.<br>Orlando, FL 32826<br>Attn: President, CEO, Reg. Agent | Partner Engineering and Science<br>611 Industrial Way. W.<br>Eatontown, NJ 07724<br>Attn: President, CEO, Reg. Agent |
| Patricia Bollman & Maureen Molz<br>c/o Mark J. Molz<br>1400 Rt. 38 E.<br>PO Box 577<br>Hainesport, NJ 08036 | Patricia Hough<br>c/o Michael A. Kosar, Esq.<br>535 Rt. 38 East<br>Cherry Hill, NJ 08002 | Peter Gallelli<br>c/o Robert J. Kiss, Esq.<br>2216 Long Beach Blvd.<br>PO Box 548<br>Beach Haven, NJ 08008 |
| WB Mason<br>c/o Allen, Maxwell & Silver, Inc.<br>190 Sylvan Ave.<br>Englewood Cliffs, NJ 07632 | William & Linda Cullen<br>26 Central Ave.<br>Highlands, NJ 07732 | Township of Manahawkin<br>Office of the Tax Collector<br>260 East Bay Ave.<br>Manahawkin, NJ 08050 |
| US Attorney<br>Peter Rodino Federal Building<br>970 Broad St., Ste. 700<br>Newark, NJ 07102 | Attorney General<br>US Dept. of Justice<br>950 Pennsylvania Ave., NW<br>Washington, D.C. 20530 | Office of Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>Trenton, NJ 08625 |
| TD Bank, N.A.<br>1701 Route 70 East<br>Cherry Hill, NJ 080834<br>Attn: President, CEO, Reg. Agent | United Jersey Bank<br>c/o Bank of America, N.A<br>100 N. Tryon St.<br>Charlotte, NC 28255<br>Attn: President, CEO, Reg. Agent | Alan Grippaldi<br>49 Driftway Rd.<br>Howell, NJ 07731 |
| Hanit Cowan<br>35 Prescott St.<br>Demarest, NJ 07627 | Suzanne D. Cowan<br>35 Prescott Drive<br>Demarest, NJ 07627 | Fulton Bank of New Jersey<br>533 Fellowship Rd.<br>Mount Laurel, NJ 08054<br>Attn: President, CEO, Reg. Agent |
| Fulton Financial Corp.<br>One Penn Square, 3rd Fl.<br>Lancaster, PA 17602<br>Attn: President, CEO, Reg. Agent | George & Joanne Gwin<br>c/o Apicelli, Constanzo & Russom<br>551 Lakehurst Rd.<br>Toms River NJ 08755 | |