UNITED STATES BANKRUPTCY COURT
DISTRICT OF _NEW JERSEY_____

In re  Scott Cowan  
    Debtor

Case No. 16-14758  
Reporting Period: 16-May

Social Security # _____  
(last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | X | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | X | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | X | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor /s/Scott Cowan            Date  10/12/2016

Signature of Joint Debtor            Date _____

In re  Scott Cowan                                       Case No. 16-14758
**Debtor**                                               Reporting Period:      5/1/2016

## BUSINESS CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | $ 1,380.19 | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | $ 5,000.00 | |
| Other Income (attach schedule) | | |
| **Total Receipts** | $ 6,380.19 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | 3500 | |
| **Other Secured Note Payments** | | |
| Utilities | $ 931.09 | |
| Insurance | | |
| Auto Expense | $ 95.16 | |
| Lease Payments | | |
| Bank Fees | 175 | |
| Repairs and Maintenance | | |
| Storage | $ 329.60 | |
| Food, Clothing, Hygiene | | |
| Charitable Contributions | | |
| Customer Refund | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | $ 78.72 | |
| Total Ordinary Disbursements | $ 5,109.57 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | $ 1,000.00 | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | $ 1,000.00 | |
| Total Disbursements (Ordinary + Reorganization) | $ 6,109.57 | |
| Net Cash Flow (Total Receipts - Total Disbursements) | $ 270.62 | |

| | | |
|---|---|---|
| Cash - End of Month (Must equal reconciled bank statement) | $ 200.52 | |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Material | 78.72 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | |

| In re | Scott Cowan | Case No. | 16-14758 |
|---|---|---|---|
| | Debtor | Reporting Period: | 16-May |

# DISBURSEMENT JOURNAL

## CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount | |
|---|---|---|---|---|
| 2-May | Google | Util | $ | 58.33 |
| 2-May | Comcast | Util | $ | 368.44 |
| 2-May | Buildertrend | Util | $ | 299.00 |
| 6-Apr | Dropbox | Util | $ | 75.00 |
| | | | | |
| 5-May | Gas | Auto | $ | 48.36 |
| 7-May | Gas | Auto | $ | 46.80 |
| May | Overdraft | Bank Fee | $ | 35.00 |
| May | Overdraft | Bank Fee | $ | 35.00 |
| May | Overdraft | Bank Fee | $ | 35.00 |
| May | Overdraft | Bank Fee | $ | 35.00 |
| May | Overdraft | Bank Fee | $ | 35.00 |
| 5-May | Home Depot | Material | $ | 62.43 |
| 7-May | Home Depot | Material | $ | 16.29 |
| | Total Cash Disbursements | | $ | 1,149.65 |

## BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | | Check # |
|---|---|---|---|---|---|
| 3-May | Jose Carsco | Rent | $ | 1,500.00 | 5615 |
| 3-May | AC Electric | Util | $ | 130.32 | 130.32 |
| 15-May | Jose Carsco | Rent | $ | 2,000.00 | 5620 |
| 5-May | Bartlett CPA | CPA | $ | 1,000.00 | 5621 |
| 5-May | Lackland Storage | Util | $ | 329.60 | 5603 |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | Total Bank Account Disbursements | | $ | 4,959.92 |

| | | | |
|---|---|---|---|
| Total Disbursements for the Month | | $ | 6,109.57 |

In re ___Scott Cowan_____  Case No. _16-14758_____
                 Debtor  Reporting Period:___May, 2016_____

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | 1332.1 | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | 7000 | |
| Other Current Assets (attach schedule) | | |
| *TOTAL CURRENT ASSETS* | $ | $ |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | 310000 | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | 1000 | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | 311000 | $ |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| *TOTAL OTHER ASSETS* | 319332.1 | $ |
| **TOTAL ASSETS** | $ | $ |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | | $ |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | 245000 | |
| Priority Debt | | |
| Unsecured Debt | 250000 | |
| *TOTAL PRE-PETITION LIABILITIES* | 495000 | $ |
| *TOTAL LIABILITIES* | 495000 | $ |
| **OWNER EQUITY** | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | $ | $ |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re  Scott Cowan                                      Case No. 16-14758
       Debtor                                           Reporting Period:           16-May

