UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-14758 |
| Scott P. Cowan | : | | |
| | : | Adv. No.: | _____ |
| | : | | |
| | : | Judge: | Stacey L. Meisel |
| | : | | |
| _____ | : | Chapter: | 11 |

# NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____Stacey L. Meisel_____, United States Bankruptcy Judge.

**Reason for Hearing:** Court Hearing as to Why Trustee Should Not be Appointed

**Location of Hearing:** Courtroom No. 3A
MLK, JR Building
50 Walnut Street 3rd fl.
Newark, NJ 07102

**Date and Time:** November 1, 2016 at 2:30 PM,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ✓ ARE REQUIRED     ____ ARE NOT REQUIRED

DATED: October 13, 2016         JAMES J. WALDRON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on October 13, 20 16 the foregoing notice was served on the following: Debtor, Debtor's Counsel, any party in interest and U.S. Trustee

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*