UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              : Case No.:   16-14758
  Scott P. Cowan                                    :
                                                    : Adv. No.:   _____
                                                    :
                                                    : Judge:      Stacey L. Meisel
                                                    :
_____ :              Chapter:    11


# NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____Stacey L. Meisel_____, United States Bankruptcy Judge.

| | |
|---|---|
| **Reason for Hearing:** | Court Hearing as to Why Trustee Should Not be Appointed |
| **Location of Hearing:** | Courtroom No. 3A<br>MLK, JR Building<br>50 Walnut Street 3rd fl.<br>Newark, NJ 07102 |
| **Date and Time:** | November 1, 2016 at 2:30 PM,<br>or as soon thereafter as counsel may be heard. |

**COURT APPEARANCES:**   ✓ **ARE REQUIRED**    _____ **ARE NOT REQUIRED**


DATED:    October 13, 2016            JAMES J. WALDRON, Clerk


# CERTIFICATE OF MAILING

I HEREBY CERTIFY that on October 13, 20 16 the foregoing notice was served on the following: Debtor, Debtor's Counsel, any party in interest and U.S. Trustee




JAMES J. WALDRON, Clerk


*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-14758-SLM
Scott P. Cowan                                                            Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Oct 13, 2016
                               Form ID: pdf900          Total Noticed: 10

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 15, 2016.
db             Scott P. Cowan,    35 Demarest St.,    Demarest, NJ 07627
aty            Rhoads & Sinon,    Rhoads & Sinon,    1 S. Market Square,    PO Box 1146,
                Harrisburg, PA 17108-1146
aty           +Scura, Wigfield, Heyer & Stevens, LLP,    1599 Hamburg Turnpike,    POB 2031,
                Wayne, NJ 07474-2031
cr            +Cenlar FSB as servicing agent for Lakeview Loan Se,    Stern Lavinthal & Frankenberg LLC,
                105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr           ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court:   Ford Motor Credit Company, LLC,    P.O. Box 62180,
                Colorado Springs, CO 80962)
cr            +George Gwin,    231 Corbin Court,    Lakewood, NJ 08701-7470
cr            +Joanne Gwin,    231 Corbin Court,    Lakewood, NJ 08701-7470
cr            +Mark J. Molz,    Law Office of Mark J. Molz,    1400 Roue 38 East,    PO Box 577,
                Hainesport, NJ 08036-0577
cr            +Shore Fasteners & Supply Inc.,    c/o Travis L. Kreiser, Esquire,    1300 Lawrence Road,
                Havertown, pa 19083-1805
br            +The Van Dyk Group,    275 Route 72 East,    Manahawkin, NJ 08050-3535

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 13, 2016 at the address(es) listed below:
              Daniel E. Straffi    on behalf of Creditor Joanne  Gwin dstraffi1@comcast.net,
               G25938@notify.cincompass.com
              Daniel E. Straffi    on behalf of Creditor George  Gwin dstraffi1@comcast.net,
               G25938@notify.cincompass.com
              David L. Stevens    on behalf of Debtor Scott P. Cowan dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Erin Marie Greene    on behalf of Plaintiff   Division of Consumer Affairs
               erin.greene@lps.state.nj.us
              Jeanette F. Frankenberg    on behalf of Creditor    Cenlar FSB as servicing agent for Lakeview Loan
               Servicing, LLC cmecf@sternlav.com
              Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com,
               mfriedman@archerlaw.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Mark J. Molz    on behalf of Creditor Mark J. Molz molzlaw@aol.com
              Travis L. Kreiser    on behalf of Creditor    Shore Fasteners & Supply Inc.
               travis.kreiser@verizon.net
                                                                                             TOTAL: 10
```