| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Scura, Wigfield, Heyer & Stevens, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Tel.: 973-696-8391<br>Fax: 973-696-8571<br>Proposed Counsel for Debtor | Case No.: 16-14758<br><br>Chapter: 11 |
| In Re:<br>Scott P. Cowan,<br><br>Debtor. | Adv. No.: _____<br>Hearing Date: _____<br>Judge: SLM |

## CERTIFICATION OF SERVICE

1. I, Alex Scolavino :

   ☐ represent _____ in the this matter.

   ☒ am the secretary/paralegal for SWH&S, LLP, who represents the Debtor in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On 10/20/2016, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   - Order Authorizing Private Sale Free and Clear of Liens and Encumbrances and Waiving Fourteen-Day Stay.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 10/20/2016                    /s/ Alex Scolavino
                                     Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the Trustee | Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| *See Attached List* | Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

Ritz-Craft Corp. of PA Inc.
c/o Rhoads & Sinon
1 S. Market Square
PO Box 1146
Harrisburg, PA 17108-1146

The Van Dyk Group
275 Route 72 East
Manahawkin, NJ 08050
Attn: President, CEO, Reg. Agent

VW Credit Leasing, Inc.
22823 Nw Bennet St.
Hillsboro, OR 97124
Attn: President, CEO, Reg. Agent

Discover Products, Inc.
2500 Lake Cook Rd.
Riverwoods, IL 60015
Attn: President, CEO, Reg. Agent

Internal Revenue Service
2970 Market St.
Mail Stop 5-Q30.133
Philadelphia, PA 19104

Universal Supply Company, LLC
c/o Bart Klein, Esq.
2066 Millburn Ave., Ste. 101
Maplewood, NJ 07040

Bank of America, N.A
100 N. Tryon St.
Charlotte, NC 28255
Attn: President, CEO, Reg. Agent

NJ Division of Taxation
Attn: Bankruptcy Dept.
50 Barrack St., 9th Fl.
Trenton, NJ 08695

Lakeview Loan Servicing
c/o Cenlar FSB
425 Phillips Blvd.
Ewing, NJ 08618
Attn: President, CEO, Reg. Agent

641 Mill Creek Road, LLC
Attn: Jose Carrasco
11 Amy Dr.
Manahawkin, NJ 08050

84 Lumber
1019 Route 519
Eighty Four, PA 15330
Attn: President, CEO, Reg. Agent

Allen, Maxwell & Silver, Inc.
190 Sylvan Ave.
Englewood Cliffs, NJ 07632
Attn: President, CEO, Reg. Agent

Allied Supply
15 E. Union Ave.
East Rutherford, NJ 07073
Attn: President, CEO, Reg. Agent

Anna Marie Sandford & Theresa Maldera
c/o Robert J. Kiss
2216 Long Beach Blvd.
Beach Haven, NJ 08008

Barkave G. Elvan
5810 Bergenline Ave. #209
West New York, NJ 07093

Borough of Demarest
Office of the Tax Collector
118 Serpentine Rd.
Demarest, NJ 07627

Cannon Financial Services, Inc.
14904 Collections Center Dr.
Chicago, IL 60693
Attn: President, CEO, Reg. Agent

Chase Bank
270 Park Ave.
New York, NY 10017
Attn: President, CEO, Reg. Agent

Citibank
701 E. 60th St. N.
Sioux Falls, SD 57104
Attn: President, CEO, Reg. Agent

City of Englewood
Office of the Tax Collector
2-10 North Van Brunt St.
Englewood, NJ 07631

Dennis & Jill Bellof
c/o Kevin S. Quinlan, Esq.
207 W. Main St.
Tuckerton, NJ 08087

Di Francia & Price PC
147 E. Main St.
Tuckerton, NJ 08087
Attn: President, CEO, Reg. Agent

Euler Hermes Collections North America
800 Red Brook Blvd, Ste. 400C
Owings Mills, MD 21117
Attn: President, CEO, Reg. Agent

