Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−14758−SLM
Chapter: 11
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Scott P. Cowan
   35 Demarest St.
   Demarest, NJ 07627

Social Security No.:
   xxx−xx−8978

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       11/16/16
Time:       10:00 AM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
David Stevens, Esq.

COMMISSION OR FEES
$14917.50

EXPENSES
$278.99

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: October 27, 2016
JJW:

                                                                James J. Waldron
                                                                Clerk

```
                            United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                      Case No. 16-14758-SLM
Scott P. Cowan                                                              Chapter 11
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 3              Date Rcvd: Oct 27, 2016
                               Form ID: 137                 Total Noticed: 73


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2016.
db             Scott P. Cowan,    35 Demarest St.,    Demarest, NJ 07627
aty            Rhoads & Sinon,    Rhoads & Sinon,   1 S. Market Square,    PO Box 1146,
                Harrisburg, PA 17108-1146
aty           +Scura, Wigfield, Heyer & Stevens, LLP,    1599 Hamburg Turnpike,    POB 2031,
                Wayne, NJ 07474-2031
cr            +Cenlar FSB as servicing agent for Lakeview Loan Se,    Stern Lavinthal & Frankenberg LLC,
                105 Eisenhower Parkway,    Suite 302,   Roseland, NJ 07068-1640
cr            +George Gwin,    231 Corbin Court,    Lakewood, NJ 08701-7470
cr            +Joanne Gwin,    231 Corbin Court,    Lakewood, NJ 08701-7470
cr            +Mark J. Molz,    Law Office of Mark J. Molz,    1400 Roue 38 East,    PO Box 577,
                Hainesport, NJ 08036-0577
cr            +Shore Fasteners & Supply Inc.,     c/o Travis L. Kreiser, Esquire,    1300 Lawrence Road,
                Havertown, pa 19083-1805
br            +The Van Dyk Group,    275 Route 72 East,    Manahawkin, NJ 08050-3535
516056307     #+641 Mill Creek Road, LLC,    Attn: Jose Carrasco,    11 Amy Dr.,   Manahawkin, NJ 08050-4304
516056308     +84 Lumber,    1019 Route 519,    Attn: Bankruptcy,   Eighty Four, PA 15330-2813
516056310     +Allied Supply,    PO Box 5670,    New York, NY 10087-5670
516338694      American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
516056311     +Anna Marie Sandford & Theresa Maldera,    183 Sparrow Dr.,    Trenton, NJ 08690-2459
516056312     +Anna Marie Sandford & Theresa Maldera,    c/o Robert J. Kiss,    2216 Long Beach Blvd.,
                PO BOX 548,   Beach Haven, NJ 08008-0282
516056316    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   Bk Of Amer,    4161 Piedmont Parkway,    Greensboro, NC 27410)
516056313     +Bank fo America,    Po Box 982238,    El Paso, TX 79998-2238
516056314     +Bank of America - Merchant Services,    150 N. College St. - 15th Fl.,    Attn: Bankruptcy,
                Charlotte, NC 28202-2271
516412686     +Bank of America, N.A.,    c/o Marinosci Law Group, P.C.,    ATTN: Bankruptcy Department,
                100 West Cypress Creek Road, Suite 1045,    Fort Lauderdale, FL 33309-2191
516227970     +Bank of America, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
516056315     +Barkave G. Elvan,    5810 Bergenline Ave. #209,   West New York, NJ 07093-1295
516056317     +Bk Of Amer,    Po Box 45144,    Jacksonville, FL 32232-5144
516056318     +Borough of Demarest,    Office of the Tax Collector,    118 Serpentine Rd.,
                Demarest, NJ 07627-2128
516295369     +Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
516056319     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516056320     +Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
516056321     +City of Englewood,    Office of the Tax Collector,    PO Box 228,    Englewood, NJ 07631-0228
