UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | CHAPTER 7 |
| | : | |
| Scott P. Cowan | : | CASE NO.: 16-14758 (SLM) |
| | : | |
| Debtor | : | |
| _____: | | |

Benjamin A. Stanziale, Jr., Esq.
Stanziale & Stanziale
29 Northfield Avenue, Suite 201
West Orange, NJ 07052

**NOTICE OF APPOINTMENT OF TRUSTEE**

The United States Trustee hereby appoints Benjamin A. Stanziale, Jr., Esq., to serve as the chapter 7 trustee of the above-captioned bankruptcy estate. If he cannot qualify, the trustee is required to notify the United States Trustee in writing within five (5) days of receipt of this notice of rejection of this appointment.

            ANDREW R. VARA
            ACTING UNITED STATES TRUSTEE
            REGION 3


        By:  */s/ Martha R. Hildebrandt*
            Martha R. Hildebrandt
            Assistant United States Trustee


Dated:  November 3, 2016