| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Peter J. D'Auria, Esq. (PD 3709)<br>One Newark Center, Suite 2100, Newark, NJ 07102<br>Telephone: (973) 645-3014, Fax: (973) 645-5993<br>E-Mail:  Peter.J.D'Auria@usdoj.gov | **Order Filed on November 2, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey** |
| In Re:<br><br>  Scott Cowan,<br><br>  Debtor. | Case No.:        16-14758(SLM)<br><br>Hearing Date:   Nov. 1, 2016 at 2:30 pm<br><br>Judge:              Stacey L. Meisel<br><br>Chapter:                    11 |

**ORDER CONVERTING CASE TO CHAPTER 7**

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: November 2, 2016**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of ___the Court (D.E. 54) , and the Statement by the U. S. Trustee (D.E. 62)___ and for good cause shown, it is

ORDERED that this case is converted from chapter ___11___ to chapter 7, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file:

- amendments to previously filed schedules and statements as necessary,

- all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed,

- a schedule of all property which was acquired after the commencement of the case, but before the entry of this order,

- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order,

- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

ORDERED that the United States Trustee shall immediately appoint a chapter 7 trustee in this case, and it is further

ORDERED that if the case is converting from chapter 11, the debtor or chapter 11 trustee shall:

- immediately turn over to the chapter 7 trustee, all records and property of the estate in his/her custody or control,

- ☒ within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

2

ORDERED that if the case is converting from chapter 13, the chapter 13 trustee shall:

- within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED, that if the case is converting from chapter 13, upon the filing of the trustee's Final Report, the chapter 13 trustee is discharged as trustee of the estate and the bond is cancelled.

*rev. 8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-14758-SLM
Scott P. Cowan                                                          Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Nov 02, 2016
                Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2016.
db         Scott P. Cowan,    35 Demarest St.,    Demarest, NJ  07627
aty        +Scura, Wigfield, Heyer & Stevens, LLP,    1599 Hamburg Turnpike,    POB 2031,
     Wayne, NJ 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2016 at the address(es) listed below:
         Daniel E. Straffi    on behalf of Creditor Joanne  Gwin dstraffi1@comcast.net,
     G25938@notify.cincompass.com
         Daniel E. Straffi    on behalf of Creditor George  Gwin dstraffi1@comcast.net,
     G25938@notify.cincompass.com
         David L. Stevens    on behalf of Debtor Scott P. Cowan dstevens@scuramealey.com,
     cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
         Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
     bkgroup@kmllawgroup.com
         Erin Marie Greene    on behalf of Plaintiff   Division of Consumer Affairs
     erin.greene@lps.state.nj.us
         Jeanette F. Frankenberg    on behalf of Creditor   Cenlar FSB as servicing agent for Lakeview Loan Servicing, LLC cmecf@sternlav.com
         Jerrold S. Kulback    on behalf of Creditor   Fulton Bank of New Jersey jkulback@archerlaw.com,
     mfriedman@archerlaw.com
         John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company, LLC
     mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
         Mark J. Molz    on behalf of Creditor Mark J. Molz molzlaw@aol.com
         Travis L. Kreiser    on behalf of Creditor   Shore Fasteners & Supply Inc.
     travis.kreiser@verizon.net
                                                                                                                                             TOTAL: 10