| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>HELLRING LINDEMAN GOLDSTEIN<br>  & SIEGAL LLP<br>Patricia A. Staiano, Esq.<br>Attorneys for Benjamin A. Stanziale, Jr.,<br>  Chapter 7 Trustee for Scott P. Cowan<br>One Gateway Center<br>Newark, New Jersey 07102-5323<br>973.621.9020 | **Order Filed on November 14, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey** |
| In Re:<br><br>SCOTT P. COWAN,<br><br>                              Debtor. | Case No. 16-14758 (SLM)<br><br>Chapter 7 Proceeding<br><br>Honorable Stacey L. Meisel<br><br>Hearing Date: November 16, 2016<br>                        at 10:30 a.m. |

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages numbered two (2) through three (3) is hereby ORDERED.

**DATED: November 14, 2016**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor:   Scott P. Cowan

Case No.:   16-14758 (SLM)

ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE
_____

After review of the application of Benjamin A. Stanziale, Jr., Chapter 7 Trustee ("Trustee") for Scott P. Cowan ("Debtor") for the reduction of time for a hearing on Motion for Order Authorizing the Trustee to Proceed with Private Sale of Property and for Other Related Relief under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on November 16, 2016 at 10:30 a.m. in the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Newark, New Jersey, Courtroom No. 3A.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: The United States Trustee, counsel for the Debtor, the co-owner of the property, counsel to the purchasers of the property and the real estate agent retained by the Debtor.

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax, ☐ overnight mail, ☐ regular mail, ☒ email, ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

2

Debtor:    Scott P. Cowan

Case No.:  16-14758 (SLM)

ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE
_____

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within 1 day of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

   ☐ on the same day as the date of this Order, or

   ☐ within _____ day(s) of the date of this Order.

6. A Certification of Service must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail ____ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

3

132195