| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>HELLRING LINDEMAN GOLDSTEIN &<br>SIEGAL LLP<br>Patricia A. Staiano, Esq.<br>Attorneys for Benjamin A. Stanziale, Jr.<br>One Gateway Center<br>Newark, New Jersey 07102-5323<br>973.621.9020 | |
| In Re:<br><br>SCOTT P. COWAN,<br><br>                    Debtor. | Case No. 16-14758 (SLM)<br><br>Judge:   Stacey L. Meisel<br><br>Chapter:  7 |

## CERTIFICATION OF SERVICE

1. I, Judith L. Rauco,

☐ represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for Patricia A. Staiano, Esq. who represents Benjamin A. Stanziale, Jr., in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2. On November 14, 2016, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:  November 14, 2016 Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice; Notice of Motion for Authorization for the Trustee to Proceed with Private Sale of Property and for Other Related Relief; Certification of Benjamin A. Stanziale, Chapter 7 Trustee in support of Motion, Statement that Memorandum of Law is Unnecessary, proposed form of Order, Application and form of Order Shortening Time and Certification of Service.

2

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: November 14, 2016                    /s/ Judith L. Rauco
                                            Judith L. Rauco

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Benjamin A. Stanziale, Jr., Esq.<br>29 Northfield Avenue, Suite #201<br>West Orange, NJ 07052 | Chapter 7 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Email<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>(as authorized by the court*) |
| Office of the United States Trustee<br>1 Newark Center, Suite 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Email<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other (Fax)<br>(as authorized by the court*) |
| David L. Stevens<br>Scura, Wigfield, Heyer & Stevens<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470 | Scott P. Cowan, Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Email<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other (Fax)<br>(as authorized by the court*) |
| Lora Privetera, Esq.<br>853 Mill Creek Road, Unit 5<br>Manahawkin, NJ  08050 | Counsel to Purchasers | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Email<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other (Fax)<br>(as authorized by the court*) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Karl Norgaard, Esq.<br>Norgaard O'Boyle<br>184 Grand Avenue<br>Englewood, NJ  07631-3507 | Counsel to Suzanne Cowan | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Email<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other (Fax)<br>(as authorized by the court*) |
| The Van Dyk Group<br>Rt. 72 and Jennings Road<br>Manahawkin, NJ  8050<br><br>Attn:  Marie Holloway<br>         Marion Romano | Realtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Email<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other (Fax)<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the Court through the issuance of an Order Shortening Time.

Rev.8/1/15

132358