UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stern Lavinthal & Frankenberg LLC
105 Eisenhower Parkway - Suite 302
Roseland, NJ 07068
Telephone Number (973) 797-1100
Telecopier Number (973) 228-2679
Attorneys for Secured Creditor, Cenlar FSB as servicing agent for Lakeview Loan Servicing, LLC
By: Jeanette F. Frankenberg, Esq.

In Re:

Scott P. Cowan

Case No.: __16-14758-SLM__

Chapter: __7__

Hearing Date: __November 29, 2016__

Judge: __Stacey L. Meisel__

**ADJOURNMENT REQUEST**

1. I, __Jeanette F. Frankenberg__,

   ☒ am the attorney for: __Cenlar FSB as servicing agent for Lakeview Loan Servicing, LLC__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: __Motion for Relief filed October 19, 2016 (Docket No. 58)__

   Current hearing date and time: __November 29, 2016 at 11:00 am__

   New date requested: __January 24, 2017__

   Reason for adjournment request: __Trustee is requesting additional time to review case.__

   _____

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: __November 8, 2016__          __/s/ Jeanette F. Frankenberg__
                                        Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date: January 24, 2017        ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.8/1/15*