| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>HELLRING LINDEMAN GOLDSTEIN<br>  & SIEGAL LLP<br>Patricia A. Staiano, Esq.<br>Attorneys for Benjamin A. Stanziale, Jr.,<br>  Chapter 7 Trustee for Scott P. Cowan<br>One Gateway Center<br>Newark, New Jersey 07102-5323<br>973.621.9020 | **Order Filed on November 16, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey** |
| In Re:<br><br>SCOTT P. COWAN,<br><br>                    Debtor. | Case No. 16-14758 (SLM)<br><br>Chapter 7 Proceeding<br><br>Honorable Stacey L. Meisel<br><br>Hearing Date: November 16, 2016<br>                    at 10:30 a.m. |

### ORDER AUTHORIZING THE TRUSTEE TO PROCEED WITH PRIVATE SALE OF PROPERTY AND FOR OTHER RELATED RELIEF

The relief set forth on the following page numbered two (2) through three (3) is hereby ORDERED.

**DATED: November 16, 2016**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor:     SCOTT P. COWAN
Case No.:   16-14758 (SLM)

ORDER AUTHORIZING THE TRUSTEE TO PROCEED WITH PRIVATE SALE OF PROPERTY AND FOR OTHER RELATED RELIEF

---

THIS MATTER, being opened to the Court by Hellring Lindeman Goldstein & Siegal LLP, attorneys for Benjamin A. Stanziale, Jr., Chapter 7 Trustee ("Trustee") for Scott P. Cowan ("Debtor"), on the Trustee's Motion for entry of an Order authorizing the Trustee to proceed with the private sale of real property located at 48 Harold Lane, Manahawkin, New Jersey (the "Property") and for other related relief; and notice of the Motion having been properly served; and the Court having read and considered all papers submitted in support of said motion and in opposition to said motion, if any; and the Court having heard argument of counsel, if any; and other good and sufficient cause being shown, it is hereby

**ORDERED** that:

1. The Trustee be, and hereby is, authorized to proceed with the private sale of the Property to William Bresley and Christine Bresley in accordance with the Amended Order Authorizing Private Sale Free and Clear of Liens and Encumbrances and Waiving Fourteen-Day Stay, dated October 31, 2016 (the "Sale Order"), originally entered in favor of the Debtor as a Chapter 11 debtor-in-possession.

2. The Trustee be, and hereby is, authorized to pay at closing the 6% real estate commission due to the selling broker, The Van Dyke Group.

3. The Trustee be and hereby is, authorized and empowered to sign all documents necessary and appropriate to transfer the Property, including, but not limited to, contracts, deeds, affidavits, certifications and Closing Disclosures on behalf of the co-owner of the Property and this bankruptcy estate.

2

Debtor:    SCOTT P. COWAN
Case No.:    16-14758 (SLM)

ORDER AUTHORIZING THE TRUSTEE TO PROCEED WITH PRIVATE SALE OF PROPERTY AND FOR OTHER RELATED RELIEF

_____

          4.        The Trustee be, and hereby is, authorized to pay one half of the net proceeds form the sale of the Property to the Debtor's wife, Suzanne Cowan, in exchange for her interest in the Property.

132123