| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>HELLRING LINDEMAN GOLDSTEIN<br> & SIEGAL LLP<br>Patricia A. Staiano, Esq.<br>Attorneys for Benjamin A. Stanziale, Jr.,<br> Chapter 7 Trustee for Scott P. Cowan<br>One Gateway Center<br>Newark, New Jersey 07102-5323<br>973.621.9020 |
| In Re:<br><br>SCOTT P. COWAN,<br><br>                                    Debtor. |

Order Filed on November 16, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Case No. 16-14758 (SLM)

Chapter 7 Proceeding

Honorable Stacey L. Meisel

Hearing Date: November 16, 2016
              at 10:30 a.m.

### ORDER AUTHORIZING THE TRUSTEE TO PROCEED WITH PRIVATE SALE OF PROPERTY AND FOR OTHER RELATED RELIEF

The relief set forth on the following page numbered two (2) through three (3) is hereby ORDERED.

**DATED: November 16, 2016**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor:     SCOTT P. COWAN
Case No.:   16-14758 (SLM)

ORDER AUTHORIZING THE TRUSTEE TO PROCEED WITH PRIVATE SALE OF PROPERTY AND FOR OTHER RELATED RELIEF
_____

THIS MATTER, being opened to the Court by Hellring Lindeman Goldstein & Siegal LLP, attorneys for Benjamin A. Stanziale, Jr., Chapter 7 Trustee ("Trustee") for Scott P. Cowan ("Debtor"), on the Trustee's Motion for entry of an Order authorizing the Trustee to proceed with the private sale of real property located at 48 Harold Lane, Manahawkin, New Jersey (the "Property") and for other related relief; and notice of the Motion having been properly served; and the Court having read and considered all papers submitted in support of said motion and in opposition to said motion, if any; and the Court having heard argument of counsel, if any; and other good and sufficient cause being shown, it is hereby

**ORDERED** that:

1. The Trustee be, and hereby is, authorized to proceed with the private sale of the Property to William Bresley and Christine Bresley in accordance with the Amended Order Authorizing Private Sale Free and Clear of Liens and Encumbrances and Waiving Fourteen-Day Stay, dated October 31, 2016 (the "Sale Order"), originally entered in favor of the Debtor as a Chapter 11 debtor-in-possession.

2. The Trustee be, and hereby is, authorized to pay at closing the 6% real estate commission due to the selling broker, The Van Dyke Group.

3. The Trustee be and hereby is, authorized and empowered to sign all documents necessary and appropriate to transfer the Property, including, but not limited to, contracts, deeds, affidavits, certifications and Closing Disclosures on behalf of the co-owner of the Property and this bankruptcy estate.

Debtor:       SCOTT P. COWAN
Case No.:     16-14758 (SLM)

ORDER AUTHORIZING THE TRUSTEE TO PROCEED WITH PRIVATE SALE OF PROPERTY AND FOR OTHER RELATED RELIEF
_____

      4.    The Trustee be, and hereby is, authorized to pay one half of the net proceeds form the sale of the Property to the Debtor's wife, Suzanne Cowan, in exchange for her interest in the Property.

132123

United States Bankruptcy Court
District of New Jersey

In re:  
Scott P. Cowan  
    Debtor

Case No. 16-14758-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 16, 2016  
                     Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2016.
```
db              Scott P. Cowan,    35 Demarest St.,    Demarest, NJ  07627
aty            +Scura, Wigfield, Heyer & Stevens, LLP,    1599 Hamburg Turnpike,    POB 2031,
                 Wayne, NJ 07474-2031
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2016 at the address(es) listed below:
```
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    on behalf of U.S. Trustee    United States Trustee
               trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Brian Gregory Hannon    on behalf of Creditor Susan A. Cowan bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Daniel E. Straffi    on behalf of Creditor George  Gwin dstraffi1@comcast.net,
               G25938@notify.cincompass.com
              Daniel E. Straffi    on behalf of Creditor Joanne  Gwin dstraffi1@comcast.net,
               G25938@notify.cincompass.com
              David E. Sklar    on behalf of Defendant Scott P. Cowan dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Debtor Scott P. Cowan dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Erin Marie Greene    on behalf of Plaintiff    Division of Consumer Affairs
               erin.greene@lps.state.nj.us
              Jeanette F. Frankenberg    on behalf of Creditor    Cenlar FSB as servicing agent for Lakeview Loan
               Servicing, LLC cmecf@sternlav.com
              Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com,
               mfriedman@archerlaw.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Karl J. Norgaard    on behalf of Creditor Susan A. Cowan knorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Mark J. Molz    on behalf of Creditor Mark J. Molz molzlaw@aol.com
              Patricia A. Staiano    on behalf of Trustee Benjamin A. Stanziale, Jr. pstaiano@hlgslaw.com,
               pstaiano@hlgslaw.com
              Travis L. Kreiser    on behalf of Creditor    Shore Fasteners & Supply Inc.
               travis.kreiser@verizon.net
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
```
                                                                                                     TOTAL: 18