| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Scura, Wigfield, Heyer & Stevens, LLP <br> 1599 Hamburg Turnpike <br> P.O. Box 2031 <br> Wayne, New Jersey 07470 <br> Tel: 973-696-8391 <br> David L. Stevens, Esq. (Attorney ID 034422007) |
| In Re: <br><br> Scott P. Cowan, <br><br>     Debtor. |

Order Filed on November 16, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Case No.:   16-14758

Hearing Date:   11/16/2016 @ 10 am

Judge:   Hon. Stacey L. Meisel / SLM

Chapter:   11

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 16, 2016**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Scura, Wigfield, Heyer & Stevens, LLP | $14,917.50 | $278.99 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Scott P. Cowan  
    Debtor

Case No. 16-14758-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 16, 2016  
                      Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2016.  
db           Scott P. Cowan,     35 Demarest St.,     Demarest, NJ 07627  
aty         +Scura, Wigfield, Heyer & Stevens, LLP,     1599 Hamburg Turnpike,     POB 2031,     Wayne, NJ 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2016 at the address(es) listed below:

         Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr. trustee@stanzialelaw.com, nj45@ecfcbis.com  
         Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com  
         Benjamin A. Stanziale, Jr.    on behalf of U.S. Trustee    United States Trustee trustee@stanzialelaw.com, nj45@ecfcbis.com  
         Brian Gregory Hannon    on behalf of Creditor Susan A. Cowan bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com  
         Daniel E. Straffi    on behalf of Creditor George Gwin dstraffi1@comcast.net, G25938@notify.cincompass.com  
         Daniel E. Straffi    on behalf of Creditor Joanne Gwin dstraffi1@comcast.net, G25938@notify.cincompass.com  
         David E. Sklar    on behalf of Defendant Scott P. Cowan dsklar@scuramealey.com, ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com  
         David L. Stevens    on behalf of Debtor Scott P. Cowan dstevens@scuramealey.com, cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com  
         Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Erin Marie Greene    on behalf of Plaintiff   Division of Consumer Affairs erin.greene@lps.state.nj.us  
         Jeanette F. Frankenberg    on behalf of Creditor   Cenlar FSB as servicing agent for Lakeview Loan Servicing, LLC cmecf@sternlav.com  
         Jerrold S. Kulback    on behalf of Creditor   Fulton Bank of New Jersey jkulback@archerlaw.com, mfriedman@archerlaw.com  
         John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company, LLC mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com  
         Karl J. Norgaard    on behalf of Creditor Susan A. Cowan knorgaard@norgaardfirm.com, sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com  
         Mark J. Molz    on behalf of Creditor Mark J. Molz molzlaw@aol.com  
         Patricia A. Staiano    on behalf of Trustee Benjamin A. Stanziale, Jr. pstaiano@hlgslaw.com, pstaiano@hlgslaw.com  
         Travis L. Kreiser    on behalf of Creditor   Shore Fasteners & Supply Inc. travis.kreiser@verizon.net  
         United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                         TOTAL: 18