|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>HELLRING LINDEMAN GOLDSTEIN &<br>SIEGAL LLP<br>Patricia A. Staiano, Esq.<br>Attorneys for Benjamin A. Stanziale, Jr.<br>One Gateway Center<br>Newark, New Jersey 07102-5323<br>973.621.9020 |

**Order Filed on November 18, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

Scott P. Cowan,

       Debtor.

Case No. 16-14758 (SLM)

Judge: Stacey L. Meisel

Chapter: 7

Recommended Local Form: ☒ Followed ☐ Modified

ORDER AUTHORIZING RETENTION OF HELLRING LINDEMAN GOLDSTEIN
& SIEGAL LLP

  The relief set forth on the following pages, numbered two (2) and three (3) is

hereby ORDERED.

**DATED: November 18, 2016**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

In re:   SCOTT P. COWAN

Case No.:   16-14758 (SLM)

ORDER AUTHORIZING RETENTION OF HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP

Applicant: Benjamin A. Stanziale, Jr.

- ☒ Trustee:   ☒ Chap. 7   ☐ Chap. 11   ☐ Chap. 13
- ☐ Debtor:   ☐ Chap. 11   ☐ Chap. 13
- ☐ Official Committee of _____.

Name of Professional: Hellring Lindeman Goldstein & Siegal LLP

Address of Professional: One Gateway, 8th Floor, Newark, New Jersey 07102

- ☒ Attorney for:
    - ☒ Trustee   ☐ Debtor-in-Possession
    - ☐ Official Committee of _____.
- ☐ Accountant for:
    - ☐ Trustee   ☐ Debtor-in-possession
    - ☐ Official Committee of _____.
- ☐ Other Professional:
    - ☐ Realtor   ☐ Appraiser   ☐ Special Counsel
    - ☐ Auctioneer   ☐ Other (specify): _____.

In re: SCOTT P. COWAN

Case No.: 16-14758 (SLM)

ORDER AUTHORIZING RETENTION OF HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is November 3, 2016.

*Rev. 8/1/15*

130741

United States Bankruptcy Court
District of New Jersey

In re:
Scott P. Cowan
    Debtor

Case No. 16-14758-SLM
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 18, 2016
                       Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2016.
db          Scott P. Cowan,    35 Demarest St.,    Demarest, NJ 07627
aty        +Scura, Wigfield, Heyer & Stevens, LLP,    1599 Hamburg Turnpike,    POB 2031,
          Wayne, NJ 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2016 at the address(es) listed below:
           Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
            trustee@stanzialelaw.com,    nj45@ecfcbis.com
           Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,    nj45@ecfcbis.com
           Benjamin A. Stanziale, Jr.    on behalf of U.S. Trustee    United States Trustee
            trustee@stanzialelaw.com,    nj45@ecfcbis.com
           Brian Gregory Hannon    on behalf of Creditor Susan A. Cowan bhannon@norgaardfirm.com,
            sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
           Daniel E. Straffi    on behalf of Creditor George  Gwin dstraffi1@comcast.net,
            G25938@notify.cincompass.com
           Daniel E. Straffi    on behalf of Creditor Joanne  Gwin dstraffi1@comcast.net,
            G25938@notify.cincompass.com
           David E. Sklar    on behalf of Defendant Scott P. Cowan dsklar@scuramealey.com,
            ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
           David L. Stevens    on behalf of Debtor Scott P. Cowan dstevens@scuramealey.com,
            cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
           Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Erin Marie Greene    on behalf of Plaintiff    Division of Consumer Affairs
            erin.greene@lps.state.nj.us
           Jeanette F. Frankenberg    on behalf of Creditor    Cenlar FSB as servicing agent for Lakeview Loan
            Servicing, LLC cmecf@sternlav.com
           Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com,
            mfriedman@archerlaw.com
           John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
            mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
           Karl J. Norgaard    on behalf of Creditor Susan A. Cowan knorgaard@norgaardfirm.com,
            sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
           Mark J. Molz    on behalf of Creditor Mark J. Molz molzlaw@aol.com
           Patricia A. Staiano    on behalf of Trustee Benjamin A. Stanziale, Jr. pstaiano@hlgslaw.com,
            pstaiano@hlgslaw.com
           Travis L. Kreiser    on behalf of Creditor    Shore Fasteners & Supply Inc.
            travis.kreiser@verizon.net
           United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                              TOTAL: 18