Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 16−14758−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Scott P. Cowan
  35 Demarest St.
  Demarest, NJ 07627

Social Security No.:
  xxx−xx−8978

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on November 22, 2016, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 95 − 79
Order Granting Application to Employ A. Atkins Appraisal Corp. as Appraiser (Related Doc # 79). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/22/2016. (axg)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 22, 2016
JJW: axg

                                                            James J. Waldron
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Scott P. Cowan  
    Debtor

Case No. 16-14758-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 22, 2016  
                    Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2016.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
app         +E-mail/Text: atkinsappraisal@aol.com Nov 22 2016 23:07:45     A. Atkins Appraisal Company, 122 Clinton Road, Fairfield, NJ 07004-2900  
                                                                                                                                                         TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2016                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2016 at the address(es) listed below:

        Benjamin A. Stanziale, Jr.   on behalf of Trustee Benjamin A. Stanziale, Jr. trustee@stanzialelaw.com, nj45@ecfcbis.com  
        Benjamin A. Stanziale, Jr.   trustee@stanzialelaw.com, nj45@ecfcbis.com  
        Benjamin A. Stanziale, Jr.   on behalf of U.S. Trustee   United States Trustee trustee@stanzialelaw.com, nj45@ecfcbis.com  
        Brian Gregory Hannon   on behalf of Creditor Susan A. Cowan bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com  
        Daniel E. Straffi   on behalf of Creditor George  Gwin dstraffi1@comcast.net, G25938@notify.cincompass.com  
        Daniel E. Straffi   on behalf of Creditor Joanne  Gwin dstraffi1@comcast.net, G25938@notify.cincompass.com  
        David E. Sklar   on behalf of Defendant Scott P. Cowan dsklar@scuramealey.com, ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com  
        David L. Stevens   on behalf of Debtor Scott P. Cowan dstevens@scuramealey.com, cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com  
        Denise E. Carlon   on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Erin Marie Greene   on behalf of Plaintiff   Division of Consumer Affairs erin.greene@lps.state.nj.us  
        Jeanette F. Frankenberg   on behalf of Creditor   Cenlar FSB as servicing agent for Lakeview Loan Servicing, LLC cmecf@sternlav.com  
        Jerrold S. Kulback   on behalf of Creditor   Fulton Bank of New Jersey jkulback@archerlaw.com, mfriedman@archerlaw.com  
        John R. Morton, Jr.   on behalf of Creditor   Ford Motor Credit Company, LLC mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com  
        Karl J. Norgaard   on behalf of Creditor Susan A. Cowan knorgaard@norgaardfirm.com, sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com  
        Mark J. Molz   on behalf of Creditor Mark J. Molz molzlaw@aol.com  
        Patricia A. Staiano   on behalf of Trustee Benjamin A. Stanziale, Jr. pstaiano@hlgslaw.com, pstaiano@hlgslaw.com  
        Travis L. Kreiser   on behalf of Creditor   Shore Fasteners & Supply Inc. travis.kreiser@verizon.net  
        United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                                TOTAL: 18