UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**STANZIALE & STANZIALE, P.C.**
29 Northfield Avenue, Suite 201
West Orange, New Jersey 07052-5403
(973) 731-9393
Attorneys for Benjamin A. Stanziale, Jr., Trustee

Order Filed on November 22, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey

| In Re: | Case No.: | 16-14758-SLM |
| --- | --- | --- |
| SCOTT P. COWAN, | Judge: | Stacey L. Meisel |
| Debtor(s). | Chapter: | 7 |

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER AUTHORIZING RETENTION OF
# A. ATKINS APPRAISAL CORP.
# AS APPRAISER TO THE CHAPTER 7 TRUSTEE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 22, 2016**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| In re: | Cowan, Scott P. |
| Case No.: | 16-14758-SLM |
| Caption: | Order Authorizing Retention of A. Atkins Appraisal Corp. as Appraiser to the Chapter 7 Trustee |

**THIS MATTER** having been opened to the Court upon the Application of Benjamin A. Stanziale, Jr., Chapter 7 Trustee ("Trustee") for Scott P. Cowan, ("Debtor"), by and through its counsel, Stanziale & Stanziale, P.C., for the entry of an Order authorizing the Trustee's retention of A. Atkins Appraisal Corporation; and the Court having considered the Application of the Trustee and the Certification of Professional of A. Atkins Appraisal Corporation submitted; and the Court being satisfied that A. Atkins Appraisal Corporation does not hold or represent an interest adverse to the Trustee, the Debtors or their creditors and is a disinterested person under 11 U.S.C. § 101(14); and for good cause shown,

**IT IS hereby ORDERED that:**

1. The Trustee be and is hereby authorized to retain A. Atkins Appraisal Corporation as appraiser to the Trustee with compensation to be fixed by further Order of this Court pursuant to 11 U.S.C. §§ 330 and 331.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                         Case No. 16-14758-SLM
Scott P. Cowan                                                 Chapter 7
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Nov 22, 2016
                              Form ID: pdf903          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2016.
```
db              Scott P. Cowan,    35 Demarest St.,    Demarest, NJ 07627
aty            +Scura, Wigfield, Heyer & Stevens, LLP,    1599 Hamburg Turnpike,    POB 2031,
                Wayne, NJ 07474-2031
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2016 at the address(es) listed below:
```
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    on behalf of U.S. Trustee    United States Trustee
               trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Brian Gregory Hannon    on behalf of Creditor Susan A. Cowan bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Daniel E. Straffi    on behalf of Creditor George  Gwin dstraffi1@comcast.net,
               G25938@notify.cincompass.com
              Daniel E. Straffi    on behalf of Creditor Joanne  Gwin dstraffi1@comcast.net,
               G25938@notify.cincompass.com
              David E. Sklar    on behalf of Defendant Scott P. Cowan dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Debtor Scott P. Cowan dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Erin Marie Greene    on behalf of Plaintiff    Division of Consumer Affairs
               erin.greene@lps.state.nj.us
              Jeanette F. Frankenberg    on behalf of Creditor    Cenlar FSB as servicing agent for Lakeview Loan
               Servicing, LLC cmecf@sternlav.com
              Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com,
               mfriedman@archerlaw.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Karl J. Norgaard    on behalf of Creditor Susan A. Cowan knorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Mark J. Molz    on behalf of Creditor Mark J. Molz molzlaw@aol.com
              Patricia A. Staiano    on behalf of Trustee Benjamin A. Stanziale, Jr. pstaiano@hlgslaw.com,
               pstaiano@hlgslaw.com
              Travis L. Kreiser    on behalf of Creditor    Shore Fasteners & Supply Inc.
               travis.kreiser@verizon.net
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 18
```