| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>HELLRING LINDEMAN GOLDSTEIN &<br>SIEGAL LLP<br>Patricia A. Staiano, Esq.<br>Attorneys for Benjamin A. Stanziale, Jr.<br>One Gateway Center<br>Newark, New Jersey 07102-5323<br>973.621.9020 | |
|---|---|
| In Re:<br><br>Scott P. Cowan,<br><br>Debtor. | Case No. 16-14758 (SLM)<br><br>Judge:  Stacey L. Meisel<br><br>Chapter: 7<br>Hearing Date: 12/13/16 |

## CERTIFICATION OF SERVICE

1. I, Barbara M. Johnson,

☐ represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for Patricia A. Staiano, Esq. who represents Benjamin A. Stanziale, Jr., in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2. On December 2, 2016, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Trustee's Reply Certification to Interested Party's Objection to Trustee's Application to Retain Realtor Prominent Properties Sotheby's International Realty.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: December 2, 2016                                /s/ Barbara M. Johnson
                                                                            Barbara M. Johnson

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Benjamin A. Stanziale, Jr., Esq.<br>29 Northfield Avenue, Suite #201<br>West Orange, NJ 07052 | Chapter 7 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Office of the United States Trustee<br>1 Newark Center, Suite 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| David L. Stevens<br>Scura, Wigfield, Heyer & Stevens<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470 | Scott P. Cowan, Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Karl Norgaard, Esq.<br>Norgaard O'Boyle<br>184 Grande Avenue<br>Englewood, NJ 07631-3507 | Counsel to Suzanne Cowan | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Scott P. Cowan<br>35 Prescott Street<br>Demarest, NJ 07627 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Dean R. Prober, Esq.<br>Prober & Raphael, A Law Corporation<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, California 91364 | Bank of America, N.A., Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| John R. Morton, Jr., Esquire<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057 | Ford Motor Credit Company, LLC, Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Jerrold S. Kulback, Esquire<br>Archer & Greiner, P.C.<br>One Liberty Place, 32nd Floor<br>1650 Market Street<br>Philadelphia, PA 19103 | Fulton Bank of New Jersey Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Travis L. Kreiser, Esq.<br>Kreiser & Associates, P.C.<br>1300 Lawrence Road<br>Havertown, PA 19083 | Shore Fasteners & Supply, Inc., Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Joshua I. Goldman, Esquire<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108 | M&T Bank, Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Synchrony Bank<br>c/o Recovery Management Systems Corporation<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation, as authorized agent for Synchrony Bank, Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Amanda Lavis, Esq.<br>Rhoads & Sinon LLP<br>One South Market Square, 12th FLoor<br>P.O. Box 1146<br>Harrisburg, PA 17108-1146 | Ritz-Craft Corp. of PA, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Jeanette F. Frankenberg, Esq.<br>105 Eisenhower Parkway - Suite 302<br>Roseland, NJ 07068 | Cenlar FSB as servicing agent for Lakeview Loan Servicing, LLC, Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Daniel E. Straffi, Jr., Esq.<br>Straffi & Straffi<br>670 Commons Way<br>Toms River, NJ 08755 | George Gwin and Joanne Gwin, Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Mark J. Molz, Esq.<br>Law Offices of Mark J. Molz<br>1400 Rt. 38 E.<br>Hainesport, NJ 08036 | Maureen Molz & Patricia Bollman, Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lynn Brown, Claims Administrator<br>American Express Centurion Bank<br>c/o Becket & Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | American Express Centurion Bank, Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Price Home Group LLC<br>641 Mill Creek Road<br>Manahawkin, NJ 08050 | Price Homes | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| New Jersey Department of Labor<br>Division of Wage & Hour Compliance<br>P.O. Box 389<br>Trenton, NJ 08625 | New Jersey Department of Labor, Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Ocwen Loan Services<br>12650 Ingenuity Drive<br>Orlando, FL 32826 | Ocwen Loan Services, Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Internal Revenue Service, Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| New Jersey Division of Taxation<br>Compliance & Enforcement Bankruptcy<br>50 Barrack Street, 9th Floor<br>P.O. Box 245<br>Trenton, NJ  08695 | New Jersey Division of Taxation, Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| United Jersey Bank<br>c/o Bank of America<br>100 North Tyron Street<br>Charlotte, NC  28202 | United Jersey Bank c/o Bank of America, Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Universal Supply Company, LLC<br>292 3rd Street<br>Trenton, NJ  08611 | Universal Supply Company, LLC, Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| VW Credit, Inc.<br>2333 Waukegan Road<br>Deerfield, IL  60015 | VW Credit, Inc., Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Janet Ginsberg and Ellen Horowytz<br>Prominent Properties Sotheby's<br>International Realty<br>90 County Road<br>Tenafly, New Jersey  07670-1855 | Realtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

Rev.8/1/16

133205