UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                             :    Case No.:    16-14758-SLM
  Scott P. Cowan                                   :
                                                   :    Adv. No.:    _____
                                                   :
                                                   :    Judge:       Stacey L. Meisel
           Debtor (s),                             :
_____            :    Chapter:           7

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____Stacy L. Meisel_____, United States Bankruptcy Judge.

**Reason for Hearing:**   Creditor's Opposition to Trustee's Retention
                          of Prominent Properties Sotheby's International
                          As Realtor

**Location of Hearing:**  Courtroom No. _3A_
                          MLK, JR Building
                          50 Walnut Street 3rd fl.
                          Newark, NJ 07102

**Date and Time:**        December 13, 2016 at 10:00 AM,
                          or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    _✔_ ARE REQUIRED        ____ ARE NOT REQUIRED

DATED:     December 1, 2016                       JAMES J. WALDRON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on July 6_____, 20 16 the foregoing notice was served on the following:   Debtor, Debtor's Attorney, Attorney for Trustee and Chapter 7 Trustee

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-14758-SLM
Scott P. Cowan                                                            Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2             Date Rcvd: Dec 01, 2016
                              Form ID: pdf900          Total Noticed: 14

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2016.
db              Scott P. Cowan,    35 Demarest St.,    Demarest, NJ 07627
aty            +Hellring Lindeman Goldstein & Siegal LLP,    One Gateway Center, 8th Floor,
                 Newark, NJ 07102-5323
aty             Rhoads & Sinon,    Rhoads & Sinon,    1 S. Market Square,    PO Box 1146,
                 Harrisburg, PA 17108-1146
aty            +Scura, Wigfield, Heyer & Stevens, LLP,    1599 Hamburg Turnpike,    POB 2031,
                 Wayne, NJ 07474-2031
aty            +Stanziale & Stanziale, P.C.,    Stanziale & Stanziale, P.C.,    29 Northfield Avenue,    Suite 201,
                 West Orange, NJ 07052-5358
cr             +Cenlar FSB as servicing agent for Lakeview Loan Se,    Stern Lavinthal & Frankenberg LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr            ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:   Ford Motor Credit Company, LLC,    P.O. Box 62180,
                 Colorado Springs, CO  80962)
cr             +George Gwin,    231 Corbin Court,    Lakewood, NJ 08701-7470
cr             +Joanne Gwin,    231 Corbin Court,    Lakewood, NJ 08701-7470
cr             +Mark J. Molz,    Law Office of Mark J. Molz,    1400 Roue 38 East,    PO Box 577,
                 Hainesport, NJ 08036-0577
cr             +Shore Fasteners & Supply Inc.,    c/o Travis L. Kreiser, Esquire,    1300 Lawrence Road,
                 Havertown, pa 19083-1805
cr             +Susan A. Cowan,    286 Espanong Road,    Lake Hopatcong, NJ 07849-2161
br             +The Van Dyk Group,    275 Route 72 East,    Manahawkin, NJ 08050-3535

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
app            +E-mail/Text: atkinsappraisal@aol.com Dec 01 2016 23:06:37      A. Atkins Appraisal Company,
                 122 Clinton Road,    Fairfield, NJ 07004-2900
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2016 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    on behalf of U.S. Trustee    United States Trustee
               trustee@stanzialelaw.com,   nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,   nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.     trustee@stanzialelaw.com,   nj45@ecfcbis.com
              Brian Gregory Hannon    on behalf of Creditor Susan A. Cowan bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Daniel E. Straffi    on behalf of Creditor Joanne  Gwin dstraffi1@comcast.net,
               G25938@notify.cincompass.com
              Daniel E. Straffi    on behalf of Creditor George  Gwin dstraffi1@comcast.net,
               G25938@notify.cincompass.com
              David E. Sklar    on behalf of Defendant Scott P. Cowan dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Debtor Scott P. Cowan dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
```

```
District/off: 0312-2           User: admin              Page 2 of 2             Date Rcvd: Dec 01, 2016
                               Form ID: pdf900          Total Noticed: 14


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Erin Marie Greene    on behalf of Plaintiff   Division of Consumer Affairs
               erin.greene@lps.state.nj.us
              Jeanette F. Frankenberg    on behalf of Creditor   Cenlar FSB as servicing agent for Lakeview Loan
               Servicing, LLC cmecf@sternlav.com
              Jerrold S. Kulback    on behalf of Creditor   Fulton Bank of New Jersey jkulback@archerlaw.com,
               mfriedman@archerlaw.com
              John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company, LLC
               mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Karl J. Norgaard    on behalf of Creditor Susan A. Cowan knorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Mark J. Molz    on behalf of Creditor Mark J. Molz molzlaw@aol.com
              Patricia A. Staiano    on behalf of Trustee Benjamin A. Stanziale, Jr. pstaiano@hlgslaw.com,
               pstaiano@hlgslaw.com
              Travis L. Kreiser    on behalf of Creditor   Shore Fasteners & Supply Inc.
               travis.kreiser@verizon.net
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 18
```