**SCURA, WIGFIELD, HEYER & STEVENS LLP**
1599 HAMBURG TURNPIKE
WAYNE, NEW JERSEY 07470
TELEPHONE: 973-696-8391
DAVID L. STEVENS (Attorney ID 034422007)
*Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re:*<br>SCOTT P. COWAN,<br><br>　　　　　　　　DEBTOR. | Chapter 11<br><br>Case No. 16-14758<br>Judge: Hon. Stacey L. Meisel<br><br>Hearing Date: 12/13/2016 at 10 a.m.<br>*Oral Argument Requested* |

**DEBTOR'S RESPONSE TO SUZZANE COWAN'S OPPOSITION TO TRUSTEE'S APPLICATION FOR RETENTION OF PROFESSIONAL PROMINENT PROPERTIES SOTHEBY'S INTERNATIONAL REALTY AS REALTOR**

Scott Cowan, the debtor in the caption matter, by and through his undersigned counsel joins in the objection of Suzanne Cowan to the Trustee's application for retention of professional Prominent Properties Sotheby's International Realty as realtor (Docket Entry No. 98).

The Debtor relies on the same facts and arguments asserted in Suzanne Cowan's objection in support of its objection and incorporates those facts herein as reference. As an alternative relief, the Debtor argues that in the event the Debtor purchases the subject real estate, or his equity from the estate, the retention agreement must exclude, or as a minimum reduce, compensation to the realtor.

　　　　　　　　　　　　　　　　　　**SCURA, WIGFIELD, HEYER & STEVENS, LLP**
　　　　　　　　　　　　　　　　　　Counsel to the Debtor

Dated: December 5, 2016　　　　　By: /s/ David L . Stevens
　　　　　　　　　　　　　　　　　　　　　David L. Stevens

1