UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re:  SCOTT P. COWAN | Case No.: | 16-14758-SLM |
|---|---|---|
| | Chapter: | **7** |
| | Judge: | **Hon. Stacey L. Meisel** |

### NOTICE OF PROPOSED PRIVATE SALE

Benjamin A. Stanziale, Jr., the Chapter 7 Trustee in this case proposes to sell property of the estate to the persons and on the terms described below.  If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron, Clerk |
|---|---|
| | United States Bankruptcy Court |
| | 50 Walnut Street |
| | Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the **Honorable Stacey L. Meisel** on **January 10, 2017 at 10:00 a.m.** at the United States Bankruptcy Court, Courtroom no.  3A  . (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  2011  Ford  F150, VIN: 1FTFW 1EF9B  FD186  32, appraised value $10,500.00

Proposed Purchaser: Scott Cowan, debtor

Sale price:   $10,500.00, subject to debtor's exemption amount of $3,675

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:**

Amount to be paid:**

Services rendered:**

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:  Patricia A. Staiano, Esq.

Address:  Hellring Lindeman Goldstein & Siegal LLP, One Gateway Center, Newark, NJ 07102

Telephone No.: 973.621.9020

133749