UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   SCOTT P. COWAN           Case No.:      16-14758-SLM

                                  Chapter:       7

                                  Judge:         **Hon. Stacey L. Meisel**

## NOTICE OF PROPOSED PRIVATE SALE

Benjamin A. Stanziale, Jr., the Chapter 7 Trustee in this case proposes to sell property of the estate to the persons and on the terms described below.  If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron, Clerk |
| --- | --- |
| | United States Bankruptcy Court |
| | 50 Walnut Street |
| | Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the **Honorable <u>Stacey L. Meisel</u>** on **<u>January 10, 2017</u> at 10:00 a.m.** at the United States Bankruptcy Court, Courtroom no. _3A_. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold:  2013  Mercedes Benz  SL550, VIN: WDDJK 7DA5D F0087 58, appraised value $40,000.00 |
| --- |

| Proposed Purchaser: Carlink, LLC |
| --- |

| Sale price:   $40,000.00, subject to liens of approximate $7,669 as of petition date |
| --- |

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional:** |
| --- |
| Amount to be paid:** |
| Services rendered:** |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:         Patricia A. Staiano, Esq.

Address:      Hellring Lindeman Goldstein & Siegal LLP, One Gateway Center, Newark, NJ 07410

Telephone No.: 973.621.9020

133744