UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  SCOTT P. COWAN

Case No.:  16-14758-SLM
Chapter:  **7**
Judge:  **Hon. Stacey L. Meisel**

## NOTICE OF PROPOSED PRIVATE SALE

Benjamin A. Stanziale, Jr., the Chapter 7 Trustee in this case proposes to sell property of the estate to the persons and on the terms described below.  If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron, Clerk
United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the **Honorable Stacey L. Meisel** on **January 10, 2017 at 10:00 a.m.** at the United States Bankruptcy Court, Courtroom no.  _3A_ . (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  2013  Mercedes Benz  SL550, VIN: WDDJK 7DA5D F0087 58, appraised value $40,000.00

Proposed Purchaser: Carlink, LLC

Sale price:   $40,000.00, subject to liens of approximate $7,669 as of petition date

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:**

Amount to be paid:**

Services rendered:**

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:         Patricia A. Staiano, Esq.

Address:      Hellring Lindeman Goldstein & Siegal LLP, One Gateway Center, Newark, NJ 07410

Telephone No.: 973.621.9020

133744

United States Bankruptcy Court
District of New Jersey

In re:                                                                                         Case No. 16-14758-SLM
Scott P. Cowan                                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3             Date Rcvd: Dec 13, 2016
                              Form ID: pdf905          Total Noticed: 78

