| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP<br>Patricia A. Staiano, Esq.<br>Attorneys for Benjamin A. Stanziale, Jr.<br>One Gateway Center<br>Newark, New Jersey 07102-5323<br>973.621.9020 | Order Filed on December 14,<br>2016 by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
| In Re:<br><br>SCOTT P. COWAN,<br><br>     Debtor. | Case No. 16-14758 (SLM)<br><br>Chapter 7 Proceeding<br><br>Honorable Stacey L. Meisel<br><br>Hearing date: December 13,<br>2016 at 10:00 a.m. |

ORDER AUTHORIZING RETENTION OF PROMINENT
PROPERTIES SOTHEBY'S INTERNATIONAL REALTY AS
REALTOR FOR THE TRUSTEE

The relief set forth on the following page is ORDERED.

DATED: December 14, 2016

                   /s/ Stacey L. Meisel
                   Honorable Stacey L. Meisel
                   United States Bankruptcy Judge

Upon the applicant's request for authorization to retain Prominent Properties Sotheby's International Realtor as realtor, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:   90 County Road
   Tenafly, New Jersey 07670-1855

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a Chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

5. If the debtor or his spouse makes an offer acceptable to the Trustee under his business judgment to purchase the property located at 35 Prescott Street, Demarest, New Jersey (the "property"), within two (2) weeks of the entry of this Order, then the 5% commission to the realtor shall be waived as to such offer; however, any such offer shall include payment to the realtor out-of-pocket costs and expenses. After the aforementioned two-week period has expired, the 5% realtor commission shall apply to all purchasers, including the debtor and his spouse.

6. The Trustee, in his business judgment, has the authority to determine how to market the property, including, but not limited to, placing a "for sale" sign on the property. The Trustee reserves the right to enforce his authority to market the property as he sees fit.

United States Bankruptcy Court
District of New Jersey

In re:                                                                               Case No. 16-14758-SLM
Scott P. Cowan                                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Dec 14, 2016
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2016.
db             Scott P. Cowan,    35 Demarest St.,    Demarest, NJ 07627
aty           +Scura, Wigfield, Heyer & Stevens, LLP,    1599 Hamburg Turnpike,    POB 2031,
                Wayne, NJ 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2016 at the address(es) listed below:
        Benjamin A. Stanziale, Jr.    on behalf of U.S. Trustee    United States Trustee
         trustee@stanzialelaw.com,    nj45@ecfcbis.com
        Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
         trustee@stanzialelaw.com,    nj45@ecfcbis.com
        Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,    nj45@ecfcbis.com
        Brian Gregory Hannon    on behalf of Creditor Susan A. Cowan bhannon@norgaardfirm.com,
         sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
        Daniel E. Straffi    on behalf of Creditor George  Gwin dstraffi1@comcast.net,
         G25938@notify.cincompass.com
        Daniel E. Straffi    on behalf of Creditor Joanne  Gwin dstraffi1@comcast.net,
         G25938@notify.cincompass.com
        David E. Sklar    on behalf of Defendant Scott P. Cowan dsklar@scuramealey.com,
         ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
        David L. Stevens    on behalf of Debtor Scott P. Cowan dstevens@scuramealey.com,
         cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
        Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Erin Marie Greene    on behalf of Plaintiff    Division of Consumer Affairs
         erin.greene@lps.state.nj.us
        Jeanette F. Frankenberg    on behalf of Creditor    Cenlar FSB as servicing agent for Lakeview Loan
         Servicing, LLC cmecf@sternlav.com
        Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com,
         mfriedman@archerlaw.com
        John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
         mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
        Karl J. Norgaard    on behalf of Creditor Susan A. Cowan knorgaard@norgaardfirm.com,
         sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
        Mark J. Molz    on behalf of Plaintiff Patricia  Bollman molzlaw@aol.com
        Mark J. Molz    on behalf of Plaintiff Maureen  Molz molzlaw@aol.com
        Mark J. Molz    on behalf of Plaintiff Mark J Molz molzlaw@aol.com
        Mark J. Molz    on behalf of Creditor Mark J. Molz molzlaw@aol.com
        Patricia A. Staiano    on behalf of Trustee Benjamin A. Stanziale, Jr. pstaiano@hlgslaw.com,
         pstaiano@hlgslaw.com
        Travis L. Kreiser    on behalf of Creditor    Shore Fasteners & Supply Inc.
         travis.kreiser@verizon.net
        United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 21