UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: SCOTT P. COWAN | Case No.: | 16-14758-SLM |
|---|---|---|
| | Chapter: | **7** |
| | Judge: | **Hon. Stacey L. Meisel** |

### NOTICE OF PROPOSED PRIVATE SALE

Benjamin A. Stanziale, Jr., the Chapter 7 Trustee in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron, Clerk |
|---|---|
| | United States Bankruptcy Court |
| | 50 Walnut Street |
| | Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the **Honorable Stacey L. Meisel** on **February 14, 2017 at 10:00 a.m.** at the United States Bankruptcy Court, Courtroom no. _3A_. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: 2006 Cobalt 250 Boat, VIN: FGE50030G50, appraised value: $12,000.00 |
|---|

| Proposed Purchaser: Carlink, LLC |
|---|

| Sale price:  $12,000.00 |
|---|

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional:** |
|---|
| Amount to be paid:** |
| Services rendered:** |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above. Any higher offer must include $200.00 for tow charge incurred by proposed purchaser listed above.

Objections must be served on, and requests for additional information directed to:

Name:       Patricia A. Staiano, Esq.

Address:    Hellring Lindeman Goldstein & Siegal LLP, One Gateway Center, Newark, NJ 07102

Telephone No.: 973.621.9020

133742