# AFFIDAVIT OF SERVICE

## UNITED STATES BANKRUPTCY COURT
## NEW JERSEY District of NEW JERSEY

Case Number: 16-14758-SLM

Plaintiff:
**MAUREEN MOLZ, et al**
vs.
Defendant:
**SCOTT COWAN**

For:
    MOLZ, MARK J., ESQ.

Received by COURT HOUSE LEGAL SERVICES, INC. to be served on **SCOTT COWAN, 35 PRESCOTT ST., DEMAREST, NJ 07627**. I, __Manuel Bayo__, being duly sworn, depose and say that on the __3RD__ day of __JAN__, 20__17__ at __8:13__ pm., executed service by delivering a true copy of the **SUMMONS IN ADVERSARY PROCEEDING, ADVERSARY COMPLAINT** in accordance with state statutes in the manner marked below:

(X) **INDIVIDUAL SERVICE: SERVED THE WITHIN-NAMED PERSON.**

( ) **SUBSTITUTE SERVICE: BY SERVING** _____ AS _____.

( ) **POSTED SERVICE: AFTER ATTEMPTING SERVICE ON** ___/___ AT _____ AND ON ___/___ AT _____ TO A CONSPICUOUS PLACE ON THE PROPERTY DESCRIBED HEREIN.

( ) **OTHER SERVICE: AS DESCRIBED IN THE COMMENTS BELOW BY SERVING** _____ AS _____.

( ) **NON SERVICE: FOR THE REASON DETAILED IN THE COMMENTS BELOW.**

**COMMENTS:** _____

Age __50__ Sex (M)/F Race __White__ Height __6'2"__ Weight __230__ Hair __Gray__ Glasses Y/(N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __4th__ day of __January, 2017__ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

CHRISTOPHER J MULLEN
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires
September 3, 2019

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**COURT HOUSE LEGAL SERVICES, INC.**
112 Haddontowne Court
Suite 304
Cherry Hill, NJ 08034
(856) 428-4700
Our Job Serial Number: 2016008384

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3u