| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern Lavinthal & Frankenberg LLC<br>105 Eisenhower Parkway - Suite 302<br>Roseland, NJ  07068<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>Attorneys for Secured Creditor,<br>Cenlar FSB as servicing agent for Lakeview Loan Servicing, LLC<br>By: Jeanette F. Frankenberg, Esq. | Order Filed on January 25, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| In Re:<br><br>    Scott P. Cowan<br><br><br>                Debtor(s) | Case No.: 16-14758-SLM<br>Chapter: 11  01/24/17 at 10:00 am<br>Hearing Date: ~~November 29, 2016 @ 11:00 am~~<br>Judge:   Stacey L. Meisel U.S.B.J. |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: January 25, 2017**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)
Debtor: Scott P. Cowan
Case No.:16-14758-SLM
Caption of Order: **Order Vacating Automatic Stay**

Upon the Motion of Cenlar FSB as servicing agent for Lakeview Loan Servicing, LLC, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

- Land and premises commonly known as **154 Knickerbocker Road, Englewood, NJ 07631**

2. The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Scott P. Cowan  
    Debtor

Case No. 16-14758-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 25, 2017  
                    Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2017.  
db         +Scott P. Cowan,    35 Prescott St.,    Demarest, NJ 07627-1906  
aty       +Scura, Wigfield, Heyer & Stevens, LLP,    1599 Hamburg Turnpike,    POB 2031,  
            Wayne, NJ 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2017                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2017 at the address(es) listed below:
         Benjamin A. Stanziale, Jr.    on behalf of U.S. Trustee    United States Trustee
          trustee@stanzialelaw.com,    nj45@ecfcbis.com
         Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
          trustee@stanzialelaw.com,    nj45@ecfcbis.com
         Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,    nj45@ecfcbis.com
         Brian Gregory Hannon    on behalf of Creditor Susan A. Cowan bhannon@norgaardfirm.com,
          sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
         Daniel E. Straffi    on behalf of Creditor George   Gwin dstraffi1@comcast.net,
          G25938@notify.cincompass.com
         Daniel E. Straffi    on behalf of Creditor Joanne   Gwin dstraffi1@comcast.net,
          G25938@notify.cincompass.com
         David E. Sklar    on behalf of Defendant Scott P. Cowan dsklar@scuramealey.com,
          ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
         David L. Stevens    on behalf of Debtor Scott P. Cowan dstevens@scuramealey.com,
          cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
         Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Erin Marie Greene    on behalf of Plaintiff    Division of Consumer Affairs
          erin.greene@lps.state.nj.us
         Jeanette F. Frankenberg    on behalf of Creditor    Cenlar FSB as servicing agent for Lakeview Loan
          Servicing, LLC cmecf@sternlav.com
         Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com,
          mfriedman@archerlaw.com
         John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
          mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
         Karl J. Norgaard    on behalf of Creditor Susan A. Cowan knorgaard@norgaardfirm.com,
          sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
         Mark J. Molz    on behalf of Plaintiff Patricia   Bollman molzlaw@aol.com
         Mark J. Molz    on behalf of Plaintiff Maureen   Molz molzlaw@aol.com
         Mark J. Molz    on behalf of Plaintiff Mark J Molz molzlaw@aol.com
         Mark J. Molz    on behalf of Creditor Mark J. Molz molzlaw@aol.com
         Patricia A. Staiano    on behalf of Trustee Benjamin A. Stanziale, Jr. pstaiano@hlgslaw.com,
          pstaiano@hlgslaw.com
         Travis L. Kreiser    on behalf of Creditor    Shore Fasteners & Supply Inc.
          travis.kreiser@verizon.net
         United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                   TOTAL: 21