UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: SCOTT P. COWAN | Case No. | Case No. 16-14758 SLM |
|---|---|---|
| | Chapter: | 7 |
| | Judge: | Stacey L. Meisel |

## NOTICE OF PROPOSED PRIVATE SALE

Benjamin A. Stanziale, Jr., Chapter 7 Trustee for Scott P. Cowan, Debtor, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | MLK, Jr. Courthouse & Fed. Bldg.<br>50 Walnut Street<br>Newark, NJ 07101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on Tuesday, March 7, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3-A. (Hearing date must be at least 28 days from the date of this notice.) If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | The Debtor's real property located at 35 Prescott Street, Demarest, New Jersey |
|---|---|

| Proposed Purchaser: | Jay Lustberg and Margaret Ann Lustberg or their designee |
|---|---|

| Sale price: | $566,500.00 and additional credits; equivalent value to the Estate is at least $615,000. Any higher offers must start at $630,000. |
|---|---|

☒      Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Prominent Properties Sotheby's International Realtor |
| --- | --- |
| Amount to be paid: | $14,162.50 ($7,081.25 to be paid by Trustee, $7,081.25 to be paid by Purchasers) |
| Services rendered: | Marketing of property |

Higher and better offers will be entertained on the Hearing Date in accordance with auction procedures set forth in the Trustee's certification in support of motion and the notice of motion

Objections must be served on, and requests for additional information directed to:

| NAME: | Patricia A. Staiano, Esq. of Hellring Lindeman Goldstein & Siegal LLP |
| --- | --- |
| ADDRESS: | One Gateway Center, Newark, NJ 07102 |
| TEL. NO: | 973-621-9020 |

*rev. 8/1/15*

141481