| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>HELLRING LINDEMAN GOLDSTEIN &<br>SIEGAL LLP<br>Patricia A. Staiano, Esq.<br>Attorneys for Benjamin A. Stanziale, Jr.,<br>Chapter 7 Trustee<br>One Gateway Center<br>Newark, New Jersey 07201-5323 |
| In Re:<br><br>SCOTT P. COWAN,<br>                    Debtor. |

Case No. 16-14758 SLM

Chapter 7 Proceeding

Hon. Stacey L. Meisel

**CERTIFICATION OF SERVICE**

1. I, Barbara M. Johnson:

    ☐    represent the _____ in this matter.

    ☒    am the secretary/paralegal for Patricia A. Staiano, Esq., who represents Benjamin A. Stanziale, Jr., Chapter 7 Trustee in the above-captioned matter.

    ☐    am the _____ in the above case and am representing myself.

2. On February 1, 2017, or within one (1) day thereafter, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Notice of Trustee's motion for Entry of Order Authorizing the Trustee to Sell the real Property Located at 35 Prescott Street, Demarest, New Jersey, Free and Clear of All Liens, Claims and Encumbrances Pursuant to 11 U.S.C. §363(b) & (f) and for Removal of Tenant, supporting Certification of Benjamin A. Stanziale, Jr., Trustee, Memorandum of Law, and proposed form of Order.

2

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

/s/ BARBARA M. JOHNSON

Dated: February 1, 2017

BARBARA M. JOHNSON

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Trustee's Office<br>1 Newark Ctr., Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Benjamin A. Stanziale, Jr., Esq.<br>29 Northfield Avenue, Suite #201<br>West Orange, NJ 07052 | Chapter 7 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| David L. Stevens<br>Scura, Wigfield, Heyer & Stevens<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470 | Attorneys for Debtor, Scott P. Cowan | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Scott P. Cowan<br>35 Prescott Street<br>Demarest, NJ 07627 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Karl Norgaard, Esq.<br>Brian G. Hannon, Esq.<br>Norgaard O'Boyle<br>184 Grande Avenue<br>Englewood, NJ 07631-3507 | Counsel to Suzanne Cowan and Counsel to Purchasers | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Dean R. Prober, Esq.<br>Prober & Raphael, A Law Corporation<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, California 91364<br>And<br>Bank of America, N.A.<br>750 Walnut Avenue<br>NJ6-502030-01<br>Cranford, NJ 07016<br>And<br>Bank of America, N.A.<br>4161 Piedmont Parkway<br>Greensboro, NC 27410 | Bank of America, N.A., Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| John R. Morton, Jr., Esq.<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057 | Ford Motor Credit Company, LLC, Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Jerrold S. Kulback, Esq.<br>Archer & Greiner, P.C.<br>One Liberty Place, 32nd Floor<br>1650 Market Street<br>Philadelphia, PA 19103 | Fulton Bank of New Jersey, Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Travis L. Kreiser, Esq.<br>Kreiser & Associates, P.C.<br>1300 Lawrence Road<br>Havertown, PA  19083 | Shore Fasteners & Supply, Inc., Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Joshua I. Goldman, Esq.<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>And<br>M&T Bank<br>One M&T Plaza<br>Buffalo, NY 14203 | M&T Bank, Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Synchrony Bank<br>c/o Recovery Management Systems Corporation<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation, as authorized agent for Synchrony Bank, Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Amanda Lavis, Esq.<br>Rhoads & Sinon LLP<br>One South Market Square, 12th Floor<br>P.O. Box 1146<br>Harrisburg, PA 17108-1146 | Ritz-Craft Corp. of PA, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Jeanette F. Frankenberg, Esq.<br>105 Eisenhower Parkway - Suite 302<br>Roseland, NJ 07068 | Cenlar FSB as servicing agent for Lakeview Loan Servicing, LLC, Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Daniel E. Straffi, Jr., Esq.<br>Straffi & Straffi<br>670 Commons Way<br>Toms River, NJ  08755<br>And<br>Nicolas Picelli, Esq.<br>Apicelli, Costanzo & Russom<br>551 Lakehurst Rd., 1st Floor<br>Toms River, NJ 08755 | George Gwin and Joanne Gwin, Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mark J. Molz, Esq.<br>Law Offices of Mark J. Molz<br>1400 Rt. 38 E.<br>Hainesport, NJ 08036 | Maureen Molz & Patricia Bollman, Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Lynn Brown, Claims Administrator<br>American Express Centurion Bank<br>c/o Becket & Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | American Express Centurion Bank, Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Ocwen Loan Services<br>Attn: Bankruptcy Department<br>P.O. Box 24738<br>West Palm Beach, FL 33416-4738<br>And<br>Ocwen Loan Services<br>12650 Ingenuity Drive<br>Orlando, FL 32826 | Ocwen Loan Services, Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Internal Revenue Service, Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| New Jersey Division of Taxation<br>Compliance & Enforcement Bankruptcy<br>50 Barrack Street, 9th Floor<br>P.O. Box 245<br>Trenton, NJ 08695 | New Jersey Division of Taxation, Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United Jersey Bank<br>c/o Bank of America<br>100 North Tyron Street<br>Charlotte, NC  28202 | United Jersey Bank c/o Bank of America, Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Universal Supply Company, LLC<br>292 3rd Street<br>Trenton, NJ  08611 | Universal Supply Company, LLC, Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| VW Credit, Inc.<br>PO Box 5215<br>Carol Stream, IL 60197-5215 | VW Credit, Inc., Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Barry R. Scharer, CPA<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road, Suite 105B<br>Voorhees, NJ 08043 | Accountants | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Alan Grippaldi<br>49 Driftway Road<br>Howell, NJ 07731 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| State of New Jersey<br>Dept. of Labor<br>Div. of Wage & Hour Compliance<br>PO Box 389<br>Trenton, NJ 08625 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Mark Djamoos<br>35 Prescott Street<br>Demarest, NJ 07627 | Tenant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Bart J. Klein, Esq.<br>2006 Millburn Ave.<br>Maplewood, NJ 07040 | Attorneys for Creditor, Universal Supply Company | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Bergen County Child Support<br>39 Hudson Street<br>Hackensack, NJ 07601 | On behalf of Hanit Cowan | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Bergen County Probation<br>40 Main Street<br>Hackensack, NJ 07601-7042 | On behalf of Hanit Cowan | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Hanit Cowan<br>Asher Barash #6<br>Apt 3<br>Rishon Le Zion, Israel<br>75785 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Janet Ginsberg<br>Ellen Horowytz<br>Prominent Properties Sotheby's International Realty<br>90 County Road<br>Tenafly, NJ 07670 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

*rev.8/1/16*

7

141432