Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  16−14758−SLM
                        Chapter:  7
                        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Scott P. Cowan
    35 Prescott St.
    Demarest, NJ 07627

Social Security No.:
    xxx−xx−8978

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on February 8, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 132 − 122
Order Granting Application to Employ Sharer Petree Brotz & Snyder as Accountant (Related Doc # 122). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/7/2017. (axg)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 8, 2017
JAN: axg

                                                     Jeanne Naughton
                                                     Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                      Case No. 16-14758-SLM
Scott P. Cowan                                              Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Feb 08, 2017
                              Form ID: orderntc        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2017.
acc            +Sharer Petree Brotz & Snyder,    1103 Laurel Oak Road,    Suite 105B,    Voorhees, NJ 08043-4376

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2017 at the address(es) listed below:
          Benjamin A. Stanziale, Jr.    on behalf of U.S. Trustee    United States Trustee
           trustee@stanzialelaw.com,    nj45@ecfcbis.com
          Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
           trustee@stanzialelaw.com,    nj45@ecfcbis.com
          Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,    nj45@ecfcbis.com
          Brian Gregory Hannon    on behalf of Creditor Susan A. Cowan bhannon@norgaardfirm.com,
           sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
          Daniel E. Straffi    on behalf of Creditor George   Gwin dstraffi1@comcast.net,
           G25938@notify.cincompass.com
          Daniel E. Straffi    on behalf of Creditor Joanne   Gwin dstraffi1@comcast.net,
           G25938@notify.cincompass.com
          David   Gerardi    on behalf of U.S. Trustee    United States Trustee david.gerardi@usdoj.gov
          David E. Sklar    on behalf of Defendant Scott P. Cowan dsklar@scuramealey.com,
           ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
          David L. Stevens    on behalf of Debtor Scott P. Cowan dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com
          David L. Stevens    on behalf of Defendant Scott P. Cowan dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com
          Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Erin Marie Greene    on behalf of Plaintiff    Division of Consumer Affairs
           erin.greene@lps.state.nj.us
          Jeanette F. Frankenberg    on behalf of Creditor    Cenlar FSB as servicing agent for Lakeview Loan
           Servicing, LLC cmecf@sternlav.com
          Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com,
           mfriedman@archerlaw.com
          Jerrold S. Kulback    on behalf of Plaintiff    Fulton Bank of New Jersey jkulback@archerlaw.com,
           mfriedman@archerlaw.com
          John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
           mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Karl J. Norgaard    on behalf of Creditor Susan A. Cowan knorgaard@norgaardfirm.com,
           sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
          Mark J. Molz    on behalf of Plaintiff Patricia   Bollman molzlaw@aol.com
          Mark J. Molz    on behalf of Plaintiff Maureen   Molz molzlaw@aol.com
          Mark J. Molz    on behalf of Plaintiff Mark J Molz molzlaw@aol.com
          Mark J. Molz    on behalf of Creditor Mark J. Molz molzlaw@aol.com
          Patricia A. Staiano    on behalf of Trustee Benjamin A. Stanziale, Jr. pstaiano@hlgslaw.com,
           pstaiano@hlgslaw.com
          Travis L. Kreiser    on behalf of Creditor    Shore Fasteners & Supply Inc.
           travis.kreiser@verizon.net
```

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Feb 08, 2017
                              Form ID: orderntc        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 24