| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP |
| Patricia A. Staiano, Esq. |
| Attorneys for Benjamin A. Stanziale, Jr., Chapter 7 Trustee |
| One Gateway Center |
| Newark, New Jersey 07102-5323 |
| 973.621.9020 |

**Order Filed on February 7, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

SCOTT P. COWAN,
                  Debtor.

Case No. 16-14578 SLM

Chapter 7 Proceeding

Judge: Stacey L. Meisel

### ORDER AUTHORIZING RETENTION OF SHARER PETREE BROTZ & SNYDER AS ACCOUNTANTS FOR TRUSTEE

The relief set forth on the following page numbered two is hereby ORDERED.

**DATED: February 7, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the Applicant's request for authorization to retain Sharer Petree Brotz & Snyder as accountants, it is hereby ORDERED

1. The applicant is authorized to retain the above party in the professional capacity noted.

The professional's address is: <u>1103 Laurel Oak Road, Suite 105B</u>

<u>Voorhees, New Jersey 08043</u>

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is

☐ Granted    ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a Chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

141044

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-14758-SLM
Scott P. Cowan                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Feb 08, 2017
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2017.
db          +Scott P. Cowan,    35 Prescott St.,    Demarest, NJ 07627-1906
aty         +Scura, Wigfield, Heyer & Stevens, LLP,    1599 Hamburg Turnpike,    POB 2031,
              Wayne, NJ 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2017 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    on behalf of U.S. Trustee    United States Trustee
               trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Brian Gregory Hannon    on behalf of Creditor Susan A. Cowan bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Daniel E. Straffi    on behalf of Creditor Joanne  Gwin dstraffi1@comcast.net,
               G25938@notify.cincompass.com
              Daniel E. Straffi    on behalf of Creditor George  Gwin dstraffi1@comcast.net,
               G25938@notify.cincompass.com
              David  Gerardi    on behalf of U.S. Trustee    United States Trustee david.gerardi@usdoj.gov
              David E. Sklar    on behalf of Defendant Scott P. Cowan dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Debtor Scott P. Cowan dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Defendant Scott P. Cowan dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Erin Marie Greene    on behalf of Plaintiff    Division of Consumer Affairs
               erin.greene@lps.state.nj.us
              Jeanette F. Frankenberg    on behalf of Creditor    Cenlar FSB as servicing agent for Lakeview Loan
               Servicing, LLC cmecf@sternlav.com
              Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com,
               mfriedman@archerlaw.com
              Jerrold S. Kulback    on behalf of Plaintiff    Fulton Bank of New Jersey jkulback@archerlaw.com,
               mfriedman@archerlaw.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Karl J. Norgaard    on behalf of Creditor Susan A. Cowan knorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Mark J. Molz    on behalf of Plaintiff Patricia  Bollman molzlaw@aol.com
              Mark J. Molz    on behalf of Plaintiff Maureen  Molz molzlaw@aol.com
              Mark J. Molz    on behalf of Plaintiff Mark J Molz molzlaw@aol.com
              Mark J. Molz    on behalf of Creditor Mark J. Molz molzlaw@aol.com
              Patricia A. Staiano    on behalf of Trustee Benjamin A. Stanziale, Jr. pstaiano@hlgslaw.com,
               pstaiano@hlgslaw.com

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Feb 08, 2017
                               Form ID: pdf903          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Travis L. Kreiser    on behalf of Creditor    Shore Fasteners & Supply Inc.
        travis.kreiser@verizon.net
        United States Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 24