| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Martha R. Hildebrandt, Assistant United States Trustee<br>David Gerardi, Esquire<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Facsimile: (973) 645-5993<br>E-mail: David.Gerardi@usdoj.gov | **Order Filed on February 28, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey** |
| In Re:<br><br>Scott P. Cowan,<br><br>Debtor. | Case No.: 16-14758 (SLM)<br><br>Chapter 7<br><br>Hearing Date: February 28, 2017 at 10:00 a.m.<br><br>Judge:  Honorable Stacey L. Meisel |

**ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. §§ 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727 TO APRIL 6, 2017**

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: February 28, 2017**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**

Debtor: Scott P. Cowan

Chapter 7 Case No. 16-14758 (SLM)

**Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727 to April 6, 2017**

---

Upon consideration of the Acting United States Trustee's motion, by and through counsel, for an Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727 to **April 6, 2017,** and notice of the motion having been given to the Debtors, their counsel, and interested parties, and the Court having found cause for the entry of the within order, it is hereby:

`Granted as follows;`

**ORDERED** that the motion of the Acting United States Trustee is hereby ~~GRANTED~~; and it is further

**ORDERED** that the time for the Office of the United States Trustee to file a motion to dismiss case under 11 U.S.C. §§ 707(b)(1) and (3) or a complaint objecting to discharge Under 11 U.S.C. § 727 is extended to and including **April 6, 2017**; and it is further

**ORDERED** that the entry of this order is without prejudice to the right of the Acting United States Trustee to seek any additional extensions of time for good cause shown.

2