| | |
|---|---|
| STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Martha R. Hildebrandt, Assistant United States Trustee<br>David Gerardi, Esquire<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Facsimile: (973) 645-5993<br>E-mail: David.Gerardi@usdoj.gov | **Order Filed on February 28, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey** |
| In Re:<br><br>Scott P. Cowan,<br><br>Debtor. | Case No.: 16-14758 (SLM)<br><br>Chapter 7<br><br>Hearing Date: February 28, 2017 at 10:00 a.m.<br><br>Judge: Honorable Stacey L. Meisel |

**ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. §§ 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727 TO APRIL 6, 2017**

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: February 28, 2017**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**

Debtor: Scott P. Cowan

Chapter 7 Case No. 16-14758 (SLM)

**Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727 to April 6, 2017**

---

Upon consideration of the Acting United States Trustee's motion, by and through counsel, for an Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727 to **April 6, 2017,** and notice of the motion having been given to the Debtors, their counsel, and interested parties, and the Court having found cause for the entry of the within order, it is hereby:

`Granted as follows;`

**ORDERED** that the motion of the Acting United States Trustee is hereby ~~GRANTED~~; and it is further

**ORDERED** that the time for the Office of the United States Trustee to file a motion to dismiss case under 11 U.S.C. §§ 707(b)(1) and (3) or a complaint objecting to discharge Under 11 U.S.C. § 727 is extended to and including **April 6, 2017**; and it is further

**ORDERED** that the entry of this order is without prejudice to the right of the Acting United States Trustee to seek any additional extensions of time for good cause shown.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-14758-SLM
Scott P. Cowan                                                                  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin                  Page 1 of 2              Date Rcvd: Mar 01, 2017
                                Form ID: pdf903              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2017.
db             +Scott P. Cowan,    35 Prescott St.,    Demarest, NJ 07627-1906
aty            +Scura, Wigfield, Heyer & Stevens, LLP,    1599 Hamburg Turnpike,    POB 2031,
                 Wayne, NJ 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2017 at the address(es) listed below:
          Benjamin A. Stanziale, Jr.    on behalf of U.S. Trustee    United States Trustee
           trustee@stanzialelaw.com, nj45@ecfcbis.com
          Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
           trustee@stanzialelaw.com, nj45@ecfcbis.com
          Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
          Brian Gregory Hannon    on behalf of Creditor Susan A. Cowan bhannon@norgaardfirm.com,
           sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
          Daniel E. Straffi    on behalf of Creditor Joanne  Gwin dstraffi1@comcast.net,
           G25938@notify.cincompass.com
          Daniel E. Straffi    on behalf of Creditor George  Gwin dstraffi1@comcast.net,
           G25938@notify.cincompass.com
          David Gerardi    on behalf of U.S. Trustee    United States Trustee david.gerardi@usdoj.gov
          David E. Sklar    on behalf of Defendant Scott P. Cowan dsklar@scuramealey.com,
           ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
          David L. Stevens    on behalf of Debtor Scott P. Cowan dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com
          David L. Stevens    on behalf of Defendant Scott P. Cowan dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com
          Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Erin Marie Greene    on behalf of Plaintiff    Division of Consumer Affairs
           erin.greene@lps.state.nj.us
          Jeanette F. Frankenberg    on behalf of Creditor    Cenlar FSB as servicing agent for Lakeview Loan
           Servicing, LLC cmecf@sternlav.com
          Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com,
           mfriedman@archerlaw.com
          Jerrold S. Kulback    on behalf of Plaintiff    Fulton Bank of New Jersey jkulback@archerlaw.com,
           mfriedman@archerlaw.com
          John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
           mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Karl J. Norgaard    on behalf of Creditor Susan A. Cowan knorgaard@norgaardfirm.com,
           sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
          Mark J. Molz    on behalf of Plaintiff Patricia  Bollman molzlaw@aol.com
          Mark J. Molz    on behalf of Plaintiff Maureen  Molz molzlaw@aol.com
          Mark J. Molz    on behalf of Plaintiff Mark J Molz molzlaw@aol.com
          Mark J. Molz    on behalf of Creditor Mark J. Molz molzlaw@aol.com
          Patricia A. Staiano    on behalf of Trustee Benjamin A. Stanziale, Jr. pstaiano@hlgslaw.com,
           pstaiano@hlgslaw.com

```
District/off: 0312-2          User: admin               Page 2 of 2            Date Rcvd: Mar 01, 2017
                              Form ID: pdf903           Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Travis L. Kreiser    on behalf of Creditor   Shore Fasteners & Supply Inc.
               travis.kreiser@verizon.net
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 24
```