UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re:
Scott P. Cowan

Case No.: 16-14758

Chapter: 11

Judge: Meisel

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of  NJ Div. of Consumer Affairs . Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Erin M. Greene, DAG
Office of the New Jersey Attorney General
124 Halsey Street, P.O. Box 45029
Newark, New Jersey 07101

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: April 12, 2017

/s/ Erin M. Greene
Signature

*new.8/1/15*