

Bank of America N.A.
TX8-044-02-02
16001 N DALLAS PKWY
ADDISON, TX, 75001
Tel:  214-209-8383

UNITED STATES BANKRUPTCY COURT
MAIN DISTRICT OF NEW JERSEY
P.O Box 1352 , Newark, NJ - 07101-1352

# UNITED STATES BANKRUPTCY COURT
## FOR MAIN DISTRICT OF NEW JERSEY

In Re: Scott P Cowan

Case Number:  16-14758

BANK OF AMERICA filed a claim on: 06/24/2016

Account number:  8924

Chapter:  7

This claim was: 12

Please WITHDRAW that claim, which was submitted for $5,762.25

Sincerely,

/S/Khurram Ishaq
AVP, Bankruptcy Specialist Lead