UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:   SCOTT P. COWAN | Case No.:   16-14758-SLM |
| | Chapter:   **7** |
| | Judge:   **Hon. Stacey L. Meisel** |

## NOTICE OF PROPOSED PRIVATE SALE

Benjamin A. Stanziale, Jr., the Chapter 7 Trustee in this case proposes to sell property of the estate to the persons and on the terms described below.  If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron, Clerk
United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the **Honorable Stacey L. Meisel** on **May 23, 2017 at 10:00 a.m.** at the United States Bankruptcy Court, Courtroom no.  _3A_ . (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold:  Debtor's interest in Palisades Regional Investment Fund II, LLC, approximately 0.273% |
|---|

| Proposed Purchaser: Steven Mitnick |
|---|

| Sale price:  $2,500.00 |
|---|

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional:**

Amount to be paid:**

Services rendered:** |
|---|

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.  Any higher offer must include $200.00 for tow charge incurred by proposed purchaser listed above.

Objections must be served on, and requests for additional information directed to:

Name:         Patricia A. Staiano, Esq.

Address:      Hellring Lindeman Goldstein & Siegal LLP, One Gateway Center, Newark, NJ 07102

Telephone No.: 973.621.9020

146708