**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION**

| | |
|---|---|
| **IN RE:** § | |
| § | **CASE NO. 16-14758-SLM** |
| **SCOTT P. COWAN** § | |
| DEBTOR(S) § | |
| § | **CHAPTER 7** |
| **VW CREDIT, INC.** § | |
| CREDITOR § | |
| VS § | |
| **SCOTT P. COWAN** § | |
| RESPONDENTS § | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Notice is hereby given that Creditor, **VW Credit, Inc.**, ("Creditor"), withdraws its **Proof of Claim (Claim #1-1**) in the amount of **$3,681.12** filed on **March 23, 2016**, as the claim was inadvertently filed.

Dated: May 2, 2017

Respectfully submitted,
Buckley Madole, P.C.

/s/ Julian Cotton
Julian Cotton
14841 Dallas Parkway, Suite 300
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BuckleyMadole.com
Authorized Agent for VW Credit, Inc.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Buckley Madole, P.C.<br>14841 Dallas Parkway<br>Suite 300<br>Dallas, Texas 75254<br>Telephone: (972) 643-6600<br>NFCInquiries@BuckleyMadole.com<br>Authorized Agent for Creditor<br>In Re:<br><br>Scott P. Cowan<br><br>Debtor. | Case No : 16-14758-SLM<br><br>Chapter: 7<br><br>Adv. No.:_____<br><br>Hearing Date: _____ at _____<br><br>Judge: Stacey L. Meisel |

**CERTIFICATION OF SERVICE**

1. I, <u>Julian T. Cotton</u>:

    ☒ represent the <u>Creditor</u> in this matter.

    ☐ am the secretary/paralegal for _____ who represents the

    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On <u>May 3, 2017</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

| | |
|---|---|
| May 3, 2017 | /s/ Julian T. Cotton |
| Date | Signature |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Benjamin A. Stanzaile, Jr.<br>29 Northfield Ave. STE 201<br>West Orange, NJ  07052 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J. LBR 5005-1<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Scott P. Cowan<br>35 Demarest St.<br>Demarest, NJ 07627-2215 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other: NEF, per D.N.J. LBR 5005-1<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| David L. Stevens<br>Scura Wigfield Heyer & Stevens<br>1599 Hamburg Tpke<br>Wayne, NJ 07470-4093<br>dstevens@scuramealey.com | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J. LBR 5005-1<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |

\*   May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.