UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J.LBR 9004-2(c)

**A. ATKINS APPRAISAL CORPORATION**
122 Clinton Road,
Fairfield, New Jersey 07004
(973) 227-1900

Order Filed on May 1, 2017 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

In Re:

ROBERT P. COWAN,

                      Debtor.

Case No.: 16-14758

Judge: SLM

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: May 1, 2017**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)

Debtor: SCOTT P. COWAN

Case No.: 16-14758/SLM

Caption of Order: Order Granting Allowances

---

The Court finds that the persons named below filed applications for allowances: notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| A. Atkins Appraisal Corp. | $ 937.50 | |

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-14758-SLM
Scott P. Cowan                                                        Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 2          Date Rcvd: May 02, 2017
                              Form ID: pdf903           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2017.
db             +Scott P. Cowan,    35 Prescott St.,    Demarest, NJ 07627-1906
aty            +Scura, Wigfield, Heyer & Stevens, LLP,     1599 Hamburg Turnpike,    POB 2031,
                 Wayne, NJ 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2017 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    on behalf of U.S. Trustee    United States Trustee
               trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Brian Gregory Hannon    on behalf of Creditor Susan A. Cowan bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Daniel E. Straffi    on behalf of Creditor Joanne  Gwin dstraffi1@comcast.net,
               G25938@notify.cincompass.com
              Daniel E. Straffi    on behalf of Creditor George  Gwin dstraffi1@comcast.net,
               G25938@notify.cincompass.com
              David    Gerardi    on behalf of Plaintiff Andrew R. Vara david.gerardi@usdoj.gov
              David    Gerardi    on behalf of U.S. Trustee    United States Trustee david.gerardi@usdoj.gov
              David E. Sklar    on behalf of Defendant Scott P. Cowan dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Debtor Scott P. Cowan dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
              David L. Stevens    on behalf of Defendant Scott P. Cowan dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Erin Marie Greene    on behalf of Plaintiff    Division of Consumer Affairs
               erin.greene@lps.state.nj.us
              Erin Marie Greene    on behalf of Interested Party    Division of Consumer Affairs
               erin.greene@lps.state.nj.us
              Jeanette F. Frankenberg    on behalf of Creditor    Cenlar FSB as servicing agent for Lakeview Loan
               Servicing, LLC cmecf@sternlav.com
              Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com,
               mfriedman@archerlaw.com
              Jerrold S. Kulback    on behalf of Plaintiff    Fulton Bank of New Jersey jkulback@archerlaw.com,
               mfriedman@archerlaw.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               mortonlaw.bcraig@verizon.net,    tfitz@mortoncraig.com;mhazlett@mortoncraig.com
              Karl J. Norgaard    on behalf of Creditor Susan A. Cowan knorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Mark J. Molz    on behalf of Plaintiff Patricia  Bollman molzlaw@aol.com
              Mark J. Molz    on behalf of Plaintiff Maureen  Molz molzlaw@aol.com
              Mark J. Molz    on behalf of Plaintiff Mark J Molz molzlaw@aol.com

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 02, 2017
                              Form ID: pdf903          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Mark J. Molz    on behalf of Creditor Mark J. Molz molzlaw@aol.com
          Patricia A. Staiano    on behalf of Plaintiff Benjamin A. Stanziale, Jr. pstaiano@hlgslaw.com, pstaiano@hlgslaw.com
          Patricia A. Staiano     on behalf of Trustee Benjamin A. Stanziale, Jr. pstaiano@hlgslaw.com, pstaiano@hlgslaw.com
          Travis L. Kreiser    on behalf of Creditor    Shore Fasteners & Supply Inc. travis.kreiser@verizon.net
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                        TOTAL: 27