**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

Agent for Bank of America, N.A.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW JERSEY - NEWARK DIVISION

| | |
|---|---|
| In re | Case No. 16-14758 |
| SCOTT P. COWAN, | Chapter 13 |
| Debtor(s). | **NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #8** |

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that the Proof of Claim filed by Bank of America, N.A. on June 10, 2016, and assigned as Claim number 8, is hereby withdrawn, without prejudice.

Dated: 5/19/2017                              ALDRIDGE PITE, LLP


*/s/ Jenelle C. Arnold*
JENELLE C. ARNOLD
Agents for Bank of America, N.A.

**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Agents for Bank of America, N.A.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW JERSEY - NEWARK DIVISION

| | |
|---|---|
| In re<br><br>SCOTT P. COWAN,<br><br>Debtor(s). | Case No. 16-14758<br><br>Chapter 7<br><br>**PROOF OF SERVICE** |

I, Veronika Kates, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this case.

On May 19, 2017, I served the NOTICE OF WITHDRAWAL OF CLAIM NO.8 by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 19, 2017, at San Diego, California.

/s/ Veronika Kates
VERONIKA KATES

- 1 -    CASE No. 16-14758
**PROOF OF SERVICE**

**SERVICE LIST**

**DEBTOR(S)**

Scott P. Cowan
35 Prescott St.
Demarest, NJ 07627

**DEBTOR(S) ATTORNEY
(Via Electronic Notice)**

David L. Stevens
Scura, Wigfield, Heyer & Stevens
1599 Hamburg Turnpike
Wayne, NJ 07470
dstevens@scuramealey.com

**CHAPTER 7 TRUSTEE
(Via Electronic Notice)**

Benjamin A. Stanziale, Jr.
29 Northfield Avenue Suite 201
West Orange, NJ 07052
trustee@stanzialelaw.com

Patricia A. Staiano
Hellring, Lindeman, Goldstein & Siegal
One Gateway Center, 8th Floor
Newark, NJ 07102
pstaiano@hlgslaw.com

**U.S. TRUSTEE
(Via Electronic Notice)**

U.S. Trustee
United States Trustee
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102
USTPRegion03.NE.ECF@usdoj.gov

David Gerardi
DOJ-Ust
U.S. Department of Justice
Office of the U.S. Trustee
One Newark Center, Ste 2100
Newark, NJ 07102
david.gerardi@usdoj.gov