## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re:  SCOTT P. COWAN | Case No. | 16-14758-SLM |
| | Chapter: | 7 |
| | Judge: | Stacey L. Meisel |

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Benjamin A. Stanziale, Jr., Esq. Chapter 7 Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below.  If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | U.S. Bankruptcy Court |
| | M.L. King, Jr. Fed. Bldg. & Courthouse |
| | 50 Walnut Street |
| | Newark, New Jersey  07102 |

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on September 5, 2017 at 10:00 a.m. at the United States Bankruptcy Court, M.L.King, Jr. Fed. Bldg. & Courthouse, 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102 (hearing to be scheduled for at least 28 days from the date of the filing of the notice).  If no objection is filed, the Clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:  Benjamin A. Stanziale, Jr., Chapter 7 Trustee for Scott P. Cowan ("Trustee") brought an action (Adv. Pro. No. 17-1283) against Hanit Cowan ("Hanit") seeking to have Hanit's purported lien on the sale proceeds of two parcels of real property, based on a child support judgment, voided or avoided and recovered and preserved for the benefit of the estate.  Hanit also filed a Proof of Claim, Claim No. 21, asserting a priority claim for this child support of $4,497.  Hanit Cowan resides in Israel.  The Trustee settled this matter based on the costs of litigation, particularly with an individual residing abroad, and based on the priority nature of the underlying claim.

Pertinent terms of settlement:  Within 20 days of the approval of this settlement, the Trustee will pay to Hanit $3,000.  Any lien Hanit may have had on the above-described proceeds shall be avoided, and Hanit's claim shall be expunged.  The above adversary proceeding shall be dismissed with prejudice **as to Hanit Cowan only.**

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| NAME: | Patricia A. Staiano, Esq. |
| ADDRESS: | Hellring Lindeman Goldstein & Siegal LLP |
| | One Gateway Center, Newark, New Jersey  07102 |
| TEL. NO: | 973.621.9020 |

*rev. 8/1/15*