UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
**Scott P. Cowan**

Case No.: **16-14758-SLM**  
Chapter: **7**  
Judge: **Hon. Stacey L. Meisel**

## NOTICE OF PROPOSED ABANDONMENT

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the **Honorable Stacey L. Meisel** on **November 28, 2017 at 10:00 a.m.** at the United States Bankruptcy Court, Courtroom no. 3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of Property: **Debtor is the owner of an approximate 0.273% interest in Palisades Regional Investment Fund II, LLC. The Trustee filed a notice of private sale of the interest for $2,500.00. The sale was not consummated. As a result, the Trustee seeks to abandon Debtor's interest as being of inconsequential value to the estate.**

Liens on property:

Amount of equity claimed as exempt:

Objections must be served on, and requests for additional information directed to:

Name:        Benjamin A. Stanziale, Jr., Trustee

Address:     29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.:(973) 731-9393

*rev.8/1/15*