UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Russell M. Smith, Jr.
Deputy Attorney General
124 Halsey Street, 5th Floor
Newark, New Jersey 07101
(973) 648-4846
Attorney ID #014202012
Attorneys for New Jersey Division of Consumer Affairs

---

| | |
|---|---|
| IN RE: | CASE NO.: 16-14758 |
| New Jersey Division of Consumer Affairs, Plaintiff | ADVERSARY PRO. NO.: 16-01527 |
| vs. | SUBSTITUTION OF ATTORNEY |
| Scott P. Cowan, Defendant. | |

---

The undersigned hereby consents to the substitution of Russell M. Smith, Jr., Deputy Attorney General, as Attorney for the New Jersey Division of Consumer Affairs in the above-entitled case.

Dated: 1/10/18                                Dated: 1/10/18

CHRISTOPHER S. PORRINO                        CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY                ATTORNEY GENERAL OF NEW JERSEY

By:    Russell M. Smith, Jr.                  Erin M. Greene
       Deputy Attorney General                Deputy Attorney General
       Superseding Attorney                   Withdrawing Attorney