Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−14758−SLM
        Chapter: 7
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Scott P. Cowan
   35 Prescott St.
   Demarest, NJ 07627

Social Security No.:
   xxx−xx−8978

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:    2/6/18
Time:    02:30 PM
Location:    Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Stanziale & Stanziale, P.C.

COMMISSION OR FEES
$8621.25

EXPENSES
$21.90

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: January 11, 2018
JAN:

                              Jeanne Naughton
                              Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                        Case No. 16-14758-SLM
Scott P. Cowan                                                Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2       User: admin              Page 1 of 3        Date Rcvd: Jan 11, 2018
                           Form ID: 137             Total Noticed: 80


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2018.
db             +Scott P. Cowan,    35 Prescott St.,   Demarest, NJ 07627-1906
aty            +Hellring Lindeman Goldstein & Siegal LLP,   One Gateway Center, 8th Floor,
                 Newark, NJ 07102-5323
aty             Rhoads & Sinon,    Rhoads & Sinon,   1 S. Market Square,   PO Box 1146,
                 Harrisburg, PA 17108-1146
aty            +Scura, Wigfield, Heyer & Stevens, LLP,   1599 Hamburg Turnpike,   POB 2031,
                 Wayne, NJ 07474-2031
aty            +Stanziale & Stanziale, P.C.,    Stanziale & Stanziale, P.C.,   29 Northfield Avenue,   Suite 201,
                 West Orange, NJ 07052-5358
cr             +Cenlar FSB as servicing agent for Lakeview Loan Se,   Stern Lavinthal & Frankenberg LLC,
                 105 Eisenhower Parkway,    Suite 302,   Roseland, NJ 07068-1640
intp           +Division of Consumer Affairs,    124 Halsey Street,   P.O. Box 45029,   Newark, NJ 07101-8029
cr             +Mark J. Molz,    Law Office of Mark J. Molz,   1400 Roue 38 East,   PO Box 577,
                 Hainesport, NJ 08036-0577
r              +Prominent Properties Sotheby's International Realt,    90 County Road,   Tenafly, NJ 07670-1855
acc            +Sharer Petree Brotz & Snyder,    1103 Laurel Oak Road,   Suite 105B,   Voorhees, NJ 08043-4376
cr             +Shore Fasteners & Supply Inc.,    c/o Travis L. Kreiser, Esquire,   1300 Lawrence Road,
                 Havertown, pa 19083-1805
cr             +Susan A. Cowan,    286 Espanong Road,   Lake Hopatcong, NJ 07849-2161
br             +The Van Dyk Group,    275 Route 72 East,   Manahawkin, NJ 08050-3535
516056308      +84 Lumber,    1019 Route 519,   Attn: Bankruptcy,   Eighty Four, PA 15330-2813
516056310      +Allied Supply,    PO Box 5670,   New York, NY 10087-5670
516338694       American Express Centurion Bank,    c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern PA 19355-0701
516056311      +Anna Marie Sandford & Theresa Maldera,   183 Sparrow Dr.,    Trenton, NJ 08690-2459
516056312      +Anna Marie Sandford & Theresa Maldera,   c/o Robert J. Kiss,    2216 Long Beach Blvd.,
                 PO BOX 548,   Beach Haven, NJ 08008-0282
516056316     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bk Of Amer,    4161 Piedmont Parkway,   Greensboro, NC 27410)
516056313      +Bank fo America,   Po Box 982238,   El Paso, TX 79998-2238
516056314      +Bank of America - Merchant Services,   150 N. College St. - 15th Fl.,    Attn: Bankruptcy,
                 Charlotte, NC 28202-2271
516412686      +Bank of America, N.A.,   c/o Marinosci Law Group, P.C.,    ATTN: Bankruptcy Department,
                 100 West Cypress Creek Road, Suite 1045,    Fort Lauderdale, FL 33309-2191
516227970      +Bank of America, N.A.,   P.O. Box 31785,   Tampa, FL 33631-3785
516056315      +Barkave G. Elvan,   5810 Bergenline Ave. #209,    West New York, NJ 07093-1295
516056317      +Bk Of Amer,    Po Box 45144,   Jacksonville, FL 32232-5144
516056318      +Borough of Demarest,    Office of the Tax Collector,   118 Serpentine Rd.,
                 Demarest, NJ 07627-2128
516056330     ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Home Depot,    PO Box 653000,   Dallas, TX 75265-3000)
516295369      +Cenlar FSB,    425 Phillips Blvd,   Ewing, NJ 08618-1430
516056319      +Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
516056320      +Citibank,    Po Box 6241,   Sioux Falls, SD 57117-6241
516056321      +City of Englewood,    Office of the Tax Collector,   PO Box 228,   Englewood, NJ 07631-0228
516056322      +Di Francia & Price PC,   147 E. Main St.,   Tuckerton, NJ 08087-2661
516056324      +Euler Hermes Collections North America,   800 Red Brook Blvd, Ste. 400C,
                 Owings Mills, MD 21117-5173
516126940     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company LLC,    P.O. Box 62180,
                 Colorado Springs, CO 80962)
516056326      +Frd Motor Cr,    Po Box Box 542000,   Omaha, NE 68154-8000
516056327      +Fulton Bank Merchant Services,    One Penn Square,   Attn: Bankruptcy,
                 Lancaster, PA 17602-2853
516840140       Hanit Cowan,   c/o Sigua Mishpati,    PO Box 1777,   Jerusalem, Israel 9101700
516056332      +John Devenney,    c/o Gluck & Allen, LLC,   217 Washington St.,   Toms River, NJ 08753-7567
516056333      +Jonathan Price,    102 Parkert St.,   Manahawkin, NJ 08050-3166
516056334      +Kim Smith,    4301 Bennett Place,   Southampton, PA 18966-2655
516056335      +Kreiser & Associates, PC,    Attn: Travis L. Kreiser, Esq.,    1300 Lawrence Road,
                 Havertown, PA 19083-1805
516539836      +Laura A. Matarazzo,    78 Monhegan Avenue,   Oakland, NJ 07436-4034
516056336      +Laura Matarazzo,    c/o Francis J. Battersby,   4 Ramapo Valley Rd.,   Oakland, NJ 07436-1723
516056337      +Law Office of Bart J. Klein,    2066 Millburn Ave.,   Maplewood, NJ 07040-3722
516056338      +Law Offices of Michael E. Adler,    20 Meredith Rd.,   Wynnewood, PA 19096-3612
516093310      +M&T Bank,    35 Prescott Street,   Demarest, NJ 07627-1906
516056340      +Mark J. Molz,    1400 Rt. 38 E.,   PO Box 577,   Hainesport, NJ 08036-0577
516056341      +Matthew & Yrma Leo,    415 Twin Lakes Blvd.,   Tuckerton, NJ 08087-1118
516056342      +Meredith & Joseph DeSanto,    56 Harry Drive,   Manahawkin, NJ 08050-4108
516056343      +New Jersey Casualty Insurance Co.,   301 Sullivan Way,    Trenton, NJ 08628-3406
516056344      +New Jersey Dept. of Labor,    Division of Wage & Hour Compliance,   PO Box 389,
                 Trenton, NJ 08625-0389
516613447      +New Jersey Division of Consumer Affairs,    124 Halsey Street, P.O. Box 45029,
                 Newark, New Jersey 07101-8029
516056346      +Norgaard O'Boyle,    184 Grand Ave.,   Englewood, NJ 07631-3578
```

