| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>JERROLD S. KULBACK (JK2505)<br>ARCHER & GREINER<br>A Professional Corporation<br>One Centennial Square<br>Haddonfield, NJ  08033-0968<br>Tel: (856) 795-2121<br>Fax: (856) 795-0574<br>Attorneys for Fulton Bank of New Jersey |

| In Re: | Chapter 7 |
|---|---|
| SCOTT COWAN, | Case No. 16-14758 (SLM) |
| Debtor. | |

## WITHDRAWAL OF PROOF OF CLAIM #5
## FILED BY FULTON BANK OF NEW JERSEY

**PLEASE TAKE NOTICE** that Fulton Bank of New Jersey hereby withdraws the Proof of Claim filed on April 12, 2016 and requests that the claims register be revised to reflect such withdrawal.

Dated:  January 23, 2018

By: /s/  Jerrold S. Kulback
Jerrold S. Kulback, Esquire
ARCHER & GREINER
A Professional Corporation
One Centennial Square
Haddonfield, NJ  08033
Tel: (856) 795-2121
Fax: (856) 795-0574
Email:  jkulback@archerlaw.com

213862059v1