UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**STANZIALE & STANZIALE, P.C.**
29 Northfield Avenue, Suite 201
West Orange, New Jersey 07052-5403
(973) 731-9393
Attorneys for Benjamin A. Stanziale, Jr., Trustee

**Order Filed on February 6, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

SCOTT P. COWAN,

Debtor.

Case No. 16-14758-SLM

Chapter 7

Hearing Date: February 6, 2018 at 2:30 p.m.

Judge: Hon. Stacey L. Meisel

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 6, 2018**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**

Debtor:              Scott P. Cowan
Case No:             16-14758-SLM
Caption of Order:    ORDER GRANTING ALLOWANCES

---

Upon consideration of the foregoing application for compensation, the Court finds that the persons named below filed applications for allowance; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown;

**IT IS ORDERED** that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Stanziale & Stanziale, P.C. | $8,621.25 | $21.90 |