| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>BARRY R. SHARER, CPA<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043<br>(856)435-3200<br>Accountant for the Chapter 7 Trustee | Order Filed on February 23,<br>2018 by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
|---|---|
| In Re:<br><br>**COWAN, SCOTT** | Case No.: **16-14758**<br><br>Chapter 7<br><br>Hearing Date: **02/20/18 @ 2:30PM**<br><br>Judge: SLM |

**ORDER AWARDING FINAL COMPENSATION AND EXPENSES**
**FOR THE ACCOUNTANT TO THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

**DATED: February 23, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)
Debtor:     **COWAN, SCOTT**

Case No.:    16-14758/SLM

Caption of Order: Order Approving Fees and Expenses for the Accountant for the Chapter 7 Trustee

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

<u>APPLICANT</u>

Sharer Petree Brotz & Snyder

FEES:              $3,011.00

EXPENSES        $    14.65

TOTAL:           $3,025.65

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 16-14758-SLM
Scott P. Cowan                                                 Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin                 Page 1 of 2          Date Rcvd: Feb 23, 2018
                              Form ID: pdf903             Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2018.
db             +Scott P. Cowan,    35 Prescott St.,   Demarest, NJ 07627-1906
aty            +Scura, Wigfield, Heyer & Stevens, LLP,    1599 Hamburg Turnpike,   POB 2031,
                 Wayne, NJ 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2018 at the address(es) listed below:
              Barry R. Sharer    on behalf of Accountant    Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Benjamin A. Stanziale, Jr.    on behalf of U.S. Trustee    United States Trustee
               trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    on behalf of Attorney    Stanziale & Stanziale, P.C.
               ben@stanzialelaw.com
              Brian Gregory Hannon    on behalf of Creditor Susan A. Cowan bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Daniel E. Straffi    on behalf of Creditor Joanne  Gwin bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;bkclient@straffilaw.com
              Daniel E. Straffi    on behalf of Creditor George  Gwin bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;bkclient@straffilaw.com
              David  Gerardi    on behalf of Plaintiff Andrew R. Vara david.gerardi@usdoj.gov
              David  Gerardi    on behalf of U.S. Trustee    United States Trustee david.gerardi@usdoj.gov
              David E. Sklar    on behalf of Defendant Scott P. Cowan dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
              David L. Stevens    on behalf of Debtor Scott P. Cowan dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com;dmedina@scura.com
              David L. Stevens    on behalf of Defendant Scott P. Cowan dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com;dmedina@scura.com
              Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor   Cenlar FSB as servicing agent for Lakeview Loan
               Servicing, LLC cmecf@sternlav.com
              Jerrold S. Kulback    on behalf of Creditor   Fulton Bank of New Jersey jkulback@archerlaw.com,
               mfriedman@archerlaw.com
              Jerrold S. Kulback    on behalf of Plaintiff   Fulton Bank of New Jersey jkulback@archerlaw.com,
               mfriedman@archerlaw.com
              John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company, LLC
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Karl J. Norgaard    on behalf of Creditor Susan A. Cowan knorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Mark E. Hall    on behalf of Mediator Mark  Hall mhall@foxrothschild.com
              Mark J. Molz    on behalf of Creditor Mark J. Molz molzlaw@aol.com
              Mark J. Molz    on behalf of Plaintiff Patricia  Bollman molzlaw@aol.com
```

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Feb 23, 2018
                                  Form ID: pdf903          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Mark J. Molz    on behalf of Plaintiff Maureen  Molz molzlaw@aol.com
         Mark J. Molz    on behalf of Plaintiff Mark J Molz molzlaw@aol.com
         Patricia A. Staiano    on behalf of Plaintiff Benjamin A. Stanziale, Jr. pstaiano@hlgslaw.com, pstaiano@hlgslaw.com
         Patricia A. Staiano    on behalf of Trustee Benjamin A. Stanziale, Jr. pstaiano@hlgslaw.com, pstaiano@hlgslaw.com
         Russell Mark Smith, Jr    on behalf of Plaintiff   Division of Consumer Affairs Russell.Smith@law.njoag.gov
         Russell Mark Smith, Jr    on behalf of Interested Party   Division of Consumer Affairs Russell.Smith@law.njoag.gov
         Travis L. Kreiser    on behalf of Creditor   Shore Fasteners & Supply Inc. travis.kreiser@verizon.net
         United States Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                             TOTAL: 30