# STANZIALE & STANZIALE

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

---

BENJAMIN A. STANZIALE (1965-1998)
BENJAMIN A. STANZIALE, JR.
ben@stanzialelaw.com

29 NORTHFIELD AVENUE, SUITE 201
WEST ORANGE, NJ 07052

TELEPHONE: (973) 731-9393
FAX: (973) 731-9401

March 13, 2018

*Via ECF*
Jeanne A. Naughton, Clerk
U.S. Bankruptcy Court
P.O. Box 1352
Newark, NJ 07101-1352

    Re:    Debtor: Scott P. Cowan
               Ch. 7; Case No. 16-14758-SLM

Dear Ms. Naughton:

    I am preparing a Final Report for the above case and respectfully request confirmation of any outstanding fees due the Court. Please docket a response so I can proceed to finalize my report and include fees, if any, due the Court. Thank you.

                              Very truly yours,

                              **STANZIALE & STANZIALE, P.C.**

                              /s/ Benjamin A. Stanziale, Jr.

                              Benjamin A. Stanziale, Jr.

BAS,Jr/btm