# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | ) | |
| SCOTT P. COWAN, | ) | Case No.    16-14758-SLM |
| | ) | |
| Debtor(s), | ) | Chapter 7 |
| | ) | |
| BENJAMIN A. STANZIALE, JR., | ) | |
| | ) | |

## TRUSTEE'S REPORT OF SALE OF ASSETS OF THE ESTATE

AND NOW, COMES BENJAMIN A. STANZIALE, JR. and renders the following Report of the Sale of certain assets of the Bankruptcy Estate, and respectfully represents as follows:

1. BENJAMIN A. STANZIALE, JR. of the Chapter 7 estate has received all sale funds.

2. The following property of the Debtor was sold:

    48 Harold Lane, Manahawkin, New Jersey

3. The gross sale proceeds were: $287,500.00

4. The sale was subject to a lien in the amount of $227,354.36 and the co-owner's share of the property. Closing costs and real estate taxes were also incurred.

5. The Trustee received Net Sale Proceeds of $22,608.84, which was placed into a bank account for this Bankruptcy Estate.

Dated:  March 13, 2018

/s/ BENJAMIN A. STANZIALE, JR.
BENJAMIN A. STANZIALE, JR.