# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | ) |
| SCOTT P. COWAN, | )   Case No.   16-14758-SLM |
| | ) |
| Debtor(s), | )   Chapter 7 |
| | ) |
| BENJAMIN A. STANZIALE, JR., | ) |
| | ) |

## TRUSTEE'S REPORT OF SALE OF ASSETS OF THE ESTATE

AND NOW, COMES BENJAMIN A. STANZIALE, JR. and renders the following Report of the Sale of certain assets of the Bankruptcy Estate, and respectfully represents as follows:

1. BENJAMIN A. STANZIALE, JR. of the Chapter 7 estate has received all sale funds.

2. The following property of the Debtor was sold:

    2013 Mercedes Benz SL550, VIN: WDDJK 7DA5D F0087 58

3. The gross sale proceeds were: $40,000.00

4. The sale was subject to a lien in the amount of $4,885.08.

5. The Trustee received Net Sale Proceeds of $35,114.92, which was placed into a bank account for this Bankruptcy Estate.

Dated:  March 13, 2018

/s/ BENJAMIN A. STANZIALE, JR.
BENJAMIN A. STANZIALE, JR.