# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | ) | |
| SCOTT P. COWAN, | ) | Case No.    16-14758-SLM |
| | ) | |
| Debtor(s), | ) | Chapter 7 |
| | ) | |
| BENJAMIN A. STANZIALE, JR., | ) | |
| | ) | |

## TRUSTEE'S REPORT OF SALE OF ASSETS OF THE ESTATE

AND NOW, COMES BENJAMIN A. STANZIALE, JR. and renders the following Report of the Sale of certain assets of the Bankruptcy Estate, and respectfully represents as follows:

1. BENJAMIN A. STANZIALE, JR. of the Chapter 7 estate has received all sale funds.

2. The following property of the Debtor was sold:

    2011 Ford F150, VIN: 1FTFW 1EF9B FD186 32

3. The gross sale proceeds were: $10,500.00

4. The sale was subject to the Debtor's exemption of $3,675.00

5. The Trustee received Net Sale Proceeds of $7,000.00, which was placed into a bank account for this Bankruptcy Estate. A refund of $175.00 will be paid to the buyer for the overpayment.

Dated:  March 13, 2018

/s/ BENJAMIN A. STANZIALE, JR.
BENJAMIN A. STANZIALE, JR.