| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>HELLRING LINDEMAN GOLDSTEIN &<br>SIEGAL LLP<br>Patricia A. Staiano, Esq.<br>Attorneys for Benjamin A. Stanziale,<br>  Chapter 7 Trustee<br>One Gateway Center<br>Newark, New Jersey 07102-5323<br>973.621.9020 | **Order Filed on March 22, 2018<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey** |
| In Re:<br><br>SCOTT P. COWAN,<br><br>                    Debtor. | Case No. 16-14758 SLM<br><br>Chapter 7 Proceeding<br><br>Honorable Stacey L. Meisel<br><br>Hearing Date:  March 20, 2018<br>                        at 2:30 p.m. |

### ORDER FOR FIRST AND FINAL ALLOWANCES
### FOR COUNSEL TO CHAPTER 7 TRUSTEE

The relief set forth on the following page, numbered two (2) is hereby

ORDERED.

**DATED: March 22, 2018**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtors:      Scott P. Cowan
Case No.:   16-14758 SLM

**ORDER FOR FIRST AND FINAL ALLOWANCES**
**FOR COUNSEL TO CHAPTER 7 TRUSTEE**

---

THIS MATTER being opened to the Court upon the Application of Hellring Lindeman Goldstein & Siegal LLP, counsel for Benjamin A. Stanziale, Jr., Chapter 7 Trustee for the above captioned Debtor, for payment of first and final allowances and reimbursement of out-of-pocket expenses; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and the Court having read and considered the Application of counsel; and good cause appearing therefore, it is hereby

ORDERED that first and final compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---:|---:|
| Hellring Lindeman Goldstein & Siegal LLP | $146,632.50 | $2,643.30 |

2

175997