UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
HELLRING LINDEMAN GOLDSTEIN &
SIEGAL LLP
Patricia A. Staiano, Esq.
Attorneys for Benjamin A. Stanziale,
  Chapter 7 Trustee
One Gateway Center
Newark, New Jersey 07102-5323
973.621.9020

**Order Filed on March 22, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

SCOTT P. COWAN,

                    Debtor.

Case No. 16-14758 SLM

Chapter 7 Proceeding

Honorable Stacey L. Meisel

Hearing Date: March 20, 2018
               at 2:30 p.m.

**ORDER FOR FIRST AND FINAL ALLOWANCES
FOR COUNSEL TO CHAPTER 7 TRUSTEE**

The relief set forth on the following page, numbered two (2) is hereby

ORDERED.

**DATED: March 22, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtors:     Scott P. Cowan
Case No.:    16-14758 SLM

## ORDER FOR FIRST AND FINAL ALLOWANCES
## FOR COUNSEL TO CHAPTER 7 TRUSTEE

---

THIS MATTER being opened to the Court upon the Application of Hellring

Lindeman Goldstein & Siegal LLP, counsel for Benjamin A. Stanziale, Jr., Chapter 7 Trustee for

the above captioned Debtor, for payment of first and final allowances and reimbursement of out-

of-pocket expenses; and notice and opportunity for hearing were given to creditors and other

parties in interest as required; and the Court having read and considered the Application of

counsel; and good cause appearing therefore, it is hereby

ORDERED that first and final compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---:|---:|
| Hellring Lindeman Goldstein & Siegal LLP | $146,632.50 | $2,643.30 |

2

175997

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-14758-SLM
Scott P. Cowan                                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Mar 22, 2018
                             Form ID: pdf903           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2018.
db             +Scott P. Cowan,    35 Prescott St.,    Demarest, NJ 07627-1906
aty            +Scura, Wigfield, Heyer & Stevens, LLP,    1599 Hamburg Turnpike,    POB 2031,
                Wayne, NJ 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2018 at the address(es) listed below:
              Barry R. Sharer   on behalf of Accountant   Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Benjamin A. Stanziale, Jr.   on behalf of U.S. Trustee   United States Trustee
               trustee@stanzialelaw.com,  nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.   on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,  nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.   trustee@stanzialelaw.com,  nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.   on behalf of Attorney   Stanziale & Stanziale, P.C.
               ben@stanzialelaw.com
              Brian Gregory Hannon   on behalf of Creditor Susan A. Cowan bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Daniel E. Straffi   on behalf of Creditor Joanne  Gwin bkclient@straffilaw.com,
               G25938@notify.cincompass.com;bkclient@straffilaw.com;familyclient@straffilaw.com
              Daniel E. Straffi   on behalf of Creditor George  Gwin bkclient@straffilaw.com,
               G25938@notify.cincompass.com;bkclient@straffilaw.com;familyclient@straffilaw.com
              David  Gerardi   on behalf of Plaintiff Andrew R. Vara david.gerardi@usdoj.gov
              David  Gerardi   on behalf of U.S. Trustee   United States Trustee david.gerardi@usdoj.gov
              David E. Sklar   on behalf of Defendant Scott P. Cowan dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
              David L. Stevens   on behalf of Debtor Scott P. Cowan dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramale
               y.com;dmedina@scura.com
              David L. Stevens   on behalf of Defendant Scott P. Cowan dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramale
               y.com;dmedina@scura.com
              Denise E. Carlon   on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg   on behalf of Creditor   Cenlar FSB as servicing agent for Lakeview Loan
               Servicing, LLC cmecf@sternlav.com
              Jerrold S. Kulback   on behalf of Creditor   Fulton Bank of New Jersey jkulback@archerlaw.com,
               mfriedman@archerlaw.com
              Jerrold S. Kulback   on behalf of Plaintiff   Fulton Bank of New Jersey jkulback@archerlaw.com,
               mfriedman@archerlaw.com
              John R. Morton, Jr.   on behalf of Creditor   Ford Motor Credit Company, LLC
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Karl J. Norgaard   on behalf of Creditor Susan A. Cowan knorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Mark E. Hall   on behalf of Mediator Mark  Hall mhall@foxrothschild.com,   cbrown@foxrothschild.com
              Mark J. Molz   on behalf of Creditor Mark J. Molz molzlaw@aol.com
              Mark J. Molz   on behalf of Plaintiff Patricia  Bollman molzlaw@aol.com

District/off: 0312-2          User: admin              Page 2 of 2          Date Rcvd: Mar 22, 2018
                             Form ID: pdf903           Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Mark J. Molz    on behalf of Plaintiff Maureen  Molz molzlaw@aol.com
              Mark J. Molz    on behalf of Plaintiff Mark J Molz molzlaw@aol.com
              Patricia A. Staiano    on behalf of Plaintiff Benjamin A. Stanziale, Jr. pstaiano@hlgslaw.com,
               pstaiano@hlgslaw.com
              Patricia A. Staiano    on behalf of Trustee Benjamin A. Stanziale, Jr. pstaiano@hlgslaw.com,
               pstaiano@hlgslaw.com
              Russell Mark Smith, Jr    on behalf of Plaintiff    Division of Consumer Affairs
               Russell.Smith@law.njoag.gov
              Russell Mark Smith, Jr    on behalf of Interested Party    Division of Consumer Affairs
               Russell.Smith@law.njoag.gov
              Travis L. Kreiser    on behalf of Creditor    Shore Fasteners & Supply Inc.
               travis.kreiser@verizon.net
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 30