| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>BENJAMIN A. STANZIALE, JR., TRUSTEE<br>29 Northfield Avenue**,** Suite 201<br>West Orange, NJ 07052<br>Chapter 7 Trustee |

**Order Filed on June 11, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Scott Cowan<br>             Debtor. | Case No. : 16-14758-SLM<br><br>Chapter 7<br><br>Judge: Stacey L. Meisel |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**

**DATED: June 11, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**
Debtor: COWAN, SCOTT P.
Case No.: 16-14758-SLM
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is hereby

**ORDERED** that the sum of $30,000.00 after a voluntary reduction from $47,907.86 is reasonable compensation for the services in this case by Benjamin A. Stanziale, Jr., Trustee, that such sum does not exceed the limitations prescribed by section 326 of the Bankruptcy Code, and it is further

**ORDERED** that $321.43 is reasonable for actual and necessary expenses advanced by the trustee; and it is further

**ORDERED** that such sums are awarded to the Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 16-14758-SLM
Scott P. Cowan                                                                          Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jun 12, 2018
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2018.
db            +Scott P. Cowan,   35 Prescott St.,   Demarest, NJ 07627-1906
aty           +Scura, Wigfield, Heyer & Stevens, LLP,   1599 Hamburg Turnpike,   POB 2031,
                Wayne, NJ 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2018 at the address(es) listed below:
              Barry R. Sharer    on behalf of Accountant    Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Benjamin A. Stanziale, Jr.    on behalf of U.S. Trustee    United States Trustee
               trustee@stanzialelaw.com, nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com, nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    on behalf of Attorney    Stanziale & Stanziale, P.C.
               ben@stanzialelaw.com
              Brian Gregory Hannon    on behalf of Creditor Susan A. Cowan bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Daniel E. Straffi    on behalf of Creditor Joanne  Gwin bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi    on behalf of Creditor George  Gwin bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              David  Gerardi    on behalf of Plaintiff Andrew R. Vara david.gerardi@usdoj.gov
              David  Gerardi    on behalf of U.S. Trustee    United States Trustee david.gerardi@usdoj.gov
              David E. Sklar    on behalf of Defendant Scott P. Cowan dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
              David L. Stevens    on behalf of Debtor Scott P. Cowan dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com;dmedina@scura.com
              David L. Stevens    on behalf of Defendant Scott P. Cowan dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com;dmedina@scura.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Cenlar FSB as servicing agent for Lakeview Loan
               Servicing, LLC cmecf@sternlav.com
              Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com,
               mfriedman@archerlaw.com
              Jerrold S. Kulback    on behalf of Plaintiff    Fulton Bank of New Jersey jkulback@archerlaw.com,
               mfriedman@archerlaw.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Karl J. Norgaard    on behalf of Creditor Susan A. Cowan knorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Mark E. Hall    on behalf of Mediator Mark  Hall mhall@foxrothchild.com,  cbrown@foxrothchild.com
              Mark J. Molz    on behalf of Creditor Mark J. Molz molzlaw@aol.com
              Mark J. Molz    on behalf of Plaintiff Patricia  Bollman molzlaw@aol.com

```
District/off: 0312-2           User: admin              Page 2 of 2               Date Rcvd: Jun 12, 2018
                               Form ID: pdf903          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Mark J. Molz    on behalf of Plaintiff Maureen  Molz molzlaw@aol.com
          Mark J. Molz    on behalf of Plaintiff Mark J Molz molzlaw@aol.com
          Patricia A. Staiano    on behalf of Plaintiff Benjamin A. Stanziale, Jr. pstaiano@hlgslaw.com, pstaiano@hlgslaw.com
          Patricia A. Staiano    on behalf of Trustee Benjamin A. Stanziale, Jr. pstaiano@hlgslaw.com, pstaiano@hlgslaw.com
          Russell Mark Smith, Jr    on behalf of Plaintiff   Division of Consumer Affairs Russell.Smith@law.njoag.gov
          Russell Mark Smith, Jr    on behalf of Interested Party   Division of Consumer Affairs Russell.Smith@law.njoag.gov
          Travis L. Kreiser    on behalf of Creditor   Shore Fasteners & Supply Inc. travis.kreiser@verizon.net
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                    TOTAL: 30