| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

Caption in Compliance with D.N.J. LBR 9004-2(c)

**STANZIALE & STANZIALE, P.C.**
29 Northfield Avenue, Suite 201
West Orange, New Jersey 07052-5403
(973) 731-9393
Attorneys for Benjamin A. Stanziale, Jr., Trustee

In Re:

SCOTT P. COWAN,

Debtor.

Case No. 16-14758-SLM

Judge:  Hon. Stacey L. Meisel

# NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 3011-1(a)

Benjamin A. Stanziale, Jr., Trustee in the above captioned matter states that the entire amount in the Trustee's account has been disbursed and that the following funds remain unclaimed. The undersigned will immediately forward a check to the Court in the amount of $3,582.96, payable to the Clerk, United States Bankruptcy Court. The parties entitled to said funds are listed below together with their last known address.

| CLAIM NO. | PAYEE NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 18 | New Jersey Division of Consumer Affairs
124 Halsey Street, P.O. Box 45029
Newark, NJ 07101 | $3,582.96 |

Dated:  October 4, 2018

/s/ Benjamin A. Stanziale, Jr.
Benjamin A. Stanziale, Jr., Trustee