**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re: COWAN, SCOTT P.                    §       Case No. 16-14758-SLM
                                          §
                                          §
                                          §
        Debtor(s)

---

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Benjamin A. Stanziale, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | |
|---|---|---|
| Assets Abandoned: $336,875.84 | | Assets Exempt: $126,885.23 |
| *(without deducting any secured claims)* | | |
| Total Distributions to Claimants: $653,445.41 | | Claims Discharged Without Payment: $5,264,608.72 |
| Total Expenses of Administration: $239,711.86 | | |

3) Total gross receipts of $896,832.27 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $3,675.00 (see **Exhibit 2**), yielded net receipts of $893,157.27 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $631,999.96 | $855,684.83 | $646,842.64 | $646,842.64 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $228,065.27 | $221,432.77 | $221,432.77 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $26,279.09 | $18,279.09 | $18,279.09 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $10,063.84 | $6,472,132.19 | $6,472,132.19 | $6,602.77 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,053,224.52 | $5,327,140.66 | $4,211,384.20 | $0.00 |
| **TOTAL DISBURSEMENTS** | $1,695,288.32 | $12,909,302.04 | $11,570,070.89 | $893,157.27 |

4) This case was originally filed under chapter 7 on 03/15/2016, and it was converted to chapter 7 on 11/02/2016.  The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____11/13/2018_____          By: /s/ Benjamin A. Stanziale, Jr. _____
                                                        Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 35 PRESCOTT ST., DEMAREST, NJ 07627-0000, BERGEN COUNTY SINGLE-FAMILY HOME ENTIRE PROPERTY VALUE: $588,750.00 | 1110-000 | $569,441.11 |
| 48 HAROLD LN, MANAHAWKIN, NJ 08050-0000, OCEAN COUNTY SINGLE-FAMILY HOME, INVESTMENT PROPERTY ENTIRE PROPERTY VALUE: $17 | 1110-000 | $264,891.16 |
| 2005 COBALT STERN. ENTIRE PROPERTY VALUE: $10,000.00 | 1129-000 | $12,000.00 |
| 2011 FORD F150. ENTIRE PROPERTY VALUE: $11,400.00 | 1129-000 | $10,500.00 |
| 2013 MERCEDES-BENZ SL550. ENTIRE PROPERTY VALUE: $35,000.00 | 1129-000 | $40,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$896,832.27** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SCOTT COWAN | DEBTOR'S EXEMPTION | 8100-002 | $3,675.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$3,675.00** |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BANK OF AMERICA | 4110-000 | NA | $227,354.36 | $227,354.36 | $227,354.36 |
| | BANK OF AMERICA | 4210-000 | NA | $4,885.08 | $4,885.08 | $4,885.08 |
| | M & T BANK | 4110-000 | NA | $231,660.00 | $231,660.00 | $231,660.00 |
| 1 | VW CREDIT LEASING, LTD C/O VW CREDIT, INC. | 4110-000 | NA | $3,681.12 | $0.00 | $0.00 |
| 6 | FORD MOTOR CREDIT COMPANY LLC | 4110-000 | NA | $4,268.81 | $0.00 | $0.00 |
| 8 | BANK OF AMERICA, N.A. | 4110-000 | NA | $178,081.69 | $182,943.20 | $182,943.20 |
| 12 | BANK OF AMERICA, N.A. | 4110-000 | NA | $5,762.25 | $0.00 | $0.00 |
| 14 | CENLAR FSB | 4110-000 | NA | $199,991.52 | $0.00 | $0.00 |
| N/F | Bk Of Amer | 4110-000 | $7,669.00 | NA | NA | NA |
| N/F | Bk Of Amer | 4110-000 | $173,212.00 | NA | NA | NA |
| N/F | Frd Motor Cr | 4110-000 | $4,878.00 | NA | NA | NA |
| N/F | M & T Bank | 4110-000 | $246,031.00 | NA | NA | NA |
| N/F | New Jersey Dept, of Labor | 4110-000 | $209.96 | NA | NA | NA |
| N/F | Ocwen Loan Services | 4110-000 | $200,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$631,999.96** | **$855,684.83** | **$646,842.64** | **$646,842.64** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Benjamin A. Stanziale, Jr. | 2100-000 | NA | $30,000.00 | $30,000.00 | $30,000.00 |
| Trustee, Expenses - Benjamin A. Stanziale, Jr. | 2200-000 | NA | $321.43 | $321.43 | $321.43 |
| Attorney for Trustee Fees - Stanziale & Stanziale, P.C. | 3110-000 | NA | $8,621.25 | $8,621.25 | $8,621.25 |
| Attorney for Trustee, Expenses - Stanziale & Stanziale, P.C. | 3120-000 | NA | $21.90 | $21.90 | $21.90 |
| Fees, United States Trustee | 2950-000 | NA | $1,575.00 | $1,575.00 | $1,575.00 |
| Bond Payments - BOND | 2300-000 | NA | $128.20 | $128.20 | $128.20 |
| Costs to Secure/Maintain Property - STAFFORD TWP | 2420-000 | NA | $347.96 | $347.96 | $347.96 |
| Costs to Secure/Maintain Property - TAPPAN ZEE MARINA | 2420-000 | NA | $3,710.03 | $3,710.03 | $3,710.03 |
| Costs to Secure/Maintain Property - TRUSTEE INSURANCE AGENCY | 2420-000 | NA | $3,249.42 | $3,249.42 | $3,249.42 |
| Costs to Secure/Maintain Property - WILLIAM & CHRISTINE BRESLEY | 2420-000 | NA | $50.00 | $50.00 | $50.00 |
| Costs re Sale of Property - KI WAN LEE AND HAEYOUNG YOON | 2500-000 | NA | $750.00 | $750.00 | $750.00 |
| Costs re Sale of Property - UNIVERSITY TITLE INS | 2500-000 | NA | $100.00 | $100.00 | $100.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $3,606.97 | $3,606.97 | $3,606.97 |
| Other State or Local Taxes (post-petition) - TOWN OF DEMAREST | 2820-000 | NA | $337.91 | $337.91 | $337.91 |
| Other Chapter 7 Administrative Expenses - ABC LEGAL SERVICES, INC | 2990-000 | NA | $450.00 | $450.00 | $450.00 |
| Other Chapter 7 Administrative Expenses - STATUS, LLC | 2990-000 | NA | $45.00 | $45.00 | $45.00 |
| Attorney for Trustee Fees (Other Firm) - HELLRING LINDEMAN GOLDSTEIN SIEGAL | 3210-000 | NA | $146,632.50 | $140,000.00 | $140,000.00 |
| Attorney for Trustee Expenses (Other Firm) - HELLRING LINDEMAN GOLDSTEIN SIEGAL | 3220-000 | NA | $2,643.30 | $2,643.30 | $2,643.30 |
| Accountant for Trustee Fees (Other Firm) - SHARER PETREE BROTZ & SNYDER | 3410-000 | NA | $3,011.00 | $3,011.00 | $3,011.00 |
| Accountant for Trustee Expenses (Other Firm) - SHARER PETREE BROTZ & SNYDER | 3420-000 | NA | $14.65 | $14.65 | $14.65 |

