| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| | **Order Filed on October 23, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey** |
| In re:<br><br>SCOTT P. COWAN,<br><br>　　　　Debtor. | Chapter 7<br><br>Case No.:　　16-14758 (SLM) |
| ANDREW R. VARA,<br><br>Acting United States Trustee,<br><br>　　　　Plaintiff,<br>v.<br><br>SCOTT P. COWAN,<br><br>　　　　Defendant. | Adv. Pro. No.: 17-01247 (SLM)<br><br>Hearing Date: March 8, 2019<br><br>Judge Stacey L. Meisel |

**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENTAND GRANTING PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT DENYING DEBTOR'S DISCHARGE**

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: October 23, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Scott P. Cowan
Adv. Pro. No: 17-01247-SLM
Caption of Order: Order Denying Defendant's Motion for Summary Judgment and Granting Plaintiff's Cross-Motion for Summary Judgment Denying Debtor's Discharge

**THIS MATTER** having come before the Court on *Defendant's Motion for an Order Granting Summary Judgment* ("**Debtor's Motion**") (Adv. Pro. Docket No. 15) filed by debtor Scott P. Cowan, by and through his attorneys, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, to dismiss the adversary proceeding objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727(a)(3) with prejudice; and the United States Trustee ("**UST**") having filed *Plaintiff's Opposition to Defendant's Motion for an Order Granting Summary Judgment and Plaintiff's Cross-Motion Requesting Summary Judgment on Complaint to Deny Discharge Pursuant to 11 U.S.C. § 727* ("**UST's Cross-Motion**") (Adv. Pro. Docket No. 18); and Debtor having filed *Brief in Opposition to Plaintiff's Cross-Motion for Summary Judgment and Response to Plaintiff's Opposition to Defendant's Motion for Summary Judgment* ("**Debtor's Response**") (Adv. Pro. Docket No. 20); and the UST having filed *Plaintiff's Reply to Defendant's Opposition to Plaintiff's Cross-Motion Requesting Summary Judgment on Complaint to Deny Discharge Pursuant to 11 U.S.C. § 727* ("**UST's Reply**") (Adv. Pro. Docket No. 26); and for the reasons set forth on the record on the March 8, 2019 hearing on the Motion and the Cross-Motion ("**Summary Judgment Hearing**"); and the Court having reviewed the pleadings; and having heard the parties' arguments at the Summary Judgment Hearing; and for the reasons set forth in the Opinion dated October 23, 2019 (Adv. Pro. Docket No. 27),

**IT IS HEREBY ORDERED THAT**:

1. Pursuant to FED. R. CIV. PRO. 56(a), as made applicable by FED. R. BANKR. P. 7056, the Debtor's Motion is DENIED.

| | |
|---|---|
| Debtor: | Scott P. Cowan |
| Adv. Pro. No: | 17-01247-SLM |
| Caption of Order: | Order Denying Defendant's Motion for Summary Judgment and Granting Plaintiff's Cross-Motion for Summary Judgment Denying Debtor's Discharge |

2. Pursuant to FED. R. CIV. PRO. 56(a), as made applicable by FED. R. BANKR. P. 7056, the UST's Cross-Motion is GRANTED.

3. Debtor is denied a discharge pursuant to 11 U.S.C. § 727(a)(3).

4. The filing of a new bankruptcy case by the Debtor, or conversion to another Chapter under the Bankruptcy Code, shall not alter or affect the relief provided by this Order.

5. The UST shall serve a copy of this Order on the Debtor, Debtor's counsel, the Chapter 7 Trustee, the Office of the United States Trustee, and any party that has entered an appearance on the Motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-14758-SLM
Scott P. Cowan                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2              Date Rcvd: Oct 23, 2019
                               Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2019.
db             +Scott P. Cowan,    35 Prescott St.,   Demarest, NJ 07627-1906
aty            +Scura, Wigfield, Heyer & Stevens, LLP,    1599 Hamburg Turnpike,   POB 2031,
                 Wayne, NJ 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2019 at the address(es) listed below:
              Barry R. Sharer    on behalf of Accountant    Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Benjamin A. Stanziale, Jr.    on behalf of U.S. Trustee    United States Trustee
               trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    on behalf of Attorney    Stanziale & Stanziale, P.C.
               ben@stanzialelaw.com
              Brian Gregory Hannon    on behalf of Creditor Susan A. Cowan bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Daniel E. Straffi    on behalf of Creditor Joanne  Gwin bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi    on behalf of Creditor George  Gwin bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              David  Gerardi    on behalf of Plaintiff Andrew R. Vara david.gerardi@usdoj.gov
              David  Gerardi    on behalf of U.S. Trustee    United States Trustee david.gerardi@usdoj.gov
              David E. Sklar    on behalf of Defendant Scott P. Cowan dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com
              David L. Stevens    on behalf of Debtor Scott P. Cowan dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com
              David L. Stevens    on behalf of Defendant Scott P. Cowan dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com
              Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Cenlar FSB as servicing agent for Lakeview Loan
               Servicing, LLC cmecf@sternlav.com
              Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com
              Jerrold S. Kulback    on behalf of Plaintiff    Fulton Bank of New Jersey jkulback@archerlaw.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Karl J. Norgaard    on behalf of Creditor Susan A. Cowan knorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Mark E. Hall    on behalf of Mediator Mark  Hall mhall@foxrothschild.com,   cbrown@foxrothschild.com
              Mark J. Molz    on behalf of Creditor Mark J. Molz molzlaw@aol.com
              Mark J. Molz    on behalf of Plaintiff Patricia  Bollman molzlaw@aol.com
              Mark J. Molz    on behalf of Plaintiff Maureen  Molz molzlaw@aol.com
              Mark J. Molz    on behalf of Plaintiff Mark J Molz molzlaw@aol.com

```
District/off: 0312-2           User: admin              Page 2 of 2                    Date Rcvd: Oct 23, 2019
                               Form ID: pdf903          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Patricia A. Staiano    on behalf of Plaintiff Benjamin A. Stanziale, Jr. pstaiano@hlgslaw.com, pstaiano@hlgslaw.com
          Patricia A. Staiano    on behalf of Trustee Benjamin A. Stanziale, Jr. pstaiano@hlgslaw.com, pstaiano@hlgslaw.com
          Travis L. Kreiser    on behalf of Creditor    Shore Fasteners & Supply Inc. travis.kreiser@verizon.net
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                        TOTAL: 28