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | $ 467.31 |  |
| **RECEIPTS** |  |  |
| Wages (Net) |  |  |
| **Interest and Dividend Income** |  |  |
| Alimony and Child Support |  |  |
| Social Security and Pension Income | $ 4,350.00 |  |
| Sale of Assets |  |  |
| Other Income (attach schedule) |  |  |
| **Total Receipts** | $ 4,817.31 |  |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) | 3404.47 |  |
| Rental Payment(s) |  |  |
| **Other Secured Note Payments** |  |  |
| Utilities | $ 79.11 |  |
| Insurance | $ - |  |
| Auto Expense | $ 610.00 |  |
| Lease Payments |  |  |
| IRA Contributions |  |  |
| Repairs and Maintenance | $ 300.00 |  |
| Medical Expenses | $ - |  |
| Food, Clothing, Hygiene | $ - |  |
| Charitable Contributions |  |  |
| Alimony and Child Support Payments |  |  |
| Taxes - Real Estate |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Other (attach schedule) |  |  |
| Travel and Entertainment | $ 54.30 |  |
| Gifts |  |  |
| Other (attach schedule) | $ 275.00 |  |
| Total Ordinary Disbursements | $ 4,722.88 |  |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees |  |  |
| U. S. Trustee Fees |  |  |
| Other Reorganization Expenses (attach schedule) |  |  |
| Total Reorganization Items | $ - |  |
| Total Disbursements (Ordinary + Reorganization) | $ 4,722.88 |  |
| Net Cash Flow (Total Receipts - Total Disbursements) | $ 94.43 |  |

| | | |
|---|---|---|
| Cash - End of Month   (Must equal reconciled bank statement) | $ 94.43 | |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Capital One Credit Card | $ 25.00 | |
| Check | $ 150.00 | |
| ATM Withdrawal | $ 100.00 | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | 4722.88 |
|---|---|
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 4722.88 |

In re Scott Cowan Case No. 16-14758
Debtor Reporting Period: 16-May

# DISBURSEMENT JOURNAL

## CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 6-Jun | Scott Cowan | Maintenance | $ 100.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Total Cash Disbursements | | $ 100.00 |

## BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 6/2/2016 | Rockland Electric | Maintenance | $ 300.00 |
| 6/7/2016 | M&T Mortgage | Mortgage | $ 3,404.47 |
| 6/7/2016 | Ford | Auto Expense | $ 610.00 |
| 6/7/2016 | Atlantic City | Entertainment | $ 54.30 |
| 6/7/2016 | United Water | Utility | $ 51.47 |
| 6/7/2016 | New Jersey Natural Gas | Utility | $ 27.64 |
| 6/7/2016 | Capital One Credit Card | Other | $ 25.00 |
| 6/10/2016 | | Check | $ 150.00 |
| | Total Bank Account Disbursements | | $ 4,622.88 |

| | | |
|---|---|---|
| Total Disbursements for the Month | | $ 4,722.88 |

| Check # |
|---|
|  |
|  |
|  |
|  |
|  |
| 152 |
|  |

In re  Scott Cowan                      Case No.    16-14758
      Debtor                      Reporting Period:  May-16