Heritage Business Systems, Inc.
1263 Glen Ave.
Moorestown, NJ 08057
Attn: President, CEO, Reg. Agent

Home Depot
2455 Paces Ferry Rd SE, #B #3
Atlanta, GA 30339
Attn: President, CEO, Reg. Agent

James & Maria Tchaplygin
c/o John T. Bazzurro, LLC
200 Meco Dr.
Millstone Township, NJ 08535

John Devenney
c/o Gluck & Allen, LLC
217 Washington St.
Toms River, NJ 08753

Kim Smith
4301 Bennett Place
Southampton, PA 18966

Kreiser & Associates, PC
Attn: Travis L. Kreiser, Esq.
1300 Lawrence Road
Havertown, PA 19083

Laura Matarazzo
c/o Francis J. Battersby
4 Ramapo Valley Rd.
Oakland, NJ 07436

Matthew & Yrma Leo
415 Twin Lakes Blvd.
Tuckerton, NJ 08087

Meredith & Joseph DeSanto
56 Harry Drive
Manahawkin, NJ 08050

New Jersey Casualty Insurance Co.
301 Sullivan Way
Trenton, NJ 08628
Attn: President, CEO, Reg. Agent

New Jersey Dept. of Labor
Division of Wage & Hour Compliance
1 John Fitch Plaza, 3rd Fl.
Trenton, NJ 08611

Ocwen Loan Services
12650 Ingenuity Dr.
Orlando, FL 32826
Attn: President, CEO, Reg. Agent

Partner Engineering and Science
611 Industrial Way. W.
Eatontown, NJ 07724
Attn: President, CEO, Reg. Agent

Patricia Bollman & Maureen Molz
c/o Mark J. Molz
1400 Rt. 38 E.
PO Box 577
Hainesport, NJ 08036

Patricia Hough
c/o Michael A. Kosar, Esq.
535 Rt. 38 East
Cherry Hill, NJ 08002

Peter Gallelli
c/o Robert J. Kiss, Esq.
2216 Long Beach Blvd.
PO Box 548
Beach Haven, NJ 08008

WB Mason
c/o Allen, Maxwell & Silver, Inc.
190 Sylvan Ave.
Englewood Cliffs, NJ 07632

William & Linda Cullen
26 Central Ave.
Highlands, NJ 07732

Township of Manahawkin
Office of the Tax Collector
260 East Bay Ave.
Manahawkin, NJ 08050

US Attorney
Peter Rodino Federal Building
970 Broad St., Ste. 700
Newark, NJ 07102

Attorney General
US Dept. of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530

Office of Attorney General
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625

TD Bank, N.A.
1701 Route 70 East
Cherry Hill, NJ 080834
Attn: President, CEO, Reg. Agent

United Jersey Bank
c/o Bank of America, N.A
100 N. Tryon St.
Charlotte, NC 28255
Attn: President, CEO, Reg. Agent

Alan Grippaldi
49 Driftway Rd.
Howell, NJ 07731

Hanit Cowan
35 Prescott St.
Demarest, NJ 07627

Suzanne D. Cowan
35 Prescott Drive
Demarest, NJ 07627

Fulton Bank of New Jersey
533 Fellowship Rd.
Mount Laurel, NJ 08054
Attn: President, CEO, Reg. Agent

Fulton Financial Corp.
One Penn Square, 3rd Fl.
Lancaster, PA 17602
Attn: President, CEO, Reg. Agent

George & Joanne Gwin
c/o Apicelli, Constanzo & Russom
551 Lakehurst Rd.
Toms River NJ 08755

Jeffrey Bassano
c/o Mattleman, Weinroth & Miller PC
401 Rt. 70 East, Ste. 100
Cherry Hill, NJ 08034

Convergent Commercial, Inc.
925 Westchester Ave., Ste. 101
White Plains, NY 10604