516056322     +Di Francia & Price PC,    147 E. Main St.,    Tuckerton, NJ 08087-2661
516056324     +Euler Hermes Collections North America,    800 Red Brook Blvd, Ste. 400C,
                Owings Mills, MD 21117-5173
516126940    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court:   Ford Motor Credit Company LLC,    P.O. Box 62180,
                Colorado Springs, CO 80962)
516056326     +Frd Motor Cr,    Po Box Box 542000,    Omaha, NE 68154-8000
516056327     +Fulton Bank Merchant Services,    One Penn Square,    Attn: Bankruptcy,
                Lancaster, PA 17602-2853
516236993     +George & Joanne Gwin,    231 Corbin Court,    Lakewood, NJ 08701-7470
516056330      Home Depot,    PO Box 653000,    Dallas, TX 75265-3000
516056332     +John Devenney,    c/o Gluck & Allen, LLC,    217 Washington St.,    Toms River, NJ 08753-7567
516056333     +Jonathan Price,    102 Parkert St.,    Manahawkin, NJ 08050-3166
516056334     +Kim Smith,    4301 Bennett Place,    Southampton, PA 18966-2655
516056335     +Kreiser & Associates, PC,    Attn: Travis L. Kreiser, Esq.,    1300 Lawrence Road,
                Havertown, PA 19083-1805
516056336     +Laura Matarazzo,    c/o Francis J. Battersby,    4 Ramapo Valley Rd.,    Oakland, NJ 07436-1723
516056337     +Law Office of Bart J. Klein,    2066 Millburn Ave.,    Maplewood, NJ 07040-3722
516056338     +Law Offices of Michael E. Adler,    20 Meredith Rd.,    Wynnewood, PA 19096-3612
516093310     +M&T Bank,    35 Prescott Street,    Demarest, NJ 07627-1906
516056340     +Mark J. Molz,    1400 Rt. 38 E.,    PO Box 577,   Hainesport, NJ 08036-0577
516056341     +Matthew & Yrma Leo,    415 Twin Lakes Blvd.,    Tuckerton, NJ 08087-1118
516056342     +Meredith & Joseph DeSanto,    56 Harry Drive,    Manahawkin, NJ 08050-4108
516056343     +New Jersey Casualty Insurance Co.,    301 Sullivan Way,    Trenton, NJ 08628-3406
516056344     +New Jersey Dept. of Labor,    Division of Wage & Hour Compliance,    PO Box 389,
                Trenton, NJ 08625-0389
516056346     +Norgaard O'Boyle,    184 Grand Ave.,    Englewood, NJ 07631-3578
516056347     +Ocwen Loan Services,    12650 Ingenuity Dr.,    Orlando, FL 32826-2703
516056348     +Peter Gallelli,    c/o Robert J. Kiss, Esq.,   2216 Long Beach Blvd.,    PO Box 548,
                Beach Haven, NJ 08008-0282
516056349     +Price home Group LLC,    641 Mill Creek Rd.,    Manahawkin, NJ 08050-3365
516056350     +Rhoads & Sinon, LLP,    Attn. Timothy J. Nieman, Esq.,    PO Box 1146,
                Harrisburg, PA 17108-1146
516056351     +Ritz-Craft Corp. of Pennsylvania, Inc.,    15 Industrial Pkwy,
                Attn: President, CEO, Reg. Agent,    Mifflinburg, PA 17844-7992
```

```
District/off: 0312-2           User: admin                  Page 2 of 3                  Date Rcvd: Oct 27, 2016
                               Form ID: 137                 Total Noticed: 73


516338856      Ritz-Craft Corporation Of Pennsylvania, Inc.,    Amanda J. Lavis, Esq.,    Rhoads & Simon LLP,
                PO Box 1146,    Harrisburg, PA 17108-1146
516056345     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:   New Jersey Division of Taxation,
                Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,
                Trenton, NJ 08695)
516056352      +Shore Fasteners & Supply, Inc.,    500 N. Main St.,    Pleasantville, NJ 08232-1538
516056353       United Jersey Bank,    c/o Bank of America,    100 North Tyron St.,    Charlotte, NC 28202
516056354      +Universal Supply Company, LLC,    292 3rd St.,    Trenton, NJ 08611-3004
516076223      +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
516056356      +William & Linda Cullen,    26 Central Ave.,    Highlands, NJ 07732-1406
516056357      +William A. Porteus,    PO Box 308,    Putnam Valley, NY 10579-0308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: cio.bncmail@irs.gov Oct 27 2016 22:47:52      Dist Dir of IRS,