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2016.
```
db               Scott P. Cowan,    35 Demarest St.,    Demarest, NJ 07627
aty             +Hellring Lindeman Goldstein & Siegal LLP,    One Gateway Center, 8th Floor,
                  Newark, NJ 07102-5323
aty              Rhoads & Sinon,    Rhoads & Sinon,    1 S. Market Square,    PO Box 1146,
                  Harrisburg, PA 17108-1146
aty             +Scura, Wigfield, Heyer & Stevens, LLP,    1599 Hamburg Turnpike,    POB 2031,
                  Wayne, NJ 07474-2031
aty             +Stanziale & Stanziale, P.C.,    Stanziale & Stanziale, P.C.,    29 Northfield Avenue,   Suite 201,
                  West Orange, NJ 07052-5358
cr              +Cenlar FSB as servicing agent for Lakeview Loan Se,    Stern Lavinthal & Frankenberg LLC,
                  105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr              +George Gwin,    231 Corbin Court,    Lakewood, NJ 08701-7470
cr              +Joanne Gwin,    231 Corbin Court,    Lakewood, NJ 08701-7470
cr              +Mark J. Molz,    Law Office of Mark J. Molz,    1400 Roue 38 East,    PO Box 577,
                  Hainesport, NJ 08036-0577
cr              +Shore Fasteners & Supply Inc.,    c/o Travis L. Kreiser, Esquire,    1300 Lawrence Road,
                  Havertown, pa 19083-1805
cr              +Susan A. Cowan,    286 Espanong Road,    Lake Hopatcong, NJ 07849-2161
br              +The Van Dyk Group,    275 Route 72 East,    Manahawkin, NJ 08050-3535
516056307      #+641 Mill Creek Road, LLC,    Attn: Jose Carrasco,    11 Amy Dr.,    Manahawkin, NJ 08050-4304
516056308       +84 Lumber,    1019 Route 519,    Attn: Bankruptcy,    Eighty Four, PA 15330-2813
516056310       +Allied Supply,    PO Box 5670,    New York, NY 10087-5670
516338694        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern  PA 19355-0701
516056312       +Anna Marie Sandford & Theresa Maldera,    c/o Robert J. Kiss,    2216 Long Beach Blvd.,
                  PO BOX 548,    Beach Haven, NJ 08008-0282
516056311       +Anna Marie Sandford & Theresa Maldera,    183 Sparrow Dr.,    Trenton, NJ 08690-2459
516056316      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bk Of Amer,    4161 Piedmont Parkway,    Greensboro, NC 27410)
516056313       +Bank fo America,    Po Box 982238,    El Paso, TX 79998-2238
516056314       +Bank of America - Merchant Services,    150 N. College St. - 15th Fl.,    Attn: Bankruptcy,
                  Charlotte, NC 28202-2271
516412686       +Bank of America, N.A.,    c/o Marinosci Law Group, P.C.,    ATTN: Bankruptcy Department,
                  100 West Cypress Creek Road, Suite 1045,    Fort Lauderdale, FL 33309-2191
516227970       +Bank of America, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
516056315       +Barkave G. Elvan,    5810 Bergenline Ave. #209,    West New York, NJ 07093-1295
516056317       +Bk Of Amer,    Po Box 45144,    Jacksonville, FL 32232-5144
516056318       +Borough of Demarest,    Office of the Tax Collector,    118 Serpentine Rd.,
                  Demarest, NJ 07627-2128
516056330      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:  Home Depot,    PO Box 653000,    Dallas, TX 75265-3000)
516295369       +Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
516056319       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516056320       +Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
516056321       +City of Englewood,    Office of the Tax Collector,    PO Box 228,    Englewood, NJ 07631-0228
516056322       +Di Francia & Price PC,    147 E. Main St.,    Tuckerton, NJ 08087-2661
516056324       +Euler Hermes Collections North America,    800 Red Brook Blvd, Ste. 400C,
                  Owings Mills, MD 21117-5173
516126940      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court:  Ford Motor Credit Company LLC,    P.O. Box 62180,
                  Colorado Springs, CO 80962)
516056326       +Frd Motor Cr,    Po Box Box 542000,    Omaha, NE 68154-8000
516056327       +Fulton Bank Merchant Services,    One Penn Square,    Attn: Bankruptcy,
                  Lancaster, PA 17602-2853
516236993       +George & Joanne Gwin,    231 Corbin Court,    Lakewood, NJ 08701-7470
516056332       +John Devenney,    c/o Gluck & Allen, LLC,    217 Washington St.,    Toms River, NJ 08753-7567
516056333       +Jonathan Price,    102 Parkert St.,    Manahawkin, NJ 08050-3166
516056334       +Kim Smith,    4301 Bennett Place,    Southampton, PA 18966-2655
516056335       +Kreiser & Associates, PC,    Attn: Travis L. Kreiser, Esq.,    1300 Lawrence Road,
                  Havertown, PA 19083-1805
516539836       +Laura A. Matarazzo,    78 Monhegan Avenue,    Oakland, NJ 07436-4034
516056336       +Laura Matarazzo,    c/o Francis J. Battersby,    4 Ramapo Valley Rd.,    Oakland, NJ 07436-1723
516056337       +Law Office of Bart J. Klein,    2066 Millburn Ave.,    Maplewood, NJ 07040-3722
516056338       +Law Offices of Michael E. Adler,    20 Meredith Rd.,    Wynnewood, PA 19096-3612
516093310       +M&T Bank,    35 Prescott Street,    Demarest, NJ 07627-1906
516056340       +Mark J. Molz,    1400 Rt. 38 E.,    PO Box 577,    Hainesport, NJ 08036-0577
516056341       +Matthew & Yrma Leo,    415 Twin Lakes Blvd.,    Tuckerton, NJ 08087-1118
516056342       +Meredith & Joseph DeSanto,    56 Harry Drive,    Manahawkin, NJ 08050-4108
516056343       +New Jersey Casualty Insurance Co.,    301 Sullivan Way,    Trenton, NJ 08628-3406
516056344       +New Jersey Dept. of Labor,    Division of Wage & Hour Compliance,    PO Box 389,
                  Trenton, NJ 08625-0389
516056346       +Norgaard O'Boyle,    184 Grand Ave.,    Englewood, NJ 07631-3578
516056347       +Ocwen Loan Services,    12650 Ingenuity Dr.,    Orlando, FL 32826-2703
```

```
District/off: 0312-2          User: admin              Page 2 of 3           Date Rcvd: Dec 13, 2016
                              Form ID: pdf905          Total Noticed: 78


516056348      +Peter Gallelli,    c/o Robert J. Kiss, Esq.,     2216 Long Beach Blvd.,    PO Box 548,
                 Beach Haven, NJ 08008-0282
516056349      +Price home Group LLC,    641 Mill Creek Rd.,    Manahawkin, NJ 08050-3365
516056350      +Rhoads & Sinon, LLP,    Attn. Timothy J. Nieman, Esq.,     PO Box 1146,
                 Harrisburg, PA 17108-1146
516056351      +Ritz-Craft Corp. of Pennsylvania, Inc.,     15 Industrial Pkwy,
                 Attn: President, CEO, Reg. Agent,     Mifflinburg, PA 17844-7992
516338856       Ritz-Craft Corporation Of Pennsylvania, Inc.,     Amanda J. Lavis, Esq.,    Rhoads & Simon LLP,
                 PO Box 1146,   Harrisburg, PA 17108-1146
516056345     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   New Jersey Division of Taxation,
                 Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,
                 Trenton, NJ 08695)
516056352      +Shore Fasteners & Supply, Inc.,    500 N. Main St.,    Pleasantville, NJ 08232-1538
516056353       United Jersey Bank,    c/o Bank of America,    100 North Tyron St.,    Charlotte, NC 28202
516056354      +Universal Supply Company, LLC,    292 3rd St.,    Trenton, NJ 08611-3004
516076223      +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
516056356      +William & Linda Cullen,    26 Central Ave.,    Highlands, NJ 07732-1406
516056357      +William A. Porteus,    PO Box 308,    Putnam Valley, NY 10579-0308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 13 2016 23:37:31      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 13 2016 23:37:27      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
app            +E-mail/Text: atkinsappraisal@aol.com Dec 13 2016 23:37:03      A. Atkins Appraisal Company,
                 122 Clinton Road,   Fairfield, NJ 07004-2900
516056309      +E-mail/Text: support@amscollections.com Dec 13 2016 23:36:35      Allen, Maxwell & Silver, Inc.,
                 190 Sylvan Ave.,    Englewood Cliffs, NJ 07632-2533
516080745       E-mail/Text: mrdiscen@discover.com Dec 13 2016 23:36:26      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516056323      +E-mail/Text: mrdiscen@discover.com Dec 13 2016 23:36:26      Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
516056329      +E-mail/Text: bankruptcy@fult.com Dec 13 2016 23:38:33      Fulton Bank of NJ,
                 533 Fellowship Rd. - Ste. 250,    Mount Laurel, NJ 08054-3411
516056328      +E-mail/Text: bankruptcy@fult.com Dec 13 2016 23:38:33      Fulton Bank of New Jersey,
                 533 Fellowship Road,    Attn. Bankruptcy,    Mount Laurel, NJ 08054-3412
516056331      +E-mail/Text: cio.bncmail@irs.gov Dec 13 2016 23:36:50      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
516056339       E-mail/Text: camanagement@mtb.com Dec 13 2016 23:37:03      M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
516101374       E-mail/Text: camanagement@mtb.com Dec 13 2016 23:37:03      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
516162111       E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2016 23:30:01      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516056355      +E-mail/Text: vci.bkcy@vwcredit.com Dec 13 2016 23:37:39      Vw Credit Inc,    2333 Waukegan Rd,
                 Deerfield, IL 60015-5508
                                                                                               TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516159442       Universal Supply Company LLC
cr*           ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:   Ford Motor Credit Company, LLC,     P.O. Box 62180,
                 Colorado Springs, CO  80962)
516339930*      American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
516256663*      Bank Of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
516056325*     +Euler Hermes Collections North America,     800 Red Brook Blvd. - Ste. 400C,
                 Owings Mills, MD 21117-5173
516241515*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
                                                                                   TOTALS: 1, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Dec 13, 2016
                              Form ID: pdf905          Total Noticed: 78
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2016                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2016 at the address(es) listed below:

```
          Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
           trustee@stanzialelaw.com,    nj45@ecfcbis.com
          Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,    nj45@ecfcbis.com
          Benjamin A. Stanziale, Jr.    on behalf of U.S. Trustee   United States Trustee
           trustee@stanzialelaw.com,    nj45@ecfcbis.com
          Brian Gregory Hannon    on behalf of Creditor Susan A. Cowan bhannon@norgaardfirm.com,
           sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
          Daniel E. Straffi    on behalf of Creditor George  Gwin dstraffi1@comcast.net,
           G25938@notify.cincompass.com
          Daniel E. Straffi    on behalf of Creditor Joanne  Gwin dstraffi1@comcast.net,
           G25938@notify.cincompass.com
          David E. Sklar    on behalf of Defendant Scott P. Cowan dsklar@scuramealey.com,
           ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
          David L. Stevens    on behalf of Debtor Scott P. Cowan dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com
          Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Erin Marie Greene    on behalf of Plaintiff   Division of Consumer Affairs
           erin.greene@lps.state.nj.us
          Jeanette F. Frankenberg    on behalf of Creditor   Cenlar FSB as servicing agent for Lakeview Loan
           Servicing, LLC cmecf@sternlav.com
          Jerrold S. Kulback    on behalf of Creditor   Fulton Bank of New Jersey jkulback@archerlaw.com,
           mfriedman@archerlaw.com
          John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company, LLC
           mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Karl J. Norgaard    on behalf of Creditor Susan A. Cowan knorgaard@norgaardfirm.com,
           sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
          Mark J. Molz    on behalf of Plaintiff Maureen  Molz molzlaw@aol.com
          Mark J. Molz    on behalf of Plaintiff Mark J Molz molzlaw@aol.com
          Mark J. Molz    on behalf of Creditor Mark J. Molz molzlaw@aol.com
          Mark J. Molz    on behalf of Plaintiff Patricia  Bollman molzlaw@aol.com
          Patricia A. Staiano    on behalf of Trustee Benjamin A. Stanziale, Jr. pstaiano@hlgslaw.com,
           pstaiano@hlgslaw.com
          Travis L. Kreiser    on behalf of Creditor   Shore Fasteners & Supply Inc.
           travis.kreiser@verizon.net
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 21
```