```
District/off: 0312-2           User: admin                Page 2 of 3                   Date Rcvd: Jan 11, 2018
                               Form ID: 137               Total Noticed: 80


516056347        +Ocwen Loan Services,    12650 Ingenuity Dr.,    Orlando, FL 32826-2703
516056348        +Peter Gallelli,    c/o Robert J. Kiss, Esq.,    2216 Long Beach Blvd.,     PO Box 548,
                   Beach Haven, NJ 08008-0282
516056349        +Price home Group LLC,    641 Mill Creek Rd.,    Manahawkin, NJ 08050-3365
516056350        +Rhoads & Sinon, LLP,    Attn. Timothy J. Nieman, Esq.,    PO Box 1146,
                   Harrisburg, PA 17108-1146
516056351        +Ritz-Craft Corp. of Pennsylvania, Inc.,    15 Industrial Pkwy,
                   Attn: President, CEO, Reg. Agent,    Mifflinburg, PA 17844-7992
516338856         Ritz-Craft Corporation Of Pennsylvania, Inc.,    Amanda J. Lavis, Esq.,    Rhoads & Simon LLP,
                   PO Box 1146,   Harrisburg, PA 17108-1146
516056345        ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                 (address filed with court: New Jersey Division of Taxation,
                   Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,
                   Trenton, NJ 08695)
516056352        +Shore Fasteners & Supply, Inc.,    500 N. Main St.,    Pleasantville, NJ 08232-1538
516056353         United Jersey Bank,    c/o Bank of America,    100 North Tyron St.,    Charlotte, NC 28202
516056354        +Universal Supply Company, LLC,    292 3rd St.,    Trenton, NJ 08611-3004
516076223        +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
516056355         Vw Credit Inc,    PO BOX 5215,    Carol Stream, IL 60197-5215
516056356        +William & Linda Cullen,    26 Central Ave.,    Highlands, NJ 07732-1406
516056357        +William A. Porteus,    PO Box 308,    Putnam Valley, NY 10579-0308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2018 21:29:55      U.S. Attorney,    970 Broad St.,
                   Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2018 21:29:54      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
app             +E-mail/Text: atkinsappraisal@aol.com Jan 11 2018 21:29:52      A. Atkins Appraisal Company,
                   122 Clinton Road,    Fairfield, NJ 07004-2900
516056309       +E-mail/Text: amsbankruptcy@amscollections.com Jan 11 2018 21:29:49
                   Allen, Maxwell & Silver, Inc.,    190 Sylvan Ave.,    Englewood Cliffs, NJ 07632-2533
516080745        E-mail/Text: mrdiscen@discover.com Jan 11 2018 21:29:48      Discover Bank,
                   Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516056323       +E-mail/Text: mrdiscen@discover.com Jan 11 2018 21:29:48      Discover Fin Svcs Llc,
                   Po Box 15316,    Wilmington, DE 19850-5316
516056329       +E-mail/Text: bankruptcy@fult.com Jan 11 2018 21:30:08      Fulton Bank of NJ,
                   533 Fellowship Rd. - Ste. 250,    Mount Laurel, NJ 08054-3411
516056328       +E-mail/Text: bankruptcy@fult.com Jan 11 2018 21:30:08      Fulton Bank of New Jersey,
                   533 Fellowship Road,    Attn. Bankruptcy,    Mount Laurel, NJ 08054-3412
516056331       +E-mail/Text: cio.bncmail@irs.gov Jan 11 2018 21:29:51      Internal Revenue Service,
                   PO Box 7346,    Philadelphia, PA 19101-7346
516056339        E-mail/Text: camanagement@mtb.com Jan 11 2018 21:29:52      M & T Bank,    1 Fountain Plz,
                   Buffalo, NY 14203
516101374        E-mail/Text: camanagement@mtb.com Jan 11 2018 21:29:52      M&T Bank,    P.O. Box 840,
                   Buffalo, NY 14240-0840
516162111        E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2018 21:31:00      Synchrony Bank,
                   c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
516634870       +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2018 21:29:54      United States Trustee,
                   One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516159442         Universal Supply Company LLC
cr*              ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Company, LLC,    P.O. Box 62180,