| Realtor for Trustee Fees (Real Estate Commissions) - VANDYK GROUP | 3510-000 | NA | $14,430.00 | $14,430.00 | $14,430.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - PROMINENT PROPERTIES SOTHEBYS | 3510-000 | NA | $7,081.25 | $7,081.25 | $7,081.25 |
| Appraiser for Trustee Fees - A. ATKINS APPRAISAL CORP. | 3711-000 | NA | $937.50 | $937.50 | $937.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$228,065.27** | **$221,432.77** | **$221,432.77** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Attorney for D-I-P Fees - David L. Stevens, Esq. | 6210-160 | NA | $24,225.00 | $16,225.00 | $16,225.00 |
| Attorney for D-I-P Expenses - David L. Stevens, Esq. | 6220-170 | NA | $2,054.09 | $2,054.09 | $2,054.09 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$26,279.09** | **$18,279.09** | **$18,279.09** |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | HANIT COWAN | 5100-000 | NA | $3,000.00 | $3,000.00 | $3,000.00 |
|  | US BANKRUPTCY COURT | 5800-001 | NA | $3,582.96 | $3,582.96 | $3,582.96 |
| 10 | STATE OF NEW JERSEY DEPARTMENT OF TREASURY DIVISION OF TAXATION | 5800-000 | NA | $35,549.23 | $35,549.23 | $19.81 |
| 18P | NEW JERSEY DIVISION OF CONSUMER AFFAIRS | 5800-000 | NA | $6,430,000.00 | $6,430,000.00 | $0.00 |
| N/F | Internal Revenue Service | 5600-000 | $10,013.84 | NA | NA | NA |
| N/F | New Jersey Division of Taxation | 5600-000 | $50.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$10,063.84** | **$6,472,132.19** | **$6,472,132.19** | **$6,602.77** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | DISCOVER BANK DISCOVER PRODUCTS INC | 7100-000 | NA | $10,373.50 | $10,373.50 | $0.00 |
| 3 | M&T BANK | 7100-000 | NA | $239,923.75 | $0.00 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 5 | FULTON BANK OF NEW JERSEY | 7100-000 | NA | $866,838.21 | $0.00 | $0.00 |
| 7 | UNIVERSAL SUPPLY COMPANY LLC | 7100-000 | NA | $17,483.82 | $17,483.82 | $0.00 |
| 9 | GEORGE & JOANNE GWIN | 7100-000 | NA | $150,000.00 | $150,000.00 | $0.00 |
| 11 | SHORE FASTENERS & SUPPLY, INC. | 7100-000 | NA | $9,077.41 | $9,077.41 | $0.00 |
| 13 | FULTON BANK OF NEW JERSEY | 7100-000 | NA | $882,128.85 | $882,128.85 | $0.00 |
| 15 | RITZ-CRAFT CORPORATION OF PENNSYLVANIA, INC. AMANDA J. LAVIS, ESQ. RHOADS & SIMON LLP | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 16 | LAURA A. MATARAZZO | 7100-000 | NA | $189,460.60 | $189,460.60 | $0.00 |
| 17 | AMERICAN EXPRESS CENTURION BANK C/O BECKET AND LEE LLP | 7100-000 | NA | $1,044.85 | $1,044.85 | $0.00 |
| 18U | NEW JERSEY DIVISION OF CONSUMER AFFAIRS | 7100-000 | NA | $2,951,815.17 | $2,951,815.17 | $0.00 |
| 20 | HANIT COWAN C/O SIGUA MISHPATI | 7200-000 | NA | $4,497.50 | $0.00 | $0.00 |