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0 | 0 | 0 | | | 0 |
| FICA-Employee | 0 | 0 | 0 | | | 0 |
| FICA-Employer | 0 | 0 | 0 | | | 0 |
| Unemployment | 0 | 0 | 0 | | | 0 |
| Income | 0 | 0 | 0 | | | 0 |
| Other: | | | | | | |
| Total Federal Taxes | 0 | 0 | 0 | | | 0 |
| **State and Local** | | | | | | |
| Withholding | 0 | 0 | 0 | | | 0 |
| Sales | 0 | 0 | 0 | | | 0 |
| Excise | 0 | 0 | 0 | | | 0 |
| Unemployment | 0 | 0 | 0 | | | 0 |
| Real Property | 0 | 0 | 0 | | | 0 |
| Personal Property | 0 | 0 | 0 | | | 0 |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | 0 | 0 | 0 | | | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 0 | | | | | 0 |
| Wages Payable | 0 | | | | | 0 |
| Taxes Payable | 0 | | | | | 0 |
| Rent/Leases-Building | 0 | | | | | 0 |
| Rent/Leases-Equipment | 0 | | | | | 0 |
| Secured Debt/Adequate Protection Payments | 0 | | | | | $0.00 |
| Professional Fees | 0 | | | | | 0 |
| Amounts Due to Insiders* | 0 | | | | | 0 |
| Other:   Condo Fees | | | | | | |
| Other:  Mortgage | | | | | | |
| **Total Postpetition Debts** | 0 | | | | | $0.00 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re   Scott Cowan  
      Debtor

Case No. 16-14758  
Reporting Period:   16-May

# DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6 | Are any post petition State or Federal income taxes past due? | | X |
| 7 | Are any post petition real estate taxes past due? | | X |
| 8 | Are any other post petition taxes past due? | | X |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 | Are any amounts owed to post petition creditors delinquent? | | X |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |

Bus Platinum Privileges

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

🕽 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

THE PRICE HOME GROUP LLC.
641 MILL CREEK RD STE 7
MANAHAWKIN, NJ 08050-3367

# Your Business Advantage Checking
# Bus Platinum Privileges

for May 1, 2016 to May 31, 2016
THE PRICE HOME GROUP LLC.

Account number.

## Account summary

| | | |
|---|---|---|
| Beginning balance on May 1, 2016 | $1,380.09 | # of deposits/credits: 1 |
| Deposits and other credits | 5,000.00 | # of withdrawals/debits: 20 |
| Withdrawals and other debits | -1,104.97 | # of items-previous cycle[1]: 15 |
| Checks | -4,829.60 | # of days in cycle: 31 |
| Service fees | -245.00 | Average ledger balance: -$347.26 |
| **Ending balance on May 31, 2016** | **$200.52** | [1]Includes checks paid,deposited items&other debits |



TIP OF THE MONTH

Small Business
Online Banking



## Banking at your fingertips

Our **Mobile Banking app**[1] can help you gain more control.

Text **BizAPP** to **226526** to download the app.[2] By texting us, you agree to receive an automated text message reply. Not a condition of purchasing any products or services.

[1] The Mobile Banking app is available on iPad, iPhone, and Android devices. [2] For the text message, supported carriers include: Alltel, AT&T, Cellular One, T-Mobile, Virgin Mobile, US Cellular, Verizon Wireless. Message and data rates may apply. Text STOP to 226526 to cancel and text HELP to 226526 for help.  ARGMRCXW | SSM-02-16-0413.B

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**



# Your checking account

THE PRICE HOME GROUP LLC.   |   Account #                |   May 1, 2016 to May 31, 2016

## Deposits and other credits

| Date | Description | | Amount |
|---|---|---|---|
| 05/16/16 | BKOFAMERICA MOBILE 05/14 3443068800 DEPOSIT      *MOBILE    NJ | | 5,000.00 |
| **Total deposits and other credits** | | | **$5,000.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 05/04/16 | AC Electric SDPY DES:Atlantic C ID:55018722102  INDN:PRICE HOME GROUP    CO ID:1498346001 TEL | -130.32 |
| 05/05/16 | COMCAST       DES:CABLE    ID:0216524  INDN:PRICE *HOME GRP      CO ID:0000213249 TEL | -368.44 |