                Insolvency Function,    PO Box 724,    Springfield, NJ 07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 27 2016 22:48:23      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 27 2016 22:48:19     United States Trustee,
                Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516056309     ++E-mail/Text: support@amscollections.com Oct 27 2016 22:47:43      Allen, Maxwell & Silver, Inc.,
                190 Sylvan Ave.,    Englewood Cliffs, NJ 07632-2533
516080745       E-mail/Text: mrdiscen@discover.com Oct 27 2016 22:47:37      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516056323      +E-mail/Text: mrdiscen@discover.com Oct 27 2016 22:47:37      Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
516056329      +E-mail/Text: bankruptcy@fult.com Oct 27 2016 22:49:05      Fulton Bank of NJ,
                533 Fellowship Rd. - Ste. 250,    Mount Laurel, NJ 08054-3411
516056328      +E-mail/Text: bankruptcy@fult.com Oct 27 2016 22:49:05      Fulton Bank of New Jersey,
                533 Fellowship Road,    Attn. Bankruptcy,    Mount Laurel, NJ 08054-3412
516056339       E-mail/Text: camanagement@mtb.com Oct 27 2016 22:48:07      M & T Bank,    1 Fountain Plz,
                Buffalo, NY 14203
516101374       E-mail/Text: camanagement@mtb.com Oct 27 2016 22:48:07      M&T Bank,    P.O. Box 840,
                Buffalo, NY 14240-0840
516162111       E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2016 22:36:59      Synchrony Bank,
                c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
516056355      +E-mail/Text: vci.bkcy@vwcredit.com Oct 27 2016 22:48:31     Vw Credit Inc,    2333 Waukegan Rd,
                Deerfield, IL 60015-5508
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516159442       Universal Supply Company LLC
cr*           ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:   Ford Motor Credit Company, LLC,    P.O. Box 62180,
                Colorado Springs, CO  80962)
516339930*      American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
516256663*      Bank Of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
516056325*     +Euler Hermes Collections North America,    800 Red Brook Blvd. - Ste. 400C,
                Owings Mills, MD 21117-5173
516056331*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
516241515*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
                                                                                               TOTALS: 1, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Oct 27, 2016
                              Form ID: 137             Total Noticed: 73
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2016 at the address(es) listed below:
          Daniel E. Straffi    on behalf of Creditor Joanne  Gwin dstraffi1@comcast.net,
           G25938@notify.cincompass.com
          Daniel E. Straffi    on behalf of Creditor George  Gwin dstraffi1@comcast.net,
           G25938@notify.cincompass.com
          David L. Stevens     on behalf of Debtor Scott P. Cowan dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com
          Denise E. Carlon     on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Erin Marie Greene    on behalf of Plaintiff   Division of Consumer Affairs
           erin.greene@lps.state.nj.us
          Jeanette F. Frankenberg    on behalf of Creditor   Cenlar FSB as servicing agent for Lakeview Loan
           Servicing, LLC cmecf@sternlav.com
          Jerrold S. Kulback    on behalf of Creditor   Fulton Bank of New Jersey jkulback@archerlaw.com,
           mfriedman@archerlaw.com
          John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company, LLC
           mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Mark J. Molz    on behalf of Creditor Mark J. Molz molzlaw@aol.com
          Travis L. Kreiser    on behalf of Creditor   Shore Fasteners & Supply Inc.
           travis.kreiser@verizon.net
                                                                                             TOTAL: 10
```