                   Colorado Springs, CO  80962)
516339930*        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                   Malvern  PA 19355-0701
516256663*        Bank Of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
516056325*       +Euler Hermes Collections North America,    800 Red Brook Blvd. - Ste. 400C,
                   Owings Mills, MD 21117-5173
516241515*       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Department of Treasury,
                   Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
cr               ##+George Gwin,    231 Corbin Court,    Lakewood, NJ 08701-7470
cr               ##+Joanne Gwin,    231 Corbin Court,    Lakewood, NJ 08701-7470
516056307        ##+641 Mill Creek Road, LLC,    Attn: Jose Carrasco,    11 Amy Dr.,    Manahawkin, NJ 08050-4304
516236993        ##+George & Joanne Gwin,    231 Corbin Court,    Lakewood, NJ 08701-7470
                                                                                   TOTALS: 1, * 5, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Jan 11, 2018
                              Form ID: 137             Total Noticed: 80
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2018 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    on behalf of U.S. Trustee    United States Trustee
               trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    on behalf of Attorney    Stanziale & Stanziale, P.C.
               ben@stanzialelaw.com
              Brian Gregory Hannon     on behalf of Creditor Susan A. Cowan bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Daniel E. Straffi    on behalf of Creditor George   Gwin dstraffi1@comcast.net,
               G25938@notify.cincompass.com
              Daniel E. Straffi    on behalf of Creditor Joanne   Gwin dstraffi1@comcast.net,
               G25938@notify.cincompass.com
              David   Gerardi    on behalf of Plaintiff Andrew R. Vara david.gerardi@usdoj.gov
              David   Gerardi    on behalf of U.S. Trustee    United States Trustee david.gerardi@usdoj.gov
              David E. Sklar    on behalf of Defendant Scott P. Cowan dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
              David L. Stevens     on behalf of Debtor Scott P. Cowan dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
              David L. Stevens     on behalf of Defendant Scott P. Cowan dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Erin Marie Greene    on behalf of Plaintiff    Division of Consumer Affairs
               erin.greene@lps.state.nj.us
              Erin Marie Greene    on behalf of Interested Party    Division of Consumer Affairs
               erin.greene@lps.state.nj.us
              Jeanette F. Frankenberg    on behalf of Creditor    Cenlar FSB as servicing agent for Lakeview Loan
               Servicing, LLC cmecf@sternlav.com
              Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com,
               mfriedman@archerlaw.com
              Jerrold S. Kulback    on behalf of Plaintiff    Fulton Bank of New Jersey jkulback@archerlaw.com,
               mfriedman@archerlaw.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Karl J. Norgaard    on behalf of Creditor Susan A. Cowan knorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Mark E. Hall    on behalf of Mediator Mark   Hall mhall@foxrothschild.com
              Mark J. Molz    on behalf of Plaintiff Patricia   Bollman molzlaw@aol.com
              Mark J. Molz    on behalf of Plaintiff Maureen   Molz molzlaw@aol.com
              Mark J. Molz    on behalf of Plaintiff Mark J Molz molzlaw@aol.com
              Mark J. Molz    on behalf of Creditor Mark J. Molz molzlaw@aol.com
              Patricia A. Staiano    on behalf of Plaintiff Benjamin A. Stanziale, Jr. pstaiano@hlgslaw.com,
               pstaiano@hlgslaw.com
              Patricia A. Staiano    on behalf of Trustee Benjamin A. Stanziale, Jr. pstaiano@hlgslaw.com,
               pstaiano@hlgslaw.com
              Travis L. Kreiser    on behalf of Creditor    Shore Fasteners & Supply Inc.
               travis.kreiser@verizon.net
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 29