| 21 | HANIT COWAN C/O SIGUA MISHPATI | 7200-000 | NA | $4,497.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
| N/F | 641 Mill Creek Road, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | 84 Lumber | 7100-000 | $70,249.06 | NA | NA | NA |
| N/F | Bank fo America | 7100-000 | $10,355.00 | NA | NA | NA |
| N/F | Chase Card | 7100-000 | $13,471.00 | NA | NA | NA |
| N/F | Citibank | 7100-000 | $24,571.00 | NA | NA | NA |
| N/F | Citibank | 7100-000 | $10,495.00 | NA | NA | NA |
| N/F | Discover Fin Svcs Lie | 7100-000 | $8,598.00 | NA | NA | NA |
| N/F | Fulton Bank of NJ | 7100-000 | $245,058.88 | NA | NA | NA |
| N/F | Fulton Bank of New Jersey | 7100-000 | $625,000.00 | NA | NA | NA |
| N/F | Home Depot | 7100-000 | $20,000.00 | NA | NA | NA |
| N/F | Ritz-Craft Corp. of Pennsylvania, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Shore Fasteners & Supply, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | United Jersey Bank | 7100-000 | $21,753.58 | NA | NA | NA |
| N/F | Universal Supply Company, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Vw Credit Inc | 7100-000 | $3,673.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,053,224.52** | **$5,327,140.66** | **$4,211,384.20** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:**  16-14758-SLM