Card account # XXXX XXXX XXXX 3990

| Date | Description | Amount |
|---|---|---|
| 05/02/16 | CHECKCARD  0428 SHELL OIL 57545335507 MANAHAWKIN   NJ 24316056120548074022595 CKCD 5542 XXXXXXXXXXXX3990 XXXX XXXX XXXX 3990 | -48.36 |
| 05/02/16 | THE HOME DEPOT  05/02 #000776400 PURCHASE THE HOME DEPOT 95  STAFFORD TWP  NJ | -62.43 |
| 05/03/16 | CHECKCARD  0502 GASCO WEST CREEK WEST CREEK   NJ 24765016123006007900111 CKCD 5541 XXXXXXXXXXXX3990 XXXX XXXX XXXX 3990 | -46.80 |
| 05/03/16 | THE HOME DEPOT  05/03 #000298478 PURCHASE THE HOME DEPOT 95  STAFFORD TWP  NJ | -16.29 |
| **Subtotal for card account # XXXX XXXX XXXX 3990** | | **-$173.88** |

Card account # XXXX XXXX XXXX 6512

| Date | Description | Amount |
|---|---|---|
| 05/03/16 | CHECKCARD  0502 Dropbox*FNL38X1HBCKN 888-4468396  CA 24906416123025720438821 RECURRING CKCD 4816 XXXXXXXXXXXX6512 XXXX XXXX XXXX 6512 | -75.00 |
| 05/05/16 | CHECKCARD  0504 GOOGLE *SVCSAPPS_PRICE CC@GOOGLE.COMCA 24692166125000427787223 CKCD 7311 XXXXXXXXXXXX6512 XXXX XXXX XXXX 6512 | -58.33 |
| 05/06/16 | CHECKCARD  0505 BUILDERTREN 402-905-2506 NE 24492156126894254749294 RECURRING CKCD 5734 XXXXXXXXXXXX6512 XXXX XXXX XXXX 6512 | -299.00 |
| **Subtotal for card account # XXXX XXXX XXXX 6512** | | **-$432.33** |
| **Total withdrawals and other debits** | | **-$1,104.97** |



## Do what you love.
## Let us help with the rest.

Watch videos about products and services that can make running your business easier, including the Clover® Station* point-of-sale system.

Visit **bankofamerica.com/SBvideos**.

*Clover Station requires Clover Mobile, Clover Mini, or FD40 equipment to accept EMV® and Apple Pay™ transactions.
©2015 Bank of America Corporation  ARKCBSKB  |  SSM-09-15-0535.B

THE PRICE HOME GROUP LLC.   |   Account #                    May 1, 2016 to May 31, 2016

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 05/04/16 | 5603 | -329.60 | 05/16/16 | 5620* | -2,000.00 |
| 05/03/16 | 5615* | -1,500.00 | 05/20/16 | 5621 | -1,000.00 |
| | | | **Total checks** | | **-$4,829.60** |
| | | | **Total # of checks** | | **4** |

* There is a gap in sequential check numbers

## Service fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $245.00 | $245.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

Based upon the activity below, the monthly fee on your Business Advantage checking account was waived for the statement period ending 04/29/16:

You are an active user of one of the following services          OR          At least one of the following occurred during the previous month

○ Bank of America Merchant Services              ○ $2,500+    in net new purchases on a linked Business credit card

○ Payroll Service by Intuit®                         ○ $15,000+  average monthly balance in primary checking account

☑ Small Business Remote Deposit Online Service    ○ $35,000+  combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 05/03/16 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 05-03 | -35.00 |
| 05/04/16 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 05-04 | -35.00 |
| 05/04/16 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 05-04 | -35.00 |
| 05/05/16 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 05-05 | -35.00 |
| 05/05/16 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 05-05 | -35.00 |
| 05/06/16 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 05-06 | -35.00 |
| 05/10/16 | Extended Overdrawn Balance Charge | -35.00 |

**Total service fees**                                                                                           **-$245.00**

Note your Ending Balance already reflects the subtraction of Service Fees.