**Case Name:**    COWAN, SCOTT P.

**For Period Ending:**  11/13/2018

**Trustee Name:**    (500340) Benjamin A. Stanziale, Jr.

**Date Filed (f) or Converted (c):**  11/02/2016 (c)

**§ 341(a) Meeting Date:**  12/08/2016

**Claims Bar Date:**  03/08/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 35 PRESCOTT ST., DEMAREST, NJ 07627-0000, BERGEN COUNTY SINGLE-FAMILY HOME ENTIRE PROPERTY VALUE: $588,750.00 (See Footnote) | 588,750.00 | 123,089.61 | | 569,441.11 | FA |
| 2 | 48 HAROLD LN, MANAHAWKIN, NJ 08050-0000, OCEAN COUNTY SINGLE-FAMILY HOME, INVESTMENT PROPERTY ENTIRE PROPERTY VALUE: $179,248.00 | 179,248.00 | 238,750.00 | | 264,891.16 | FA |
| 3 | 154 KNICKERBOCKER ROAD, ENGLEWOOD, NJ 07631-0000, BERGEN COUNTY SINGLE-FAMILY HOME, INVESTMENT PROPERTY, 'PROPERTY IN DISREPAIR. ENTIRE PROPERTY VALUE: $200,000.00 | 200,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | 2011 FORD F150. ENTIRE PROPERTY VALUE: $11,400.00 | 11,400.00 | 2,847.00 | | 10,500.00 | FA |
| 5 | 2013 MERCEDES-BENZ SL550. ENTIRE PROPERTY VALUE: $35,000.00 | 35,000.00 | 32,331.00 | | 40,000.00 | FA |
| 6 | 2005 COBALT STERN. ENTIRE PROPERTY VALUE: $10,000.00 | 10,000.00 | 10,000.00 | | 12,000.00 | FA |
| 7 | FURNITURE & HOUSEHOLD FURNISHINGS | 4,500.00 | 0.00 | | 0.00 | FA |
| 8 | HOUSEHOLD ELECTRONICS | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | BIKE & SKIS | 250.00 | 0.00 | | 0.00 | FA |
| 10 | 6 HANDGUNS, 2 SHOTGUNS, 2 RIFLES | 4,000.00 | 0.00 | | 0.00 | FA |
| 11 | CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 12 | JEWELRY | 1,500.00 | 0.00 | | 0.00 | FA |
| 13 | CASH | 100.00 | 0.00 | | 0.00 | FA |
| 14 | CHECKING -XXX5292: BANK OF AMERICA | 64.66 | 0.00 | | 0.00 | FA |
| 15 | CHECKING -XXX0261: BANK OF AMERICA | 99.80 | 0.00 | | 0.00 | FA |
| 16 | CHECKING -XXX0274: BANK OF AMERICA | 10.61 | 0.00 | | 0.00 | FA |
| 17 | CHECKING -XXX9965: BANK OF AMERICA | 17.77 | 0.00 | | 0.00 | FA |
| 18 | PALISADES REGIONAL INVESTMENT FUND II, LLC, 2732% OWNERSHIP | 27,333.00 | 2,500.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

**Case No.:**  16-14758-SLM

**Case Name:**    COWAN, SCOTT P.

**For Period Ending:**   11/13/2018

**Trustee Name:**    (500340) Benjamin A. Stanziale, Jr.

**Date Filed (f) or Converted (c):**    11/02/2016 (c)

**§ 341(a) Meeting Date:**    12/08/2016

**Claims Bar Date:**    03/08/2017

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19 | PRICE HOME GROUP, LLC, 50% OWNERSHIP | 0.00 | 0.00 | | 0.00 | FA |
| 20 | COWAN CONSULTING, LLC, 100% OWNERSHIP | 0.00 | 0.00 | | 0.00 | FA |
| 21 | TD BANK-529 PLAN | 3,500.00 | 0.00 | | 0.00 | FA |
| 22 | TD AMERITRADE IRA | 90,000.00 | 0.00 | | 0.00 | FA |
| 23 | US LIFE INSURANCE - TERM: CHILDREN AND SPOUSE | 0.00 | 0.00 | | 0.00 | FA |
| 24 | US LIFE INSURANCE (TRUST) - TERM: CHILDREN AND SPOUSE | 0.00 | 0.00 | | 0.00 | FA |
| 25 | SAFE DEPOSIT BOX AT FULTON BANK  LISTED IN SOFA | 0.00 | 0.00 | | 0.00 | FA |
| 26 | PREFERENCE - AMEX  LISTED IN SOFA | 4,000.00 | 0.00 | | 0.00 | FA |
| **26** | **Assets Totals (Excluding unknown values)** | **$1,161,273.84** | **$409,517.61** | | **$896,832.27** | **$0.00** |

RE PROP# 1        PURSUANT TO SALE ORDER DATED 3/9/2017 (DOCKET ENTRY 139), FUNDS RECEIVED FOR THIS ASSET WERE THE $566,500.00 PURCHASE PRICE PLUS AN ADDITIONAL AMOUNT PAID BY PURCHASERS AT CLOSING, WHICH WAS $2,941.11.