**Bank of America**    Your checking account

THE PRICE HOME GROUP LLC.  |  Account #          May 1, 2016 to May 31, 2016

## Daily ledger balances

| Date  | Balance ($) | Date  | Balance ($) | Date  | Balance ($) |
|-------|------------:|-------|------------:|-------|------------:|
| 05/01 | 1,380.09    | 05/04 | -933.71     | 05/10 | -1,799.48   |
| 05/02 | 1,269.30    | 05/05 | -1,430.48   | 05/16 | 1,200.52    |
| 05/03 | -403.79     | 05/06 | -1,764.48   | 05/20 | 200.52      |

✓ To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.

THE PRICE HOME GROUP LLC.   |   Account #    ____ ,  May 1, 2016 to May 31, 2016

This page intentionally left blank

 **Bank**

America's Most Convenient Bank®              T         STATEMENT OF ACCOUNT

SCOTT P COWAN                                            Page:                    1 of 2
DIP CASE 16-14758 DIST NJ                                Statement Period:   May 11 2016-Jun 10 2016
35 PRESCOTT ST                                           Cust Ref #:
DEMARESTQ NJ 07627                                       Primary Account #:

## Chapter 11 Checking

SCOTT P COWAN
DIP CASE 16-14758 DIST NJ                                                Account #

### ACCOUNT SUMMARY

| | | |
|---|---|---|
| Beginning Balance | 467.31 | |
| Deposits | 4,350.00 | |
| Checks Paid | 150.00 | |
| Electronic Payments | 4,572.88 | |
| Ending Balance | 94.43 | |

| | |
|---|---|
| Average Collected Balance | 3,219.19 |
| Annual Percentage Yield Earned | 0.00% |
| Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 5/12 | DEPOSIT | 3,350.00 |
| 6/2 | DEPOSIT | 1,000.00 |
| | Subtotal: | 4,350.00 |

**Checks Paid**  No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 6/10 | 152 | 150.00 |
| | Subtotal: | 150.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/2 | ELECTRONIC PMT-WEB<br>ROCKLND ELECT CO ONLINE PMT CKF****51558POS | 300.00 |
| 6/6 | TD ATM DEBIT, *****45138509324, AUT 060416 DDA WITHDRAW<br>115 PIERMONT ROAD    TENAFLY    * NJ | 100.00 |
| 6/7 | ELECTRONIC PMT-WEB, M&T MORTGAGE ONLINE PMT CKF****51558POS | 3,404.47 |
| 6/7 | ELECTRONIC PMT-WEB, FORD MTR CHGO ONLINE PMT CKF****51558POS | 610.00 |
| 6/7 | ELECTRONIC PMT-WEB<br>ATLANTIC CITY EL ONLINE PMT CKF****51558POS | 54.30 |
| 6/7 | ELECTRONIC PMT-WEB, UNITED WATER NJ ONLINE PMT CKF****51558POS | 51.47 |
| 6/7 | ELECTRONIC PMT-WEB, NEW JERSEY GAS ONLINE PMT CKF****51558POS | 27.64 |
| 6/7 | ELECTRONIC PMT-WEB<br>CAPITAL ONE CARD ONLINE PMT CKF****51558POS | 25.00 |
| | Subtotal: | 4,572.88 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 5/10 | 467.31 | 6/6 | 4,417.31 |
| 5/12 | 3,817.31 | 6/7 | 244.43 |
| 6/2 | 4,517.31 | 6/10 | 94.43 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page: 2 of 2

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ① Ending Balance | 94.43 |
| ② Total Deposits | + |
| ③ Sub Total | |
| ④ Total Withdrawals | - |
| ⑤ Adjusted Balance | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits ② | | |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals ④ | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.