**Major Activities Affecting Case Closing:**

TDR SENT FOR REVIEW ON NOVEMBER 13, 2018

**Initial Projected Date Of Final Report (TFR):**  06/30/2018      **Current Projected Date Of Final Report (TFR):**    03/27/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

## Form 2

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 16-14758-SLM | |
| **Case Name:** | COWAN, SCOTT P. | |
| **Taxpayer ID #:** | **-***9163 | |
| **For Period Ending:** | 11/13/2018 | |

| | |
|---|---|
| **Trustee Name:** | Benjamin A. Stanziale, Jr. (500340) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******3400 Checking |
| **Blanket Bond (per case limit):** | $41,113,693.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/22/16 | | UNIVERSITY TITLE INSURANCE AGENCY | NET PROCEEDS FROM SALE OF 48 HAROLD LANE | | 22,608.84 | | 22,608.84 |
| | {2} | WILLIAM & CHRISTINE BRESLEY | GROSS SALES PRICE $287,500.00 | 1110-000 | | | 22,608.84 |
| | | VANDYK GROUP | REAL ESTATE AGENT FEES PER SALE ORDER. NOTE: SALE ORDER SAYS 6% BUT REALTOR AGREED TO 5% AS FULL PAYMENT -$14,430.00 | 3510-000 | | | 22,608.84 |
| | | UNIVERSITY TITLE INS | CLOSING COSTS -$100.00 | 2500-000 | | | 22,608.84 |
| | | STAFFORD TWP | FINAL WATER AND SEWER BILL -$347.96 | 2420-000 | | | 22,608.84 |
| | | WILLIAM & CHRISTINE BRESLEY | SELLER REPAIR CREDIT -$50.00 | 2420-000 | | | 22,608.84 |
| | {2} | SUZANNE COWAN | CO-OWNER SHARE OF PROCEEDS PER SALE ORDER -$22,608.84 | 1110-000 | | | 22,608.84 |
| | | BANK OF AMERICA | PAYOFF OF FIRST MORTGAGE LESS TAX CREDIT OF 705.14 PER LINE 407 OF HUD -$227,354.36 | 4110-000 | | | 22,608.84 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 22,598.84 |
| 12/23/16 | 101 | TAPPAN ZEE MARINA | PAYMENT FOR WINTERIZATION, STORAGE AND REMOVAL OF BOAT | 2420-000 | | 3,710.03 | 18,888.81 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.23 | 18,856.58 |
| 01/18/17 | 102 | INTERNATIONAL SURETIES.LTD | PAYMENT OF BOND 016026384 | 2300-000 | | 9.95 | 18,846.63 |
| 01/23/17 | | CARLINK | PAYMENT FOR PURCHASE OF MERCEDES | | 35,114.02 | | 53,960.65 |
| | {5} | CARLINK | $40,000.00 GROSS SALES PRICE (LESS $.90 FOR ERRONEOUS DEPOSIT AMOUNT ENTRY; SEE ADJUSTMENT) $39,999.10 | 1129-000 | | | 53,960.65 |
| | | BANK OF AMERICA | PAYOFF OF LIEN -$4,885.08 | 4210-000 | | | 53,960.65 |
| 01/23/17 | | SUZANNE COWAN | PAYMENT FOR PURCHASE OF FORD F150 | | 7,000.00 | | 60,960.65 |
| | {4} | SCOTTSUZANNE COWAN | GROSS SALES PRICE | 1129-000 | | | 60,960.65 |

| | | | | | Page Subtotals: | $64,722.86 | $3,762.21 |

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)          ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page:  2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 16-14758-SLM |
| **Case Name:** | COWAN, SCOTT P. |
| **Taxpayer ID #:** | **-***9163 |
| **For Period Ending:** | 11/13/2018 |

| | |
|---|---|
| **Trustee Name:** | Benjamin A. Stanziale, Jr. (500340) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******3400 Checking |
| **Blanket Bond (per case limit):** | $41,113,693.00 |
| **Separate Bond (if applicable):** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Deposit<br>$ | 6<br>Disbursement<br>$ | 7<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | $10,500.00 | | | | |
| | {4} | Suzanne Cowan | OVERPAYMENT<br><br>$175.00 | 1129-000 | | | 60,960.65 |
| | | SCOTT COWAN | DEBTOR'S EXEMPTION<br><br>-$3,675.00 | 8100-002 | | | 60,960.65 |
| 01/23/17 | {5} | CARLINK | ADJUSTMENT TO CORRECT DEPOSIT AMOUNT FOR PAYMENT FOR PURCHASE OF MERCEDES; ACTUAL AMOUNT DEPOSITED: $35,114.92 (GROSS SALES PRICE $40,000.00) | 1129-000 | 0.90 | | 60,961.55 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 43.05 | 60,918.50 |
| 02/15/17 | {6} | REGAL BANK FOR CARLINK | PAYMENT FOR PURCHASE OF BOAT PER NOTICE OF SALE | 1129-000 | 12,000.00 | | 72,918.50 |
| 02/27/17 | 103 | STATUS, LLC | PAYMENT FOR SERVICE OF NOTICE OT QUIT ON MARK DJAMOOS | 2990-000 | | 45.00 | 72,873.50 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 88.68 | 72,784.82 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 108.21 | 72,676.61 |
| 04/10/17 | | WAYNE A STAHLMANN TRUST ACCOUNT | NET PROCEEDS FROM SALE OF 35 PRESCOTT STREET, DEMAREST, NJ | | 126,668.75 | | 199,345.36 |
| | {1} | JAY H LUSBERG AND MARGARET ANN LUSTBERG | CONTRACT SALES PRICE<br><br>$566,500.00 | 1110-000 | | | 199,345.36 |
| | {1} | JAY H LUSBERG AND MARGARET ANN LUSTBERG | ADDITIONAL AMOUNT PAID BY PURCHASERS PURSUANT TO SALE ORDER DATED 3/9/2017<br><br>$2,941.11 | 1110-000 | | | 199,345.36 |
| | {1} | JAY H LUSTBERG AND MARGARET ANN LUSTBERG | EXCESS DEPOSIT<br><br>-$20,000.00 | 1110-000 | | | 199,345.36 |
| | | PROMINENT PROPERTIES SOTHEBYS | REALTOR COMMISSION<br><br>-$7,081.25 | 3510-000 | | | 199,345.36 |
| | | KI WAN LEE AND HAEYOUNG YOON | INSPECTION FEE<br><br>-$750.00 | 2500-000 | | | 199,345.36 |
| | | BANK OF AMERICA, N.A. | FIRST MORTGAGE PAYOFF<br><br>-$182,943.20 | 4110-000 | | | 199,345.36 |
| | | TOWN OF DEMAREST | CITY/TOWN TAXES: 4/1/2017 TO 4/10/2017<br><br>-$337.91 | 2820-000 | | | 199,345.36 |

| | | | Page Subtotals: | | $138,669.65 | $284.94 | |

{} Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)          ! - transaction has not been cleared

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-14758-SLM | Trustee Name: | Benjamin A. Stanziale, Jr. (500340) |
|---|---|---|---|
| Case Name: | COWAN, SCOTT P. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9163 | Account #: | ******3400 Checking |
| For Period Ending: | 11/13/2018 | Blanket Bond (per case limit): | $41,113,693.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | M & T BANK | PAYOFF OF SECOND MORTGAGE -$231,660.00 | 4110-000 | | | 199,345.36 |
| 04/18/17 | | TRANSFER OF DEPOSIT MONEY | TRANSFER OF DEPOSIT MONEY | 9999-000 | 20,000.00 | | 219,345.36 |
| 04/18/17 | 104 | TRUSTEE INSURANCE AGENCY | PAYMENT FOR INSURANCE FOR PRESCOTT STREET HOUSE, BOAT AND MERCEDES | 2420-000 | | 3,249.42 | 216,095.94 |
| 04/25/17 | 105 | ABC LEGAL SERVICES, INC | PAYMENT FOR SERVICE UNDER THE HAGUE CONVENTION | 2990-000 | | 450.00 | 215,645.94 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 221.42 | 215,424.52 |
| 05/24/17 | 106 | A. ATKINS APPRAISAL COPP | PAYMENT OF APPRAISER FEE PER COURT ORDER OF MAY 1, 2017 | 3711-000 | | 937.50 | 214,487.02 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 340.94 | 214,146.08 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 308.06 | 213,838.02 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 297.32 | 213,540.70 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 337.88 | 213,202.82 |
| 09/26/17 | 107 | HANIT COWAN | PAYMENT OF SETTLEMENT OF PER COURT ORDER OF AUGUST 10, 2017 | 5100-000 | | 3,000.00 | 210,202.82 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 296.43 | 209,906.39 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 326.64 | 209,579.75 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 302.74 | 209,277.01 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 290.98 | 208,986.03 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 330.65 | 208,655.38 |
| 02/06/18 | 108 | INTERNATIONAL SURETIES.LTD | PAYMENT OF BOND # 016026384 | 2300-000 | | 118.25 | 208,537.13 |
| 02/07/18 | 109 | STANZIALE & STANZIALE PC | PAYMENT OF ATTORNEY FEES PER COURT ORDER OF FEB 6, 2018 ENTERED ON FEB 7, 2018 | 3110-000 | | 8,621.25 | 199,915.88 |
| 02/07/18 | 110 | STANZIALE & STANZIALE PC | PAYMENT OF ATTORNEY EXPENSES PER COURT ORDER OF FEB 6, 2018 ENTERED ON FEB 7, 2018 | 3120-000 | | 21.90 | 199,893.98 |

Page Subtotals:   **$20,000.00**   **$19,451.38**

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 16-14758-SLM |
| **Case Name:** | COWAN, SCOTT P. |
| **Taxpayer ID #:** | **-***9163 |
| **For Period Ending:** | 11/13/2018 |

| | |
|---|---|
| **Trustee Name:** | Benjamin A. Stanziale, Jr. (500340) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******3400 Checking |
| **Blanket Bond (per case limit):** | $41,113,693.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 271.74 | 199,622.24 |
| 03/21/18 | 111 {4} | SUZANNE COWAN | REFUND OF OVERPAYMENT FOR FORD TRUCK | 1129-000 | -175.00 | | 199,447.24 |
| 06/12/18 | 112 | Benjamin A. Stanziale, Jr. | Distribution payment - Dividend paid at 100.00% of $30,000.00; Claim # FEE; Filed: $47,907.86 | 2100-000 | | 30,000.00 | 169,447.24 |
| 06/12/18 | 113 | Benjamin A. Stanziale, Jr. | Distribution payment - Dividend paid at 100.00% of $321.43; Claim # TE; Filed: $321.43 | 2200-000 | | 321.43 | 169,125.81 |
| 06/12/18 | 114 | HELLRING LINDEMAN GOLDSTEIN SIEGAL | Distribution payment - Dividend paid at 100.00% of $140,000.00; Claim # ; Filed: $146,632.50 | 3210-000 | | 140,000.00 | 29,125.81 |
| 06/12/18 | 115 | SHARER PETREE BROTZ & SNYDER | Distribution payment - Dividend paid at 100.00% of $3,011.00; Claim # ; Filed: $3,011.00 | 3410-000 | | 3,011.00 | 26,114.81 |
| 06/12/18 | 116 | SHARER PETREE BROTZ & SNYDER | Distribution payment - Dividend paid at 100.00% of $14.65; Claim # ; Filed: $14.65 | 3420-000 | | 14.65 | 26,100.16 |
| 06/12/18 | 117 | HELLRING LINDEMAN GOLDSTEIN SIEGAL | Distribution payment - Dividend paid at 100.00% of $2,643.30; Claim # ; Filed: $2,643.30 | 3220-000 | | 2,643.30 | 23,456.86 |
| 06/12/18 | 118 | UNITED STATES TRUSTEE | Distribution payment - Dividend paid at 100.00% of $1,575.00; Claim # 19; Filed: $1,575.00 | 2950-000 | | 1,575.00 | 21,881.86 |
| 06/12/18 | 119 | David L. Stevens, Esq. | Distribution payment - Dividend paid at 100.00% of $16,225.00; Claim # ; Filed: $24,225.00 Voided on 06/18/2018 | 6210-164 | | 16,225.00 | 5,656.86 |
| 06/12/18 | 120 | David L. Stevens, Esq. | Distribution payment - Dividend paid at 100.00% of $2,054.09; Claim # ; Filed: $2,054.09 Voided on 06/18/2018 | 6220-174 | | 2,054.09 | 3,602.77 |
| 06/12/18 | 121 | STATE OF NEW JERSEY DEPARTMENT OF TREASURY DIVISION OF TAXATION | Distribution payment - Dividend paid at 0.06% of $35,549.23; Claim # 10; Filed: $35,549.23 | 5800-000 | | 19.81 | 3,582.96 |
| 06/12/18 | 122 | NEW JERSEY DIVISION OF CONSUMER AFFAIRS | Distribution payment - Dividend paid at 0.06% of $6,430,000.00; Claim # 18P; Filed: $6,430,000.00 Stopped on 09/24/2018 | 5800-005 | | 3,582.96 | 0.00 |
| 06/18/18 | 119 | David L. Stevens, Esq. | Distribution payment - Dividend paid at 100.00% of $16,225.00; Claim # ; Filed: $24,225.00 Voided: check issued on 06/12/2018 | 6210-164 | | -16,225.00 | 16,225.00 |
| 06/18/18 | 120 | David L. Stevens, Esq. | Distribution payment - Dividend paid at 100.00% of $2,054.09; Claim # ; Filed: $2,054.09 Voided: check issued on 06/12/2018 | 6220-174 | | -2,054.09 | 18,279.09 |
| 06/18/18 | 123 | SCURA WIGFIELD HEYER & STEVENS | REPLACE CK PER ORDERDistribution payment - | 6220-170 | | 2,054.09 | 16,225.00 |

| | | | | | Page Subtotals: | -$175.00 | $183,493.98 |
|---|---|---|---|---|---|---|---|

{} Asset Reference(s)       UST Form 101-7-TDR ( 10 /1/2010)       ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 5

## Cash Receipts And Disbursements Record

| Case No.: | 16-14758-SLM | Trustee Name: | Benjamin A. Stanziale, Jr. (500340) |
|---|---|---|---|
| Case Name: | COWAN, SCOTT P. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9163 | Account #: | ******3400 Checking |
| For Period Ending: | 11/13/2018 | Blanket Bond (per case limit): | $41,113,693.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Dividend paid at 100.00% of $2,054.09; Claim # ; Filed: $2,054.09 | | | | |
| 06/18/18 | 124 | SCURA WIGFIELD HEYER & STEVENS | REPLACE CK PER ORDER Distribution payment - Dividend paid at 100.00% of $16,225.00; Claim # ; Filed: $24,225.00 | 6210-160 | | 16,225.00 | 0.00 |
| 09/24/18 | 122 | NEW JERSEY DIVISION OF CONSUMER AFFAIRS | Distribution payment - Dividend paid at 0.06% of $6,430,000.00; Claim # 18P; Filed: $6,430,000.00 Stopped: check issued on 06/12/2018 | 5800-005 | | -3,582.96 | 3,582.96 |
| 10/03/18 | 125 | US BANKRUPTCY COURT | PAYMENT OF UNCLAIMED FUNDS | 5800-001 | | 3,582.96 | 0.00 |

|  |  | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| | COLUMN TOTALS | 223,217.51 | 223,217.51 | $0.00 |
| | Less: Bank Transfers/CDs | 20,000.00 | 0.00 | |
| | Subtotal | 203,217.51 | 223,217.51 | |
| | Less: Payments to Debtors | | 3,675.00 | |
| | NET Receipts / Disbursements | $203,217.51 | $219,542.51 | |

**Form 2**

Exhibit 9

Page:  6

## Cash Receipts And Disbursements Record

| Case No.: | 16-14758-SLM | Trustee Name: | Benjamin A. Stanziale, Jr. (500340) |
|---|---|---|---|
| Case Name: | COWAN, SCOTT P. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9163 | Account #: | ******3401 House sale |
| For Period Ending: | 11/13/2018 | Blanket Bond (per case limit): | $41,113,693.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/13/17 | {1} | GARY K NORGAARD ATTY TRUST ACCOUNT | INITIAL DEPOSIT ON BEHALF OF LUSTBERG | 1110-000 | 20,000.00 | | 20,000.00 |
| 04/18/17 | | TRANSFER OF DEPOSIT MONEY | TRANSFER OF DEPOSIT MONEY | 9999-000 | | 20,000.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **COLUMN TOTALS** | **20,000.00** | **20,000.00** | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | **20,000.00** | |
| **Subtotal** | **20,000.00** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$20,000.00** | **$0.00** | |

## Form 2

Exhibit 9
Page:   7

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-14758-SLM | **Trustee Name:** | Benjamin A. Stanziale, Jr. (500340) |
| **Case Name:** | COWAN, SCOTT P. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***9163 | **Account #:** | ******3401 House sale |
| **For Period Ending:** | 11/13/2018 | **Blanket Bond (per case limit):** | $41,113,693.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3400 Checking | $203,217.51 | $219,542.51 | $0.00 |
| ******3401 House sale | $20,000.00 | $0.00 | $0.00 |
| | $223,217.51 | $219,542.51 | $0.00 |